# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bruce E Huffman,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JP Morgan Chase Bank, NA, et al.,<br><br>　　　　　Defendants. | **NO. CV-22-00903-PHX-JJT**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed March 29, 2023, which granted Defendant Magic Ranch Estates Homeowners' Association's Motion for Summary Judgment, judgment is entered in favor of Defendant Magic Ranch and against Plaintiff.

　　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

March 29, 2023

　　　　　　　　　　　　　　　　　　　s/ S. Ferdig
　　　　　　　　　　　　　　By　　　Deputy Clerk