**GREENBERG TRAURIG, LLP**
ATTORNEYS AT LAW
SUITE 800
2375 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
(602) 445-8000

Nicole M. Goodwin, SBN 024593; goodwinn@gtlaw.com
Adrianna Griego Gorton, SBN 031836, gortona@gtlaw.com
*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| Bruce E. Huffman, | Case No. 2:22-cv-00903-JJT |
|---|---|
| Plaintiff, | **DEFENDANT JPMORGAN CHASE BANK, N.A.'S NOTICE OF SERVICE OF DISCOVERY** |
| v. | |
| JPMorgan Chase Bank, N.A.; Goodman Holmgren Law Group, LLP; and Magic Ranch Estates Homeowners' Association, | |
| Defendants. | |

Defendant JPMorgan Chase Bank, N.A., through undersigned counsel, hereby gives notice that on September 27, 2023, it served the following discovery upon counsel for Plaintiff via email:

1. Defendant JPMorgan Chase Bank, N.A.'s Objections and Responses to Plaintiff's First Set of Interrogatories;

2. Defendant JPMorgan Chase Bank, N.A.'s Objections and Responses to Plaintiff's First Requests for The Production of Documents; and

3. Defendant JPMorgan Chase Bank, N.A.'s First Supplemental Disclosure Statement.

ACTIVE 690480519

DATED this 27th day of September 2023.

                            GREENBERG TAURIG, LLP

                            By: */s/ Adrianna Griego Gorton*
                                Nicole M. Goodwin
                                Adrianna Griego Gorton
                                *Attorneys for Defendant JPMorgan Chase Bank, N.A.*

LAW OFFICES
**GREENBERG TRAURIG**
2375 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 445-8000