LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 N. CENTRAL AVE., SUITE 1600
PHOENIX, ARIZONA 85004
TELEPHONE: (602) 271-7700
FACSIMILE:  (602) 258-7785
Donald Wilson, Jr./Bar No. 005205
  E-mail: dwj@bowwlaw.com
Jathan P. McLaughlin/Bar No. 028065
  E-mail: jpm@bowwlaw.com

SIMMONDS & NARITA LLP
Tomio B. Narita (CA SBN 156576) (*pro hac vice*)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 283-1000
tnarita@snllp.com

*Attorneys for  Defendant Goodman Law
Group, LLP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Bruce E. Huffman,<br><br>                    Plaintiff,<br><br>v.<br><br>JP Morgan Chase Bank, N.A.; Goodman Holmgren Law Group, LLP; and Magic Ranch Homeowners Association,<br><br>                    Defendants. | 2:22-CV-00903-JTT<br><br>**UNOPPOSED MOTION TO EXTEND CERTAIN SCHEDULING DEADLINES** |

Defendant Goodman Law Group ("Defendant") and Plaintiff Bruce Huffman ("Plaintiff") through counsel undersigned, jointly request that the Court extend certain deadlines set out in this Court's scheduling Order [Dkt No. 51] in this matter by a period of 21 days.

The basis for this request is the fact that, due to a miscommunication, the individual Defendant has been working with as a potential expert in this matter believed the September 29th expert disclosure deadline was the deadline to *designate* experts, as opposed to produce expert reports.  Counsel for Defendant contacted counsel for Plaintiff an inquired as to whether Plaintiff would agree to an additional three weeks (21 days) for Defendant to produce any expert opinions in this matter, and that Plaintiff would then have an additional three weeks (21 days) added to their rebuttal deadline.  Counsel for Plaintiff stated that he had no objection to this request.

In accordance with LRCiv 7.3, counsel for Defendant met and conferred with counsel for Defendants JP Morgan Chase Bank, N.A., who indicated that they did not have any opposition to this request.

Accordingly, Defendant and Plaintiff request the Court extend the deadlines set forth below – these extensions would not impact the close of discovery dispositive motion/*Daubert* deadline[1] or otherwise prolong the overall timeframe of the case.  Fed. R. Civ. P. 6(b)(1) allows for the extension of time for good cause, with or without notice, if the request is made before the original time or its extension requires.  Defendant and Plaintiff submit that as no deadlines set out below have passed, the request is timely and that there is good cause to extend the deadlines.

| Description | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Fed. R. Civ. P. 26(a)(2) disclosure by Defendants | September 29, 2023 | October 20, 2023 |
| Rebuttal expert opinion disclosures | October 27, 2023 | November 17, 2023 |

//

//

---

[1] The Court's Scheduling Order sets the close of discovery for December 15, 2023 and the dispositive/*Daubert* motion deadline at December 22, 2023. [Dkt No. 51 at 3-5].

1    As noted above, as required by LRCiv 7.3, counsel for Defendant contacted all

2    parties to this matter and there is no objection to this request.

3    RESPECTFULLY SUBMITTED this 28th day of September, 2023.

BROENING OBERG WOODS & WILSON, P.C.

By: /s/ Jathan P. McLaughlin_____  _____
        Donald Wilson, Jr.
        Jathan P. McLaughlin
        2800 N. Central Ave., Ste. 1600
        Phoenix, Arizona  85004
        *Attorneys for Defendant Goodman*
        *Holmgren Law Group, LLP*

MILLS + WOODS LAW PLLC

By: /s/ Robert T. Mills (with permission)_____  __
        Robert T Mills
        Sean A Woods
        MILLS+WOODS LAW PLLC
        5055 North 12th Street, Suite 101
        Phoenix, Arizona, 85014
        *Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2023 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert T Mills
Sean A Woods
MILLS+WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona, 85014
docket@millsandwoods.com
rmills@millsandwoods.com

Nicole M. Goodwin
Adrianna Griego Gorton
Greenberg Traurig, LLP
2375 E. Camelback Road, Suite 800
Phoenix, Arizona 85016
Nicole.goodwin@gtlaw.com
gortona@gtlaw.com
*Attorneys for JPMorgan Chase Bank, NA*

by: _/s/ Lisa Black_