LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 N. CENTRAL AVE., SUITE 1600
PHOENIX, ARIZONA 85004
TELEPHONE: (602) 271-7700
FACSIMILE: (602) 258-7785
Donald Wilson, Jr./Bar No. 005205
  E-mail: dwj@bowwlaw.com
Jathan P. McLaughlin/Bar No. 028065
  E-mail: jpm@bowwlaw.com

SIMMONDS & NARITA LLP
Tomio B. Narita (CA SBN 156576) (*pro hac vice*)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 283-1000
tnarita@snllp.com

*Attorneys for Defendant Goodman Law Group, LLP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Bruce E. Huffman, | 2:22-CV-00903-JTT |
| Plaintiff, | **NOTICE OF SERVICE** |
| v. | |
| JP Morgan Chase Bank, N.A.; Goodman Holmgren Law Group, LLP; and Magic Ranch Homeowners Association, | |
| Defendants. | |

Defendant Goodman Law Group ("Defendant") through counsel undersigned, gives notice that it served its First Set of Non-Uniform Interrogatories and Requests for Production to Plaintiff upon counsel for Plaintiff and JPMorgan Chase Bank via email on this date.

///

RESPECTFULLY SUBMITTED this 29th day of September, 2023.

BROENING OBERG WOODS & WILSON, P.C.

By: /s/ *Jathan P. McLaughlin*
Donald Wilson, Jr.
Jathan P. McLaughlin
2800 N. Central Ave., Ste. 1600
Phoenix, Arizona  85004
*Attorneys for Defendant Goodman Holmgren Law Group, LLP*

CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert T Mills
Sean A Woods
MILLS+WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona, 85014
docket@millsandwoods.com
rmills@millsandwoods.com
*Attorneys for Plaintiff*

Nicole M. Goodwin
Adrianna Griego Gorton
Greenberg Traurig, LLP
2375 E. Camelback Road, Suite 800
Phoenix, Arizona 85016
Nicole.goodwin@gtlaw.com
gortona@gtlaw.com
*Attorneys for JPMorgan Chase Bank, NA*

by: /s/ Lisa Black

- 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26