Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| Bruce E. Huffman, | Case No.: 2:22-cv-00903-PHX-JJT |
|---|---|
| Plaintiff, | **NOTICE OF SERVICE OF DISCOVERY** |
| vs. | |
| JP Morgan Chase Bank, N.A.; *et al.*, | |
| Defendants. | (Assigned to the Honorable John J. Tuchi) |

Through counsel undersigned, Plaintiff hereby gives notice that on September 29, 2023, he served *Plaintiff's First Supplemental Disclosure Statement Pursuant to Fed. R. Civ. P. 26(e)(1)* upon Defendants via email to their respective counsel.

**RESPECTFULLY SUBMITTED** this 29th day of September 2023.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
   Robert T. Mills
   Sean A. Woods
   5055 North 12th Street, Suite 101
   Phoenix, AZ 85014
   *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Nicole M. Goodwin
nicole.goodwin@gtlaw.com
Adrianna Griego Gorton
gortona@gtlaw.com
**GREENBERG TRAURIG, LLP**
2375 E Camelback Rd., Ste. 800
Phoenix, AZ 85016
*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

Donald Wilson, Jr.
dwj@bowwlaw.com
Jathan P. McLaughlin
jpm@bowwlaw.com
**BROENING OBERT WOODS & WILSON, P.C.**
2800 N Central Ave., Ste. 1600
Phoenix, AZ 85004
*Attorneys for Defendant Goodman Holmgren Law Group, LLP*

Tomio B. Narita
tnarita@snllp.com
**SIMMONDS & NARITA, LLP**
44 Montgomery St., Ste. 3010
San Francisco, CA 94104
*Pro Hac Vice Attorneys for Defendant Goodman Holmgren Law Group, LLP*

　　　　/s/ Ben Dangerfield