IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bruce E. Huffman, | No. CV-22-00903-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| JP Morgan Chase Bank, NA, *et al.*, | |
| Defendants. | |

At issue is the Unopposed Motion to Extend Certain Scheduling Deadlines (Doc. 59) filed by Plaintiff and Defendant Goodman Law Group LLP in which they state that Defendant JP Morgan Chase Bank, N.A. does not object. Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the Unopposed Motion to Extend Certain Scheduling Deadlines (Doc. 59) and extending deadlines as follows:

| **Deadline** | **Current** | **New** |
|---|---|---|
| Fed. R. Civ. P. 26(a)(2) disclosure by Defendant | 9/29/2023 | 10/20/2023 |
| Rebuttal expert opinion disclosures | 10/27/2023 | 11/17/2023 |

All other aspects of the Court's May 8, 2023 Scheduling Order (Doc. 51) remain in effect.

Dated this 2nd day of October, 2023.

Honorable John J. Tuchi
United States District Judge