LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 N. CENTRAL AVE., SUITE 1600
PHOENIX, ARIZONA 85004
TELEPHONE: (602) 271-7700
FACSIMILE: (602) 258-7785
Donald Wilson, Jr./Bar No. 005205
 E-mail: dwj@bowwlaw.com
Jathan P. McLaughlin/Bar No. 028065
 E-mail: jpm@bowwlaw.com

SIMMONDS & NARITA LLP
Tomio B. Narita (CA SBN 156576) (*pro hac vice*)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 283-1000
tnarita@snllp.com

*Attorneys for Defendant Goodman Law Group, LLP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Bruce E. Huffman, | 2:22-CV-00903-JTT |
| Plaintiff, | **NOTICE OF SERVICE** |
| v. | |
| JP Morgan Chase Bank, N.A.; Goodman Holmgren Law Group, LLP; and Magic Ranch Homeowners Association, | |
| Defendants. | |

Defendant Goodman Law Group ("Defendant"), through counsel undersigned, gives notice that it served its Response to Plaintiff's First Requests for the Production of Documents upon counsel for Plaintiff and JPMorgan Chase Bank via email on this date.

///

///

RESPECTFULLY SUBMITTED this 6th day of October, 2023.

BROENING OBERG WOODS & WILSON, P.C.


By:  /s/ *Jathan P. McLaughlin*
　　　Donald Wilson, Jr.
　　　Jathan P. McLaughlin
　　　2800 N. Central Ave., Ste. 1600
　　　Phoenix, Arizona  85004
　　　*Attorneys for Defendant Goodman*
　　　*Holmgren Law Group, LLP*

CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert T Mills
Sean A Woods
MILLS+WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona, 85014
docket@millsandwoods.com
rmills@millsandwoods.com
*Attorneys for Plaintiff*

Nicole M. Goodwin
Adrianna Griego Gorton
Greenberg Traurig, LLP
2375 E. Camelback Road, Suite 800
Phoenix, Arizona 85016
Nicole.goodwin@gtlaw.com
gortona@gtlaw.com
*Attorneys for JPMorgan Chase Bank, NA*

by:  /s/ Lisa Black