Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bruce E. Huffman,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JP Morgan Chase Bank, N.A.; *et al.*,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-00903-PHX-JJT<br><br>**NOTICE OF SERVICE OF DISCOVERY**<br><br>(Assigned to the Honorable John J. Tuchi) |

　　　　Through counsel undersigned, Plaintiff hereby gives notice that on December 1, 2023, he served *Plaintiff's Third Supplemental Disclosure Statement Pursuant to Fed. R. Civ. P. 26(e)(1)* upon Defendants via email to their respective counsel.

　　　　**RESPECTFULLY SUBMITTED** this 1st day of December 2023.

　　　　　　　　　　　　　　　　　　**MILLS + WOODS LAW, PLLC**


　　　　　　　　　　　　　　　　　　By　*/s/ Sean A. Woods*
　　　　　　　　　　　　　　　　　　　　Robert T. Mills
　　　　　　　　　　　　　　　　　　　　Sean A. Woods
　　　　　　　　　　　　　　　　　　　　5055 North 12th Street, Suite 101
　　　　　　　　　　　　　　　　　　　　Phoenix, AZ 85014
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Nicole M. Goodwin
nicole.goodwin@gtlaw.com
Adrianna Griego Gorton
gortona@gtlaw.com
**GREENBERG TRAURIG, LLP**
2375 E Camelback Rd., Ste. 800
Phoenix, AZ 85016
*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

Donald Wilson, Jr.
dwj@bowwlaw.com
Jathan P. McLaughlin
jpm@bowwlaw.com
**BROENING OBERT WOODS & WILSON, P.C.**
2800 N Central Ave., Ste. 1600
Phoenix, AZ 85004
*Attorneys for Defendant Goodman Holmgren Law Group, LLP*

Tomio B. Narita
tnarita@snllp.com
**SIMMONDS & NARITA, LLP**
44 Montgomery St., Ste. 3010
San Francisco, CA 94104
*Pro Hac Vice Attorneys for Defendant Goodman Holmgren Law Group, LLP*

           /s/ Ben Dangerfield

2