**GREENBERG TRAURIG, LLP**
ATTORNEYS AT LAW
SUITE 800
2375 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
(602) 445-8000

Nicole M. Goodwin, SBN 024593; goodwinn@gtlaw.com
Adrianna Griego Gorton, SBN 031836, gortona@gtlaw.com
*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Bruce E. Huffman,<br><br>Plaintiff,<br><br>v.<br><br>JPMorgan Chase Bank, N.A.; Goodman Holmgren Law Group, LLP; and Magic Ranch Estates Homeowners' Association,<br><br>Defendants. | Case No. 2:22-cv-00903-JJT<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR THE PARTIES TO FILE DISPOSITIVE MOTIONS**<br><br>(Assigned to the Hon. John J. Tuchi)<br><br>**(First Request)** |

Plaintiff Bruce E. Huffman ("Huffman" or "Plaintiff") and Defendants JPMorgan Chase Bank, N.A. ("Chase") and Goodman Holmgren Law Group, LLP (collectively, the "Parties"), by and through undersigned counsel, jointly move the Court for an extension of time for the Parties to file dispositive motions.

Pursuant to the Rule 16 Scheduling Order (Doc. No. 51) in this matter, dispositive motions are to be filed on or before December 22, 2023. On December 12, 2023, the Parties participated in an unsuccessful settlement conference. However, prior to the settlement conference, the Parties agreed that it would be prudent to extend the deadline for dispositive motions from December 12, 2023 to **January 22, 2024** to avoid incurring additional fees prior to the settlement conference. The agreed-upon extension allows for all Parties to participate in the settlement conference in good faith, albeit without a successful resolution to any of the remaining claims. This matter has not been scheduled for trial and the proposed extension does not impact any other deadlines.

As such, the Parties request that the Court grant the 30-day extension, through and including **January 22, 2024**, for the Parties to file dispositive motions.

A proposed form of order is lodged herewith.

DATED this ___ day of December 2023.

| GREENBERG TRAURIG, LLP | MILLS +WOODS LAW PLLC |
|---|---|
| By: */s/ Adrianna Griego Gorton*<br>    Nicole M. Goodwin<br>    Adrianna Griego Gorton<br>    *Attorneys for Defendant JPMorgan Chase Bank, N.A.* | By: */s/ Robert T. Mills (with permission)*<br>    Robert T Mills<br>    Sean A Woods<br>    *Attorneys for Plaintiff* |

BROENING OBERG WOODS & WILSON, P.C.

By: */s/ Jathan P. McLaughlin (with permission)*
    Donald Wilson, Jr.
    Jathan P. McLaughlin
    *Attorneys for Defendant Goodman Holmgren Law Group, LLP*

2

ACTIVE 692221879v1

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on December 18, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert T Mills
Sean A Woods
MILLS +WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona, 85014
Telephone ( 480) 999-4556
docket@millsandwoods.com
*Attorneys for Plaintiff*

Donald Wilson, Jr.
Jathan P. McLaughlin
BROENING OBERG WOODS & WILSON, P.C.
2800 N. Central Ave., Ste. 1600
Phoenix, Arizona 85004
*Attorneys for Defendant Goodman Holmgren Law Group, LLP*

By: */s/ Carolyn Smith*
     Employee, Greenberg Traurig, LLP

LAW OFFICES
**GREENBERG TRAURIG**
2375 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 445-8000