**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Bruce E. Huffman,<br><br>      Plaintiff,<br><br>v.<br><br>JPMorgan Chase Bank, N.A.; Goodman Holmgren Law Group, LLP; and Magic Ranch Estates Homeowners' Association,<br><br>      Defendants. | Case No. 2:22-cv-00903-JJT<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME FOR PARTIES TO FILE DISPOSITIVE MOTIONS**<br><br>(Assigned to the Hon. John J. Tuchi)<br><br>**(First Request)** |

    The Court, having reviewed the Parties' Joint Stipulation for Extension of Time to File Dispositive Motions, and good cause appearing therefor,

    IT IS HEREBY ORDERED that the Joint Stipulation is granted.  The Parties shall have through and including **January 22, 2024**, to file dispositive motions.

ACTIVE 692222068v1