# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bruce E. Huffman, | No. CV-22-00903-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| JP Morgan Chase Bank, NA, *et al.*, | |
| Defendants. | |

At issue is the Parties' Joint Stipulation for Extension of Time to File Dispositive Motions (Doc. 71). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the Parties' Joint Stipulation for Extension of Time to File Dispositive Motions (Doc. 71).

**IT IS FURTHER ORDERED** that the Parties shall have through and including **January 22, 2024**, to file dispositive motions.

Dated this 19th day of December, 2023.

Honorable John J. Tuchi
United States District Judge