LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 N. CENTRAL AVE., SUITE 1600
PHOENIX, ARIZONA 85004
TELEPHONE: (602) 271-7700
FACSIMILE: (602) 258-7785
Donald Wilson, Jr./Bar No. 005205
E-mail: dwj@bowwlaw.com
Jathan P. McLaughlin/Bar No. 028065
E-mail: jpm@bowwlaw.com

SIMMONDS & NARITA LLP
Tomio B. Narita (CA SBN 156576) (*pro hac vice*)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 283-1000
tnarita@snllp.com

*Attorneys for Defendant Goodman Law Group, LLP*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Bruce E. Huffman, | 2:22-CV-00903-JTT |
| Plaintiff, | **UNOPPOSED MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE** |
| v. | |
| JP Morgan Chase Bank, N.A.; Goodman Holmgren Law Group, LLP; and Magic Ranch Homeowners Association, | **(SECOND REQUEST)** |
| Defendants. | |

Defendant Goodman Law Group ("Defendant") requests that the Court extend the dispositive motion deadline in this matter from January 22, 2024 to January 26, 2024. The Court previously extended the dispositive motion deadline pursuant to a Stipulation filed by all parties. [Dkt. No. 72]. This second request is made because undersigned counsel experienced a death in their family and needs to travel to Illinois to attend a funeral. In

order to permit Defendant time to fully review and comment upon the draft of any dispositive motion, Defendant requests that the Court extend the dispositive motion deadline for all parties by five days, to January 26, 2024.

Pursuant to and required by LRCiv 7.3, counsel for Defendant contacted all parties to this matter and there is no objection to this request. Accordingly, Defendant requests the Court extend the dispositive motion deadline from January 22, 2024 to January 26, 2024.

RESPECTFULLY SUBMITTED this 17th day of January, 2024.

        BROENING OBERG WOODS & WILSON, P.C.

By: /s/ Jathan P. McLaughlin
    Donald Wilson, Jr.
    Jathan P. McLaughlin
    2800 N. Central Ave., Ste. 1600
    Phoenix, Arizona 85004
    *Attorneys for Defendant Goodman Holmgren Law Group, LLP*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2024 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert T Mills
Sean A Woods
MILLS+WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona, 85014
docket@millsandwoods.com
rmills@millsandwoods.com

Nicole M. Goodwin
Adrianna Griego Gorton
Greenberg Traurig, LLP
2375 E. Camelback Road, Suite 800
Phoenix, Arizona 85016
Nicole.goodwin@gtlaw.com
gortona@gtlaw.com
*Attorneys for JPMorgan Chase Bank, NA*

by:  /s/ Nicole J. Smith