**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Bruce E. Huffman, | 2:22-CV-00903-JTT |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| JP Morgan Chase Bank, N.A.; Goodman Holmgren Law Group, LLP; and Magic Ranch Homeowners Association, | |
| Defendants. | |

Defendant Goodman Law Group filed an Unopposed Motion to Extend Dispositive Motion Deadline in which they state that Defendant JP Morgan Chase Bank, N.A. and Plaintiff do not object.  Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the Unopposed Motion to Extend Dispositive Motion Deadline and extending the deadline for all parties to submit case dispositive motions from January 22, 2024 to January 26, 2024.

Dated this _____ day of January, 2024.

_____
Honorable John J. Tuchi
United State District Court Judge