# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bruce E. Huffman,<br><br>    Plaintiff,<br><br>v.<br><br>JP Morgan Chase Bank, NA, *et al.*,<br><br>    Defendants. | No. CV-22-00903-PHX-JJT<br><br>**ORDER** |

At issue is the Unopposed Motion to Extend Dispositive Motion Deadline (Second Request) (Doc. 73) filed by Defendant Goodman Law Group in which they indicate that Defendant JP Morgan Chase Bank, N.A. and Plaintiff do not object. Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the Unopposed Motion to Extend Dispositive Motion Deadline (Doc. 73).

**IT IS FURTHER ORDERED** that the parties shall have through and including **January 26, 2024**, to file dispositive motions.

Dated this 18th day of January, 2024.

Honorable John J. Tuchi
United States District Judge