# Exhibit 1

# Exhibit 1



FILED PINAL COUNTY
SUPERIOR COURT-APACHE JUNCTION
REBECCA PADILLA

MAY 2 5 2021

3654 North Power Road, Suite 132
Mesa, Arizona 85215
(844) 346.6352
Ashley@goodlaw.legal
*Attorneys for Plaintiff/Judgment Creditor*
By:   Ashley N. Moscarello, Esq. – Bar No. 032572

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF PINAL

| | |
|---|---|
| Magic Ranch Estates Homeowners Association; | Case No.: S1100CV2015001738 |
| Plaintiff/Judgment Creditor, | **APPLICATION FOR WRIT OF GARNISHMENT** |
| vs. | (Non-Earnings) |
| Everett Huffman; Unknown Heirs and Devisees of Each of the Named Defendants if Deceased; John Does I-V; Jane Does I-V; Black Corporations I-V; White Partnerships I-V; Gray Limited Liability Companies I-V; | |
| Defendants/Judgment Debtors, | |
| JPMorgan Chase Bank, National Association; | |
| Garnishee. | |

Judgment Creditor Magic Ranch Estates Homeowners Association ("Judgment Creditor" or "Applicant") applies for a Writ of Garnishment for monies or property of the Judgment Debtor Everett Huffman ("Judgment Debtor"); and states as follows:

1. Applicant is a party to this action where a money judgment has been awarded to Applicant against the Judgment Debtor.

2. The Applicant made demand upon the Judgment Debtor for payment of the

amount adjudged due, but the Judgment Debtor fails to pay said amount.

3. The Applicant has good reason to believe:

☒ 3.1 The Garnishee is indebted to the Judgment Debtor for monies which are not earnings.

☒ 3.2 The Garnishee is holding non-exempt monies on behalf of the Judgment Debtor.

☒ 3.3 The Garnishee has in his possession non-exempt personal property belonging to the Judgment Debtor.

☐ 3.4 The Garnishee is a corporation, and the Judgment Debtors are the owners of shares in the corporation or have other such proprietary interest in the corporation.

4. As of the date of this Application, Judgment Debtor owes an outstanding balance of $60,597.25 on the underlying judgments. This amount includes $6,399.75 in accrued interest.

5. The name and address of the Garnishee or his authorized agent is:

JPMorgan Chase Bank, National Association
Attn: Branch Manager
Any Local Branch

6. The Applicant has not received notice of the Judgment Debtor's intent to enter into an agreement for debt scheduling with a qualified consumer credit counseling service or, if such notice has been received, that the Applicant timely objected, in writing, to the Judgment Debtor's participation in such an agreement or that the Applicant has been notified that the agreement is no longer effective.

7. The Applicant has included Summons and Writ of Garnishment forms and asks that the Writ be issued.

DATED this 17 day of May, 2021.

Goodman Holmgren Smith

Ashley N. Moscarello, Esq.
*Attorney for Plaintiff/Judgment Creditor*

2

**THIS FIRM ACTS AS A DEBT COLLECTOR AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**GOODMAN HOLMGREN SMITH**

3654 North Power Road, Suite 132
Mesa, Arizona 85215
(844) 346.6352
Ashley@goodlaw.legal
*Attorneys for Plaintiff/Judgment Creditor*
By:   Ashley N. Moscarello, Esq. – Bar No. 032572

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF PINAL

| | |
|---|---|
| Magic Ranch Estates Homeowners Association; | Case No.: S1100CV2015001738 |
| Plaintiff/Judgment Creditor, | **WRIT OF GARNISHMENT AND SUMMONS** |
| vs. | (Non-Earnings) |
| Everett Huffman; Unknown Heirs and Devisees of Each of the Named Defendants if Deceased; John Does I-V; Jane Does I-V; Black Corporations I-V; White Partnerships I-V; Gray Limited Liability Companies I-V; | |
| Defendants/Judgment Debtors, | |
| JPMorgan Chase Bank, National Association; | |
| Garnishee. | |

**TO THE SHERIFF, CONSTABLE OR OTHER AUTHORIZED PROCESS SERVER:**

You are commanded to summon garnishee named above, who is believed to be in your county to answer the following claims:

### STATEMENTS OF THE JUDGMENT CREDITOR

1.   The Judgment Creditor was awarded a judgment against Judgment Debtor Everett Huffman ("Judgment Debtor").

2. The total remaining balance on the outstanding judgments, including accrued interest and allowable costs, is $60,597.25. Interest accrues at the rate of 5.75% per annum on the attorney fees and costs.

3. Judgment creditor believes garnishee is indebted to the Judgment Debtor for monies which are not earnings, is holding non-exempt monies on behalf of the Judgment Debtor, or has in his possession non-exempt personal property belonging to the Judgment Debtor in the next sixty (60) days.

4. The name, address, date of birth and last four (4) of the social security number of each Judgment Debtor is as follows:

> Everett Hoffman, aka Everett Huffman
> 24598 North Saguaro Way
> Florence, AZ 85132
> DOB: 11/22/1952

5. The name and address of the Garnishee, or the Garnishee's Authorized Agent, is as follows:

> JPMorgan Chase Bank, National Association
> Attn: Branch Manager
> Any Local Branch

6. The Judgment Creditor's name and address is:

> Magic Ranch Estates Homeowners Association
> c/o Ashley N. Moscarello, Esq.
> Goodman Holmgren Smith
> 3654 North Power Road, Suite 132
> Mesa, Arizona 85215

## TO THE ABOVE NAMED GARNISHEE:

GARNISHEE SHALL answer in writing, under oath, within ten (10) days after the service of the Writ of Garnishment upon you, all of the following questions:

1. Whether the Garnishee was indebted to or otherwise in possession of monies of the Judgment Debtor at the time the Writ was served.

2

2.  The total amount of indebtedness or monies in possession of the Garnishee at the time the Writ was served.

3.  The amount of indebtedness or monies withheld by the Garnishee pursuant to the Writ.

4.  The amount of indebtedness or monies not withheld by the Garnishee, and the reason for not withholding.

5.  Whether the Garnishee was in possession of personal property of the Judgment Debtor at the time the Writ was served.

6.  A description of each item, or group of items, of personal property of the Judgment Debtor in the Garnishee's possession at the time the Writ was served.

7.  A list of the personal property withheld by the Garnishee pursuant to the Writ.

8.  What other person or entity, within his knowledge, is indebted to the Judgment Debtor(s) or in possession of personal property of the Judgment Debtor.

9.  Whether the Garnishee is a corporation in which the Judgment Debtor owns shares of stock or some other interest.

10. A statement of the number and types of shares owned by the Judgment Debtor and a description of any other interest the Judgment Debtor owns in the Garnishee Corporation as of the date the Writ was served, as shown on the Corporation's records.

11. The name, address, and telephone number of the Garnishee.

12. The date and manner of delivery of a copy of the Writ and the Notice to the Judgment Debtor.

13. The date and manner of delivery of a copy of the Answer to the Judgment Creditor and the Judgment Debtor.

FROM AND AFTER SERVICE OF THE WRIT OF GARNISHMENT, the Garnishee shall not pay to the Judgment Debtor any debt which is not exempt, not turn over any nonexempt personal property, stock or any other interest the Judgment Debtor owns in the Garnishee to the Judgment Debtor.

## SUMMONS

In obedience to the attached and foregoing Writ of Garnishment, YOU ARE HEREBY SUMMONED AND REQUIRED TO APPEAR and answer the foregoing writ and in the manner prescribed by law within the times prescribed in said writ. You are hereby notified that in case you fail to so answer, the Court may issue an order requiring you to appear in person before it to answer the writ or to file and serve, at least five (5) days before the appearance date, a copy of the answer on the party for which the writ has been issued, or his attorney if the party is represented by counsel. If you fail to appear or to file and serve the answer as specified in the order, judgment by default may be rendered against you for the full amount of the relief demanded in the Complaint of the Plaintiff and not merely for the amount you may owe the Defendant(s), and that such judgment may be so rendered in addition to any other matters which may be adjudged against you as prescribed by law.

### ADA Notification

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least three (3) working days in advance of a scheduled court proceeding.

### Interpreter Notification

REQUEST FOR AN INTERPRETER for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case by parties at least ten (10) judicial days in advance of a scheduled court proceeding.

SIGNED AND SEALED THIS DATE: __5/25/21__

REBECCA PADILLA
Clerk of the Court

By: _____
Deputy Clerk

4

**NOTICE TO GARNISHEE**

You should have been served with a blank Garnishee's Answer form. You may complete this form to make your required answer.

Rebecca Padilla, Clerk of Superior Court
PO Box 2730
Florence, AZ 85132
520-509-3555
www.coscpinalcountyaz.gov



Receipt Date : 5/25/2021

# Official Receipt

| | | | |
|---|---|---|---|
| Receipt # : | P200657291 | | |
| Receipt of : | GOODMAN HOMGREN SMITH LAW GROUP | Cashier : | 1003247 |
| Address : | 3654 N POWER STE 132 | Register: | Ryan B - AJ |
| | MESA AZ 85215 | | |

Remarks :
Payment Source : COUNTER
Account of : MAGIC RANCH ESTATES HOMEOWNER ASST.

| COST | RECEIVABLE DESCRIPTION | AMOUNT |
|---|---|---|
| Party Name : MAGIC RANCH ESTATES HOMEOWNER ASST. | | |
| Case Number : S1100CV201501738 | MAGIC RANCH ESTATES HOA VS HOFFMAN | |
| Charge Number: | | |
| FF30 | FILING FEE 30 | $30.00 |

Sub Total : $ 30.00
Total : $30.00
Grand Total : $30.00

| Tender Type | Tender SubType | Check #/CC Auth # | Tender Amount |
|---|---|---|---|
| BUSINESS CHECK | | 3575 | $30.00 |

Total Paid : $30.00
Amount Paid : $30.00
Over Payment : $0.00
Change Due : $0.00

Balance After Payment:

| Case Number | Balance |
|---|---|
| | |

Current Balance: $

Print Date : 5/25/2021 9:22:08 AM



# NATIONWIDE LEGAL

**PROCESS INSTRUCTIONS**
PHONE (602) 256-9700
FAX (602) 256-9720

**AZ228155**

**Server: UNASSIGNED**   030 - STANDARD PROCESS (48 to 72 HRS)

| FIRM NAME: & ADDRESS: | CUST #: AZ1344 | COURT: |
|---|---|---|
| GOODMAN LAW OFFICES<br>3654 N Power Road, Suite 132<br>Mesa AZ, 85215 | DUE DATE #: 6/13/2021<br>HEARING DATE #: | PINAL COUNTY SUPERIOR COURT<br>971 JASON LOPEZ CIRCLE, BUILDING A, FLORENCE, AZ 85132 |
| PHONE #:(844) 346-6352<br>FAX #: | | CASE# S1100CV2015001738<br>CASE TITLE: Magic Ranch Estates Homeowners Association VS. Everett Huffman |
| CONTACT: Janelle Cordova EMAIL: info@goodlaw.legal<br>BILLING / FILE #: 06638<br>DATE / RECEIVED: 5/24/2021 | | |

**INSTRUCTIONS:** Please file, issue Writ and serve Garnishee.

**Servee:** JPMorgan Chase Bank, National Association- Attention Branch Manager

**Business Address:** JPMorgan Chase Bank, National Association
Any Local Branch
Mesa, AZ

**Documents:**
Check for Writ; Application for Writ of Garnishment (Orig + 2 copies); Writ of Garnishment and Summons (Orig + 4 copies); Letter to Bank Encl Writ (Orig only); Check for $25.00 for Bank; Signed Judgment (1 copy); Instructions to Garnishee (2 copies); Answer of Garnishee form (4 copies); Notice to Judgment Debtor (3 copies); Request of Judgment Debtor for Hearing on Garnishment of Non-Earnings (3 copies);

| DATE | TIME | DRIVER # | NOTES FROM SERVER(S) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Physical Description:**
Age:           Height:           Skin:           Hair:
Sex:           Weight:           Eyes:
Marks:

☐ Personal Service
☐ Substituted Service
☐ Not Served

Served To: _____        Title/Rel: _____
Served At: _____        Date: _____
_____                    Time: _____
_____                    Server: _____

order #: AZ228155/WORKP