# Exhibit 2

# Exhibit 2




**CHASE** ◯

Court Orders and Levies
P.O. Box 183164
Columbus, OH 43218-3164
Phone: 1-866-578-7022

GOODMAN HOLMGREN SMITH
3654 NORTH POWER ROAD SUITE 132
MESA, AZ 85215

**RE: MAGIC RANCH ESTATES HOMEOWNERS ASSOCIATION v. EVERETT HOFFMAN, EVERETT HUFFMAN Case
No.: S1100CV2015001738, AZ - PINAL COUNTY SUPERIOR COURT**

JPMorgan Chase Bank, N.A. is in receipt of your Post Judgment Garnishment against the following debtor(s): EVERETT
HOFFMAN, EVERETT HUFFMAN

Accounts which are held:

| **Account Number** | **Amount of Hold** | **Present Balance** |
|---|---|---|
| 8778 | 60597.25 | 60597.25 |

The Present Balance may be subject to claims which may reduce the amount available to the judgment creditor,
including without limitation: exemptions asserted by the judgment debtor; rights of third parties asserting an interest in
the account; intervening levies or court orders; IRS levies; right of setoff; deposited items returned against the account,
or warranty claims asserted with respect to checks or other items credited to the account balance.

### Answers

| | |
|---|---|
| I owed judgment debtor: | $67076.25 |
| I am withholding: | $60597.25 |
| I released: | $300.00 -- Statutory exemption $4704.00 -- Federal Protected Benefits $75.00 -- COAL Processing Fee $1400.00 -- Stimulus exemption Federal and/or state law may exempt Economic Impact Payments from garnishment orders. Exemption amount of $1400.00 applied. Present balance(s) reflect funds available after application of the exemption. |
| I was in possession of the following personal property belonging to the judgment debtor: | Not Applicable |
| Garnishee is a corporation in which the judgment debtor owns these shares or interest: | None |
| CERTIFICATE OF SERVICE | The writ and notice to judgment debtor has been placed for mailing on 5/27/2021 to the judgment debtor. The answer has been placed for mailing on 5/27/2021 to the judgment debtor and creditor. |
| SIGNATURE | /S/ VRNDA SMITH |

These responses are based upon a search of data contained in JPMorgan Chase Bank, N.A's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

Please allow this letter to serve as JPMorgan Chase Bank, N.A's answer to the Post Judgment Garnishment. If you should have any questions regarding this matter, please contact JPMorgan Chase Bank, N.A. at 1-866-578-7022.



The writ and notice to judgment debtor has been placed for mailing on _____ to the judgment debtor. The answer has been placed for mailing on _____ to the judgment debtor and creditor.


Very truly yours,


VRNDA SMITH
Transactions Specialist III
JPMorgan Chase Bank, N.A.
Court Orders and Levies Department


Date: Thursday, May 27, 2021

3214



JPMorgan Chase & Co.
OH4-W501
350 S CLEVELAND AVE
Westerville, OH 43081-8917


GOODMAN HOLMGREN SMITH
3654 NORTH POWER ROAD SUITE 132
MESA, AZ 85215

3





U.S. POSTAGE ≫ PITNEY BOWES

ZIP 43219
02.4W
0000367955 JUN 02 2021
$ 000.398

PRESORTED
FIRST CLASS

