# Exhibit 4

Exhibit 4

FILED PINAL COUNTY
SUPERIOR COURT
REBECCA PADILLA

JUN 04 2021

Your Name: Bruce Huffman
Street Address: 24598 N Saguaro Way
City, State, Zip: Florence AZ 85132
Telephone: 602-730-1938
Email: brucehoffman2000@yahoo.com

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
# IN AND FOR THE COUNTY OF PINAL

| | |
|---|---|
| Magic Ranch Estates Homeowners Association; | Case No. S1100CV2015001738 |
| Plaintiff/Judgment Creditor, | **REQUEST OF JUDGMENT DEBTOR FOR HEARING ON GARNISHMENT OF NON-EARNINGS** |
| vs | (Earnings) |
| Everett Huffman, Unknown Heirs and Devisees of Each of the Named Defendants if Deceased, John Does I-V, Jane Does I-V, Black Corporations I-V; White Partnerships I-V; Gray Limited Liability Companies I-V; | |
| Defendants/Judgment Debtors, | |
| JPMorgan Chase Bank, National Association, | |
| Garnishee. | |

I request a hearing to object to the Garnishment or claim exempt monies because:

☐ 1   The Judgment is not valid.

☐ 2.  The Judgment has been paid.

☐ 3   Exempt monies are being garnished, which include:

  ☐ 3.a.  One hundred fifty dollars ($150.00) in a bank, savings and loan association or credit union.

  ☒ 3.b.  Aid to Families with Dependent Children, Social Security benefits, Supplemental Security Income or Veterans' Administration

5

benefits.

☐ 3.c.  Other pension or retirement benefits.

☐ 3.d.  Workers' Compensation or other insurance benefits.

☐ 3  Exempt personal property is being garnished, which includes.

☐ 4.a.  Household goods, furnishings or appliances.

☐ 4.b.  Motor vehicle equity under one thousand five hundred dollars ($1,500.00 or three thousand dollars ($3,000.00), if applicable.

☐ 4.c.  Other pension or retirement benefits.

☐ 4.d.  Tools and equipment of a trade.

☐ 4.e.  Other _____.

☐ 5  No Answer was received within fifteen (15) days.

☐ 6.  The Answer of the Garnishee is incorrect.

☐ 7  Other _____.

Bruce Huffman
Name of Judgment Debtor (Print)

Bruce Huffman
Signature of Judgment Debtor

6-4-21
Date

24598 N Saguaro Way
Mailing Address

Florence AZ 85132
City, State, Zip Code

602-730-1938
Telephone Number

brucehoffman2000@yahoo.com
Email Address

6



PHOENIX AZ 85P
7 JUN 2021 PM 3 L

JUN 08 2021

Ashley Mojgore 116
3654 N Power Rd
#132
Mesa AZ
85215

85215-978032

FROM: Hu L Easy
24391 8 N Sgarrow
Florence AZ 85132