# Exhibit 6

Exhibit 6

```
 1           IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

 2                   IN AND FOR THE COUNTY OF PINAL

 3   MAGIC RANCH ESTATES,            )
     HOMEOWNERS ASSOCIATION, an      )
 4   Arizona non-profit corporation,)
                                     )
 5                   Plaintiff,      )NO. CV201501738
                                     )
 6   vs.                             )
                                     )
 7                                   )
     EVERETT HOFFMAN, aka HUFFMAN,   )
 8   an unmarried man,               )
                                     )
 9                   Defendants.     )
     _____)
10

11

12             REPORTER'S TRANSCRIPT OF PROCEEDINGS

13          BEFORE:  THE HONORABLE JOSEPH R. GEORGINI

14

15
                          GARNISHMENT HEARING
16
                            July 12, 2021
17                         Florence, Arizona

18

19

20

21

22

23

24   ORIGINAL Prepared by Transcriptionist:
     DANA D. VALLES, CSR, RPR
25   Certified Reporter No. 50566
```

**DANA D. VALLES, CSR, RPR, CR NO. 50566**

```
 1                        APPEARANCES
 2
    FOR PLAINTIFF:        ASHLEY MOSCARELLO,
 3                        Attorney at Law
                          GOODMAN LAW GROUP
 4                        3654 N. Power Road, Ste. 132
                          Mesa, Arizona 85215
 5
 6
 7
    FOR DEFENDANT:        EVERETT HUFFMAN,
 8                        In Propria Persona
 9
10
11  ALSO PRESENT:         JEFFREY BOUCHER,
                          Attorney at Law
12
13                        BRENDA LARIOSA,
                          Attorney at Law
14
15
16
17
18
19
20
21
22
23
24
25
```

**DANA D. VALLES, CSR, RPR, CR No. 50566**

1                              I N D E X

2   PROCEEDINGS:                                              PAGE:

3

4   BRENDA LARIOSA
            Direct Examination by MS. MOSCARELLO              10
            Cross-Examination by MR. HUFFMAN                  12
5

```
 1              I N D E X   O F   E X H I B I T S
 2
    Number        Description                              Page
 3
 4  (None offered.)
 5
```

```
                                            July 12, 2021
                                            Florence, Arizona

               P R O C E E D I N G S
          (Whereupon, the following parties appearing
telephonically:  Ashley Moscarello, Jeffrey Boucher,
Brenda Lariosa, and Everett Hoffman.)


          THE COURT:  All right.  We're on the record.
This is Cause Number CV20151738.  I have some parties
present on behalf of Magic Ranch Homeowners Association.
I believe I have Counsel Ashley Moscarello.  She is
appearing telephonically.
               Is that correct, Ms. Moscarello?
          MS. MOSCARELLO:  Yes, Your Honor.  Here for
Plaintiff, Magic Ranch Homeowners Association.
          THE COURT:  Very good.  I have the defendant,
alleged judgment debtor, Everett Huffman.  He's appearing
in person today in the courtroom.
               Is that right, Mr. Huffman?
          MR. HOFFMAN:  Yes.
          THE COURT:  All right.
               I also have a representative of
JP Morgan Chase Bank, Mr. Jeffrey Boucher, who is
appearing telephonically but not entering an actual
Notice of Appearance in this Arizona case.
```

1              Is that right, Mr. Boucher?  I will let
2  you make your record, sir.
3         MR. BOUCHER:  Thank you, Your Honor.
4              Yes, Your Honor.  My name is
5  Jeffrey Boucher, B-o-u-c-h-e-r.  I'm in-house counsel
6  with Chase Bank, and I'm not a licensed attorney in
7  Arizona.  So as you have indicated, I am not making an
8  appearance as an attorney.
9              I am also joined by Brenda Lariosa,
10 L-a-r-o-i-s-a.  She is with our -- (Inaudible
11 response) -- answering questions that you might have in
12 regards to the Chase account.
13        THE COURT:  Very good.
14              And Mr. Boucher, your associate today,
15 her name, was it Mary Beth Lariosa?  Is that what I
16 heard?
17        MR. BOUCHER:  It's Brenda.
18        THE COURT:  Oh, Brenda.  I'm sorry.
19              Brenda, thank you.
20        MS. LARIOSA:  Yes.
21        THE COURT:  Ms. Moscarello, you got the
22 floor.  This is your Application For Writ of Garnishment.
23        MS. MOSCARELLO:  Yes.  Thank you, Your Honor.
24              We did file this Application For
25 Garnishment on JP Morgan Chase Bank on May 25th, 2021.

DANA D. VALLES, CSR, RPR, CR No. 50566

1                     Mr. Huffman has filed an objection
2  upon being served.  I think the basis of his objection,
3  at least in writing, is that some of the funds that are
4  subject to being garnished are exempt due to
5  Social Security benefits.
6                     Our position, Your Honor, as outlined
7  in the bank's answer is that a chunk of the funds have
8  already been released due to the federal protected
9  benefits.  We believe that the remaining amounts in
10 the account are not exempt and are subject to being
11 garnished.
12                    THE COURT:  What amount are you claiming
13 to be exempt, and what amount are you claiming to be
14 non-exempt?
15                    MS. MOSCARELLO:  Well, our Honor, the association
16 is owed a total of $60,597.25.  It was our understanding
17 upon filing the application that there
18 is just over $67,000 in the account.
19                    Per the bank's answer, they did release
20 $4,704 as federally protected benefits.  It's my
21 understanding that those are protected Social Security
22 funds that were deposited for the preceding two months
23 pursuant to the federal statute on that issue.
24                    They also compelled other amounts, which
25 we're not objecting to, but they still withheld the

1  $60,597.25 to pay the association in full.
2          THE COURT:  All right.  Do you wish to seek any
3  testimony from Ms. Lariosa?
4          MS. MOSCARELLO:  Yes.  Ms. Lariosa, I wasn't
5  sure --
6          MS. LARIOSA:  No.
7          MS. MOSCARELLO:  Oh, I'm sorry.
8          THE COURT:  Did you -- are you going --
9              Would you like me to place Ms. Lariosa
10 under oath, Ms. Moscarello?
11         MS. MOSCARELLO:  Only to the extent that
12 Mr. Huffman objects to the amount that the bank has
13 already withheld.
14              Obviously, I'm not privy to how they
15 calculated that amount.  If the Court would like
16 some information on that, I'm glad to have her on the
17 phone, if she can maybe explain how they arrived at
18 that figure.
19         THE COURT:  Okay.
20         MS. MOSCARELLO:  That's the only reason that
21 I would appreciate their appearance this afternoon.
22         THE COURT:  All right.
23              Mr. Huffman, before we put any parties
24 under oath, what's your position?
25         MR. HOFFMAN:  This account was set up for

```
 1  direct deposit for Social Security.  That's all I put
 2  in there.  I have the bank records from the very
 3  inception of this account from that date to -- I think
 4  it's May or even -- yeah, May or June of this year.
 5              That's -- Those are exempt under the --
 6              You need me to cite the federal statute?
 7          THE COURT:  No.  Is that the position,
 8  based -- is that your understanding of the bank's
 9  position at this time too?
10          MR. HOFFMAN:  My understanding of what now?
11          THE COURT:  The bank's position.  They seem
12  to have exempted some moneys and determined that some
13  moneys are exempt and some moneys are not exempt.
14          MR. HOFFMAN:  Yeah.  I don't know why they
15  are doing that.  I talked to them about that, and
16  they said that's their policy just to hold back two
17  months, I think, of benefits.
18              But under the federal statute, it's
19  all not subject to garnishment.  That's 42 UFC 207
20  Section 2 -- or excuse me, 42 UFC 207.
21          THE COURT:  Okay.  Ms. Lariosa, I'm going to
22  put you under oath and allow Ms. Moscarello and/or
23  Mr. Huffman to ask you some questions.  Okay?
24          MS. LARIOSA:  Okay.
25          THE COURT:  Raise your right hand.
```

```
 1                (The Court swears in the witness.)
 2           THE COURT:  All right.  Ms. Moscarello,
 3  go ahead.
 4                Do you have any questions for this
 5  witness?
 6           MS. MOSCARELLO:  I do, yes.
 7
 8                     BRENDA LARIOSA,
 9  having been called as a witness herein and having been
10  first duly sworn by the Court was examined and testified
11  as follows:
12
13                     DIRECT EXAMINATION
14  BY MS. MOSCARELLO:
15      Q.   Good afternoon, Ms. Lariosa.  I represent the
16  Homeowner's Association and I was wondering if you could
17  summarize for the Court how you arrived at the federal
18  protected benefits that you listed in the answer?
19                Was that you that --
20                I'm sorry.  Let me double back.
21                Was that you that signed that answer?
22      A.   No, it was not.
23      Q.   I'm sorry.  I have it up here.
24      A.   No, it was not.
25      Q.   Are you familiar with the answer --
```

```
1        A.   Yes.
2        Q.   -- that was filed in this case?
3        A.   Yes, I have it.
4        Q.   Okay.
5        A.   Yes.
6        Q.   And do you have a sense of how -- the number
7   that is listed there as the amount that was already
8   released, the $4,704 for federal protected benefits
9   category, and how that was arrived?
10       A.   Yes.  We have a rule that we have a 62-day
11  lookback and we -- from the date that we were holding
12  and any -- (Inaudible response) -- benefits within
13  that 62-day window, we have to exempt.
14       Q.   Okay.
15       A.   And we exempted two payments of $2,352 for
16  the $4,704.
17       Q.   Okay.  And is it your understanding that
18  that's all that's required of the bank to withhold and
19  not all of the funds in the account, regardless of what
20  the account was set up for?
21       A.   Yes.  That's correct.
22       Q.   Okay.
23       A.   They were not protected after the 62 days.
24       Q.   Okay.
25            MS. MOSCARELLO:  That's all the questions
```

```
 1  that I have for Ms. Lariosa.  Thank you.
 2            THE COURT:  All right.
 3                 Mr. Huffman, do you have any questions for
 4  this witness?
 5            MR. HOFFMAN:  Yes.
 6
 7                       CROSS-EXAMINATION
 8  BY MR. HOFFMAN:
 9       Q.   Ms. Lariosa, my name is Everett Huffman and
10  I'm the holder on the account.
11                 Are you aware that only Social Security is
12  put into this account?
13       A.   Yes, I see that.
14       Q.   Okay.  And --
15       A.   The deposits are Social Security.
16       Q.   And is it your contention that only two months
17  of Social Security is protected under federal law?
18       A.   That's correct.  That's what our policy states.
19       Q.   That's your policy, but that's not the federal
20  law; is it?
21       A.   I will have to --
22            MS. MOSCARELLO:  I will object, Your Honor.
23            THE WITNESS:  -- refer to Mr. Boucher on that.
24            MS. MOSCARELLO:  And I'll object to that
25  question.
```

```
 1                THE WITNESS:  I'm not a lawyer.
 2                MS. MOSCARELLO:  Right.  Ms. Lariosa is not
 3   an attorney.
 4                THE COURT:  Next question.
 5                MR. HOFFMAN:  Okay.
 6   BY MR. HOFFMAN:
 7       Q.   Are you aware of 42 UFC 207?
 8       A.   Not specifically, no.
 9       Q.   Okay.
10                MR. HOFFMAN:  No further questions.
11                THE COURT:  Okay.  Anything else,
12   Ms. Moscarello?
13                MS. MOSCARELLO:  Yes, Your Honor.  I think
14   I -- to maybe add some clarity, I do have a citation
15   to what I found was referred to as the Treasury's Final
16   Rule from 2013, which discusses the proceeding two months
17   issue that Ms. Lariosa was discussing.
18                I have that as 78 Fed. Reg. 32099.  I
19   would just argue that that is the applicable standard
20   and that's why the bank has adopted the 62-day lookback
21   period.  It's pursuant to that final rule from the
22   Treasury and all that's exempt here, even though the
23   funds may have -- may be Social Security over the years,
24   the only exemption amount is that two-months lookback
25   period, the 62 days.  That's what's already been
```

```
 1  withheld.
 2              THE COURT:  Mr. Huffman --
 3              MR. BOUCHER:  Your Honor, this is Jeff.
 4              THE COURT:  Yes.  Mr. Boucher go ahead.
 5              MR. BOUCHER:  I was going to cite that that
 6  rule is also in the Code of Federal Register.
 7                  Will it assist the Court at all if we
 8  provide a citation?
 9              THE COURT:  Not necessary.  Thank you.
10  Thank you very much.
11              MS. MOSCARELLO:  Thank you.
12              THE COURT:  Anything else, Ms. Moscarello?
13              MS. MOSCARELLO:  No, Your Honor.  That's it
14  for the association's position.
15                  Thank you.
16              THE COURT:  Mr. Huffman, anything?
17              MR. HOFFMAN:  Yes, Your Honor.
18                  I have copies of the bank statements
19  from the very inception that I would like to present as
20  an exhibit.
21              THE COURT:  Come on up.
22              MR. HOFFMAN:  Do I need them marked or --
23              THE COURT:  I will have them marked.
24                  Mr. Huffman is -- it doesn't appear that
25  there's any dispute that your Social Security benefits
```

1  have been going into this account.
2          MR. HOFFMAN:  That's all I put into it is the
3  Social Security benefits.
4          THE COURT:  And Ms. Lariosa, just so we're
5  clear, you -- assuming that Mr. Huffman is correct that
6  the only moneys that have been deposited into this
7  account at issue are derived from Social Security income
8  benefits, that does not change your position at all.
9  Does it?
10          MS. LARIOSA:  No, it does not.
11          THE COURT:  You still believe, based on proper
12  protocol and compliance with all local state and several
13  laws, that the only amount that is exempt from this
14  account at this particular time, based on the information
15  that you have, is $4,704.
16          MS. LARIOSA:  There was another $1,400 in
17  the exemption that we exempted as well.
18          THE COURT:  So noted.
19          MS. LARIOSA:  The total exemption was $6,479
20  total that we exempted.
21          THE COURT:  Okay.
22              Mr. Huffman, is there anything else that
23  you want me to know?
24          MR. HOFFMAN:  No -- well, other than the fact
25  that the statute that I just quoted, 42 UFC 207, says

```
 1   that none of the moneys paid in by Social Security are
 2   subject to garnishment.  There's not a limit on it.
 3              THE COURT:  All right.
 4                  Ms. Moscarello, do you have any questions
 5   for Mr. Hoffman?
 6              MS. MOSCARELLO:  Mr. Hoffman, you are citing
 7   to 42 UFC Section 207.
 8                  Am I getting that right?
 9              MR. HOFFMAN:  Correct.
10              MS. MOSCARELLO:  Okay.  I looked that up and it's
11   discussing the grades of ranks of commissioned officers
12   and things like that.
13                  Is that the proper citation?
14              MR. HOFFMAN:  That's what I found when I --
15              MS. MOSCARELLO:  Okay.
16              MR. HOFFMAN:  -- when I talked to -- when I
17   talked to attorneys about that.
18              THE COURT:  Okay.
19              MS. MOSCARELLO:  Okay.  Your Honor, I don't
20   see any support in that citation for Mr. Huffman's
21   contention and otherwise.  The support that I have
22   found does discuss that 60-day lookback period for
23   what's exempt.
24              THE COURT:  All right.
25                  Mr. Huffman, final words from you.
```

1          MR. HOFFMAN:  The statute is pretty clear.
2   It's exempt.  There's no limitations on Social Security.
3   That's the federal statute, not a regulation.
4          THE COURT:  All right.
5               Ms. Moscarello, anything else from you?
6          MS. MOSCARELLO:  No, Your Honor.  I think we
7   heard from Ms. Lariosa, as far as what the federal
8   regulation requires from the bank and that's what has
9   been done here.
10              The association would be entitled to the
11  remainder of the funds in the account.
12         THE COURT:  And your specific relief in the
13  form of a judgment is --
14         MS. MOSCARELLO:  Our specific?
15         THE COURT:  No.  Go ahead.
16         MS. MOSCARELLO:  Okay.  We're just seeking
17  to have the withheld amounts totaling $60,547.25.
18  That's already been withheld to be sent to the
19  association as payment for the judgments, per the
20  Application of the Writ.
21         THE COURT:  All right. Mr. Huffman, I --
22  there doesn't -- other than your impression of -- and I
23  guess reliance upon a statute that seems to be, at best,
24  miss-cited, the Court has to grant the request for
25  relief.  The bank will be directed to attempt to

1  satisfy the judgment by the allotted amount of
2  $60,597.25.
3              Ms. Lariosa, do you have any questions?
4         MS. LARIOSA:  No, I do not.
5         THE COURT:  All right.  Thank you.
6         MR. BOUCHER:  Thank you, Judge.
7         THE COURT:  You are all excused.
8              Good luck.  Thank you.
9         MS. MOSCARELLO:  Thank you, Your Honor.
10
11
12                      * * * * *
13
14
15
16
17
18
19
20
21
22
23
24
25

**DANA D. VALLES, CSR, RPR, CR No. 50566**

```
 1
 2
 3                   CERTIFICATE OF REPORTER
 4
 5  STATE OF ARIZONA    )
                        )
 6  COUNTY OF PINAL     )
 7
 8
 9              I, Dana D. Valles  CSR, RPR, an
10  official and certified reporter in the Superior Court
11  of the State of Arizona, in and for the County of Pinal,
12  hereby certify that I made a shorthand record of
13  recorded proceedings had in the within case, and that
14  the foregoing transcript is an accurate transcription
15  in the foregoing matter, all done to the best of my
16  skill, ability, and understanding.
17              Dated this 1st day of August, 2022.
18
19
20
                        /S/   Dana D. Valles_____
21                      DANA D. VALLES, CSR, RPR
                        Certified Reporter No. 50566
22
23
24
25
```

**DANA D. VALLES, CSR, RPR, CR No. 50566**