# Exhibit 7

Exhibit 7

# IN THE SUPERIOR COURT

2:04 P.M. Hearing starts
2:19 P.M. Hearing ends

## PINAL COUNTY, STATE OF ARIZONA

### Date: 07/12/2021

| | |
|---|---|
| **THE HON JOSEPH R GEORGINI,** | **REBECCA PADILLA, CLERK** |
| **Courtroom: 301** | |
| Court Reporter: LIBERTY | By Deputy Clerk: H.ROE |

**MAGIC RANCH ESTATES HOMEOWNERS ASSOCIATION,** an Arizona non-profit corporation,

    Plaintiff/Counterdefendant

vs.

**EVERETT HOFFMAN, aka EVERETT HUFFMAN,** an unmarried man;

    Defendant/Counterclaimant.

S1100CV201501738

**MINUTE ENTRY ACTION:**

**GARNISHMENT HEARING**

PRESENT: Counsel for Plaintiff, Ashley Moscarerllo, appearing telephonically.

Defendant, Everett Huffman, appearing in propria persona.

Representatives Jeffery Boucher and Brenda Lariosa appearing telephonically on behalf of Garnishee.

Pursuant to Arizona Supreme Court Administrative Order No. 2020-75; IT IS ORDERED that all court participants and visitors wear their own mask, or other face-covering, when entering the courthouse. A COVID-19 screening protocol is in place as you enter through security, which may include body temperature screening. Persons who refuse to cooperate with, or who do not pass established screening protocols, or refuse to wear a mask or face covering shall be excluded from entering the courthouse.

This is the time set for a Garnishment Hearing.

Discussions are held regarding the amount owed by the Defendant and his protected Social Security funds.

Brenda Lariosa is sworn by the Court and examined.

Defendant Exhibit #1 is marked by the Clerk as reflected on the Exhibit list and admitted by stipulation of the parties.

Brenda Lariosa is further examined by the Court.

Closing statements of the parties are presented.

Plaintiff being entitled to the full requested amount; IT IS ORDERED granting the Writ of Garnishment in the sum of $60,597.25.

**ALL PARTIES REPRESENTING THEMSELVES MUST KEEP THE CLERK OF THE SUPERIOR COURT UPDATED WITH ADDRESS CHANGES.**

**Mailed/distributed copy:** 7/13/2021

EVERETT HUFFMAN
24598 N SAGUARO WAY
FLORENCE AZ 85132

ASHLEY N. MOSCARELLO
GOODMAN LAW GROUP
3654 N. POWER RD., STE 132
MESA, AZ 85215

**Office Distribution:**
**JUDGE/GEORGINI**



REBECCA PADILLA
CLERK OF THE SUPERIOR COURT
P.O. BOX 2730
FLORENCE, ARIZONA 85132

ASHLEY N. MOSCARELLO
GOODMAN LAW GROUP
3654 N. POWER RD., STE 132
MESA, AZ 85215

NEOPOST
07/13/2021
US POSTAGE $000.51
FIRST-CLASS MAIL
ZIP 85132
041M11291879

JUL 15 2021