# Exhibit 9

Exhibit 9

FILED
REBECCA PADILLA
CLERK OF SUPERIOR COURT

# IN THE SUPERIOR COURT

## PINAL COUNTY, STATE OF ARIZONA

2022 JAN 12 PM 12: 17

BY_____
DEPUTY

**Date: 01/11/2022**

### THE HON JOSEPH R GEORGINI

By Judicial Assistant: Lillian Martinez

---

| | |
|---|---|
| **EVERETT HUFFMAN,** | S1100CV201501738 |
| Plaintiff(s), | **UNDER ADVISEMENT** |
| vs. | **RULING ON MOTION FOR RECONSIDERATION** |
| **MAGIC RANCH ESTATES HOMEOWNERS' ASSOCIATION; SNOW PROPERTIES SERVICES LLC; CLINT G. GOODMAN and AMY GOODMAN; et al.,** | |
| Defendant(s). | |

The Court notes that on July 23, 2021 Plaintiff, Everett Huffman filed his Motion for Reconsideration of this Court's ruling entered on July 13, 2021, pursuant to Ariz. R. Civ. P. Rule 7.1(a). Moreover, on August 5, 2021, Defendant, Magic Ranch Estates Homeowners Association filed a Response to Plaintiff's Motion, and on August 16, 2021, Plaintiff filed his Reply. Lastly, this Court held an Evidentiary Hearing on January 4, 2022 to determine whether Huffman's Motion should be granted.

The Court now hereby finds, and rules as follows:

IT IS HEREBY ORDERED GRANTING Plaintiff's Motion to Reconsider this Court's Ruling dated July 13, 2021, pursuant to Ariz. R. Civ. P. Rule 7.1(a).

In granting Plaintiffs' Motion to Reconsider its's July 13, 2021 ruling pursuant to Ariz. R. Civ. P. Rule 7.1(a) this Court, after considering the entire record in this case finds that the Social Security benefits held in Huffman's Chase bank account were exempt, and therefore are not subject to garnishment. This Court concludes that the applicable statutes and case law pertinent to this case establishes that all the entirety of Huffman's Social Security benefits are exempt from "execution, levy, attachment, garnishment, or other legal process." 42 U.S.C. § 407(a),

Page 1 of 2

Moreover, it also is clear that under that section of the Social Security Act, all benefits paid to Huffman are exempt from execution, including bank garnishment. Finally, there was no evidence presented that established Huffman ever co-mingled his Social security income with other discretionary accounts or monies.

IT IS HEREBY ORDERED GRANTING Plaintiff's Motion to Reconsider this Court's Ruling dated July 13, 2021, pursuant to Ariz. R. Civ. P. Rule 7.1(a), concerning the remaining $60,597.25 held by the garnishee Chase bank.

IT IS HEREBY FURTHER ORDERED that each side shall bear their own costs and fees regarding the litigation of this Motion to Reconsider.

Dated this 11th day of January 2022.

Honorable Joseph R. Georgini
Pinal County Superior Court

**Emailed/Mailed/distributed copy:** 01/11/2022

FLOYD E. BYBEE, ESQ
*ATTORNEY FOR DEFENDANT*
floyd@bybeelaw.com

ASHLEY N MOSCARELLO, ESQ.
*ATTORNEY FOR PLAINTIFF*
ashley@goodlaw.legal

JP MORGAN CHASE BANK, N.A.
*GARNISHEE*
COURT ORDERS AND LEVIES
P.O. BOX 183164
COLUMBUS, OH 43218-7022

**Office Distribution:**
**JUDGE/GEORGINI**