# Exhibit 10

# Exhibit 10

FILED
Rebecca Padilla
CLERK, SUPERIOR COURT
01/19/2022  4:31PM
BY: JANDONIE
DEPUTY

**Goodman Holmgren**
ATTORNEYS AT LAW

3654 North Power Road, Suite 132
Mesa, Arizona  85215
(844) 346.6352
Ashley@goodlaw.legal
*Attorneys for Plaintiff/Judgment Creditor*
By:	Ashley N. Moscarello, Esq. – Bar No. 032572

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF PINAL

| | |
|---|---|
| Magic Ranch Estates Homeowners Association; | Case No.: S1100CV201501738 |
| Plaintiff/Judgment Creditor, | **MOTION TO QUASH WRIT OF GARNISHMENT** |
| vs. | (Non-Earnings) |
| Everett Huffman; Unknown Heirs and Devisees of Each of the Named Defendants if Deceased; John Does I-V; Jane Does I-V; Black Corporations I-V; White Partnerships I-V; Gray Limited Liability Companies I-V; | Assigned to the Honorable Joseph R. Georgini |
| Defendants/Judgment Debtors, | |
| JPMorgan Chase Bank, National Association; | |
| Garnishee. | |

Plaintiff/Judgment Creditor Magic Ranch Estates Homeowners Association ("Plaintiff" or "Association"), by and through counsel undersigned, hereby moves to quash the Writ of Garnishment issued by this Court on May 25, 2021; and release Garnishee JPMorgan Chase Bank, National Association ("Garnishee"), from any further obligations pursuant to the Writ of Garnishment. The Association makes this Motion because of this Court's Minute Entry Order granting Plaintiffs' Motion to Reconsider.

1

A proposed form of Order is filed concurrently herewith.

DATED this __19__ day of January, 2022.

                                                      GOODMAN HOLMGREN

                                                     */s/ Ashley N. Moscarello*

                                                     Ashley N. Moscarello, Esq.
                                                     *Attorney for Judgment Creditor*

2

## CERTIFICATE OF MAILING

ORIGINAL of the foregoing e-filed this __19__ day of January, 2022 with:

The Clerk of the Court

COPY of the foregoing mailed this same day to:

JPMorgan Chase Bank, National Association
Court Orders and Levies
PO Box 183164
Columbus, OH 43218-7022
Garnishee

Floyd W. Bybee
Bybee Law Center, PLC
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226
Attorney for Judgment Debtor

By: _____

**THIS FIRM ACTS AS A DEBT COLLECTOR AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

3

**Goodman Holmgren**
ATTORNEYS AT LAW

3654 North Power Road, Suite 132
Mesa, Arizona 85215
(844) 346.6352
Ashley@goodlaw.legal
*Attorneys for Plaintiff/Judgment Creditor*
By: Ashley N. Moscarello, Esq. – Bar No. 032572

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF PINAL

| | |
|---|---|
| Magic Ranch Estates Homeowners Association; | Case No.: S1100CV201501738 |
| Plaintiff/Judgment Creditor, | **ORDER QUASHING WRIT OF GARNISHMENT AND RELEASING GARNISHEE FROM FURTHER OBLIGATION** |
| vs. | |
| Everett Huffman; Unknown Heirs and Devisees of Each of the Named Defendants if Deceased; John Does I-V; Jane Does I-V; Black Corporations I-V; White Partnerships I-V; Gray Limited Liability Companies I-V; | (Non-Earnings) |
| Defendants/Judgment Debtors, | |
| JPMorgan Chase Bank, National Association; | |
| Garnishee. | |

The Court, having reviewed the Motion to Quash Writ of Garnishment filed by Plaintiff/Judgment Creditor Magic Ranch Estates Homeowners Association ("Plaintiff" or "Judgment Creditor"), and for good cause appearing,

IT IS HEREBY ORDERED quashing the Writ of Garnishment issued by this Court on May 25, 2021 in this matter and releasing Garnishee JPMorgan Chase Bank, National Association ("Garnishee") from further obligation under the Writ of Garnishment.

1

SIGNED this _____ day of _____, 2022.

_____
The Honorable
Pinal County Superior Court