# Exhibit 11

Exhibit 11

LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 N. CENTRAL AVE., SUITE 1600
PHOENIX, ARIZONA 85004
TELEPHONE: (602) 271-7700
FACSIMILE: (602) 258-7785
Donald Wilson, Jr./Bar No. 005205
 E-mail: dwj@bowwlaw.com
Jathan P. McLaughlin/Bar No. 028065
 E-mail: jpm@bowwlaw.com

SIMMONDS & NARITA LLP
Tomio B. Narita (CA SBN 156576) (*pro hac vice*)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 283-1000
tnarita@snllp.com

*Attorneys for  Defendant Goodman Law Group, LLP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Bruce E. Huffman,<br><br>            Plaintiff,<br><br>v.<br><br>JP Morgan Chase Bank, N.A.; Goodman Holmgren Law Group, LLP; and Magic Ranch Homeowners Association,<br><br>            Defendants. | 2:22-CV-00903-JTT<br><br>**DEFENDANT GOODMAN'S SECOND SUPPLEMENTAL FED. R. CIV. P. 26(A)(1) DISCLOSURE STATEMENT** |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant Goodman Law Group ("Defendant") submits the following *First Supplemental* Disclosure Statement. This disclosure is provided based upon the information known to date by Defendant and Defendant reserves the right to supplement and amend this disclosure as it learns more information as this matter progresses.

*Additions, deletions and/or corrections appear in bold italics* or ~~strikethrough.~~

**I.     The Name, Address, and Telephone Number of Each Individual Likely to have Discoverable Information.**

1. Representatives of Goodman Law Group
   c/o Broening Oberg Woods & Wilson
   602-271-7750

It is believed that representatives of the Goodman Law Group including Clint Goodman, ~~and~~ Ashley Moscarello *(now Turner), Kristy Guell, and Laura Egelsman* have information regarding the HOA action brought by Magic Ranch against Plaintiff, the garnishment action against Plaintiff, the basis for the arguments made in the garnishment action, and the handling of the garnishment action against Plaintiff.  It is expected that Mr. Goodman, ~~and~~ Ms. Moscarello *(now Turner), Ms. Guell, and Ms. Egelsman* will be called as trial witnesses in this matter.

2. Plaintiff Bruce Huffman
   c/o Mills + Woods Law, PLLC
   480-999-4556

It is believed that Plaintiff has knowledge regarding the action filed against him by Magic Ranch HOA and his defenses to that matter; the garnishment action filed against him as well as his defenses to that matter; his knowledge and experience regarding the law; his actions in setting up an account with JPMorgan Chase Bank as well the contents of the JPMorgan Chase Bank account; his communications with JPMorgan Chase Bank and Defendant during the underlying litigation in both the garnishment and HOA suits.  It is expected that Mr. Huffman will be called as a trial witness in this matter.

3. Representatives of JPMorgan Chase Bank, N.A.
   c/o Greenberg Traurig, LLP
   602-445-8414

It is expected that representatives from JPMorgan Chase Bank have information regarding the contents of Plaintiff's account(s) with the bank, the bank's communications

with Plaintiff, the bank's actions in responding to the writ of garnishment, and the bank's release of funds to Plaintiff.

4. Representatives of Magic Ranch HOA
   c/o Hill, Hall & DeCiancio
   602-795-7665

It is expected that representatives of Magic Ranch HOA have information regarding Plaintiff's actions in the Magic Ranch community, the claims brought against Plaintiff by the HOA, the garnishment action brought against Plaintiff by the HOA, and communications between Plaintiff and the HOA.

5. *Harvey M Moore, Esq.*
   *Ther Moore Law Group*
   *3710 S. Susan Street*
   *Santa Ana, California*

*Mr. Moore will testify consistently with and in support of his expert opinions disclosed with this supplemental Disclosure Statement. See Mr. Moore's report and attachments thereto for his testimony history. Mr. Moore's fee for work on the report is $600/hour. Mr. Moore's qualifications are set out in his report. Mr. Moore has offered testimony in the following cases:*

*Troy Capital, LLC v. Patenaude & Felix, APC et al. (D. Nev. 2022);*

*Evon v. Law Offices of Sidney Mickell (E.D. Cal. 2014).*

6. All custodians of records needed for the documents listed below.
7. All witnesses disclosed by any party, without waiving objections thereto.
8. All witnesses needed to lay foundation for the documents listed below.
9. All persons who have their depositions taken in this action, without waiving objections thereto.

10. All persons identified in any party's discovery responses, without waiving any objections thereto.

11. Defendant's expert witnesses. At this time Defendant has not selected any experts in this case. Any expert(s) Defendant expects to testify at trial in this matter will be disclosed pursuant to the timelines set out in the Court's scheduling order in this case

**II.     A Copy or Description by Category of all Documents, Electronically Stored Information, and Tangible Things the Disclosing Party Possesses or Controls and May Use to Support its Claims or Defenses**

Defendants have not yet determined which exhibits they will use at trial, but they anticipate they may use the following exhibits. Defendants reserve the right to supplement or amend this list, without limitation, as more relevant information becomes available regarding Plaintiff's claims

1. The non-privileged portions of Defendant's file(s) in the underlying HOA and garnishment actions;
2. All pleadings from the underlying HOA and garnishment actions;
3. Without waiving possible objections, all exhibits identified by other parties;
4. All exhibits identified through further discovery, including deposition transcripts, disclosure statements and discovery responses;
5. Any and all files retained by experts of any party, including curriculum vitae prior testimony and reports, if any;
6. Any and all discovery requests and responses;
7. Any and all deposition transcripts; and,
8. Any and all exhibits revealed through discovery and future proceedings in this case.

9. Goodman Law Group documents attached hereto and identified as GLG00001-00263.

10. *Expert report of Harvey M. Moore.*

11. *Documents produced pursuant to Plaintiff's Request for Production at GLG00266-322.  (Previously produced)*

12. *Goodman Law Group documents identified as GLG00323-395.*

Defendant reserves their right to object to any of the foregoing exhibits at trial.

**III.  Computation of each category of damages claimed by the disclosing party**

Defendant denies that they are liable to Plaintiff for any damages associated with his claims against them and reserves the right to seek the costs incurred in defending this matter.

**IV.  Any insurance agreement under which an insurance business may be liable to satisfy all or part of a judgment**

Will supplement.

///

RESPECTFULLY SUBMITTED this 20th day of October, 2023.

BROENING OBERG WOODS & WILSON, P.C.

By: /s/ Jathan P. McLaughlin
Donald Wilson, Jr.
Jathan P. McLaughlin
2800 N. Central Ave., Ste. 1600
Phoenix, Arizona 85004
*Attorneys for Defendant Goodman Law Group, LLP*

COPY of the foregoing emailed this 20th day of October, 2023, to:

Robert T Mills
Sean A Woods
MILLS+WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona, 85014
docket@millsandwoods.com
rmills@millsandwoods.com
*Attorneys for Plaintiff*

Nicole M. Goodwin
Adrianna Griego Gorton
Greenberg Traurig, LLP
2375 E. Camelback Road, Suite 800
Phoenix, Arizona 85016
Nicole.goodwin@gtlaw.com
gortona@gtlaw.com
*Attorneys for JPMorgan Chase Bank, NA*

By: /s/ Lisa Black