*Bruce E. Huffman v. JPMorgan Chase Bank, N.A., et al.*
**Case No.: 2:22-cv-00903-JJT**
**Index to Exhibits 1-19 to Defendant JPMorgan Chase Bank, N.A.'s Statement of
Facts in Support of Its Motion for Summary Judgment**

| | |
|---|---|
| Exhibit 1 | Social Security Administration Notice of Award to Bruce Huffman dated December 9, 2018 and Chase Statements December 19, 2018 through July 16, 2019 (HUFFMAN-0000149-158) |
| Exhibit 2 | December 19, 2018 Signature Card (CHASE000096-99) |
| Exhibit 3 | Chase Statements March 17, 2020 through January 19, 2021 (HUFFMAN000001-11) |
| Exhibit 4 | 2021 Chase Statements (CHASE000002-29) |
| Exhibit 5 | 2022 Chase Statements (CHASE000088-95) |
| Exhibit 6 | Application for Writ of Garnishment, Case No. S1100CV201501738, May 25, 2021 (GLG00007-9) |
| Exhibit 7 | Writ of Garnishment and Summons, Case No. S1100CV201501738, May 25, 2021 (GLG00010) |
| Exhibit 8 | Minute Entry re Garnishment Hearing, Case No. S1100CV201501738, July 13, 2021 (HUFFMAN000179-180) |
| Exhibit 9 | Motion for Reconsideration, Case No. S1100CV201501738, July 23, 2021 (HUFFMAN-000181-188) |
| Exhibit 10 | Reply to Response to Motion for Reconsideration, Case No. S1100CV201501738, August 1, 2021 (HUFFMAN-000189-197) |

Exhibit 11    Under Advisement Ruling Granting Plaintiff's Motion for
              Reconsideration, Case No. S1100CV201501738, January 12, 2022
              (HUFFMAN-000198-199)

Exhibit 12    Order Quashing Writ of Garnishment and Releasing Garnishee from
              Further Obligation, Case No. S1100CV201501738, January 27, 2022
              (GL00200)

Exhibit 13    Email from O. Aziz to C. Whitfield, et al. re OCC Executive Office
              Complaint Results, March 25, 2022
              (CHASE000068)

Exhibit 14    Letter to B. Huffman from Chase, March 2, 2022
              (CHASE000037-38)

Exhibit 15    Checking Account Summary
              (CHASE000381-CHASE000383)

Exhibit 16    Deposit Account Agreement, effective November 11, 2018
              (CHASE000388-411)

Exhibit 17    Excerpts of Bruce Huffman Deposition taken October 27, 2023

Exhibit 18    Plaintiff's Response to Defendant JPMorgan Chase Bank, N.A.'s First
              Set of Interrogatories to Plaintiff, October 13, 2023

# EXHIBIT 1

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Notice of Award

Mid-America Program Service Center
601 East Twelfth Street
Kansas City, Missouri 64106-2817
Date:  December 9, 2018
Claim Number:  REDACTED

ıı¹|¹ıₗ|ıₗ||¹ıₚₗₚₗₚ|ₚₗₚ¹||||ı¹|₁|ₗ|ₗıₚₚ⁺¹¹|¹ₗ||ₗ|¹ₗ|
2620 2 MB 0.424  T15 MAAD296 PL1 S296 M3 PC6 181205
2620    BRUCE E HUFFMAN
 REDACTED

You are entitled to monthly retirement benefits beginning November 2018.

## What We Will Pay And When

We pay Social Security benefits for a given month in the next month.  For example, Social Security benefits for March are paid in April.

- You will receive $2,224.00 around December 10, 2018.  — 12-7-18

- This is the money you are due for November 2018.

- Your next payment of $2,286.00, which is for December 2018, will be received on or about the fourth Wednesday of January 2019.

- After that you will receive $2,286.00 on or about the fourth Wednesday of each month.

- These and any future payments will go to the financial institution you selected.  Please let us know if you change your mailing address, so we can send you letters directly.

- The day of the month you receive your payments depends on your date of birth.

## Your Benefits

We raised your monthly benefit amount beginning December 2018 because the cost of living increased.

## Information About Medicare

Your Medicare Part A (hospital insurance) starts April 2018.

Enclosure(s):
Pub 05-10077

C



REDACTED

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Retirement Or Survivors Benefits".

## Do You Disagree With The Decision?

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We may also review the parts of our decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason if you wait more than 60 days to ask for an appeal.
- You can file an appeal with any Social Security office. You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561-U2. You may go to our website at www.socialsecurity.gov/online/ to find the form. You can also call, write, or visit us to request the form. If you need help to fill out the form, we can help you by phone or in person.

## If You Want Help With Your Appeal

You can have a friend, representative, or someone else help you. There are groups that can help you find a representative or give you free legal services if you qualify. There are also representatives who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a representative who is eligible for direct pay, we will withhold up to 25 percent of any past due benefits to pay toward the fee.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).



# CHASE ◑

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

December 19, 2018 through January 16, 2019
Account Number:  REDACTED**8778**

00004716 DRE 601 141 01719 NNNNNNNNNNNN T 1 000000000 11 0000
BRUCE HUFFMAN
REDACTED

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY   Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $0.00 |
| Deposits and Additions | 2,224.02 |
| Ending Balance | $2,224.02 |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.02 |
| Interest Paid Year-to-Date | $0.02 |

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of Chase Military Banking.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $0.00 |
| 12/19 | Deposit | 2,224.00 | 2,224.00 |
| 01/16 | Interest Payment | 0.02 | 2,224.02 |
| | Ending Balance | | $2,224.02 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

# CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

January 17, 2019 through February 15, 2019
Account Number:   REDACTED3778

ıullıuıllllıluuıqıılılıluılılılılılılllllllllllıqıuııllılılılıluııl

00005253 DRE 601 141 04719 NNNNNNNNNNN T 1 000000000 11 0000
BRUCE HUFFMAN

# REDACTED

## CUSTOMER SERVICE INFORMATION

| Web site: | Chase.com |
|---|---|
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY   Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| Beginning Balance | **$2,224.02** |
| Deposits and Additions | 2,586.03 |
| Ending Balance | **$4,810.05** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.03 |
| Interest Paid Year-to-Date | $0.05 |

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of Chase Military Banking.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | Beginning Balance | | | $2,224.02 |
| 01/23 | SSA  Treas 310   Xxsoc Sec | PPD ID: 9031036360 | 2,286.00 | 4,510.02 |
| 01/29 | $300 For New Checking | | 300.00 | 4,810.02 |
| 02/15 | Interest Payment | | 0.03 | 4,810.05 |
| | Ending Balance | | | $4,810.05 |

HUFFMAN-000152

# CHASE 🔾

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

February 16, 2019 through March 15, 2019
Account Number: REDACTED8778

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00005158 DRE 601 141 07519 NNNNNNNNNNN T 1 000000000 11 0000
BRUCE HUFFMAN

# REDACTED

## CHECKING SUMMARY   Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $4,810.05 |
| Deposits and Additions | 2,286.05 |
| Electronic Withdrawals | -300.00 |
| Ending Balance | $6,796.10 |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.05 |
| Interest Paid Year-to-Date | $0.10 |

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of
Chase Military Banking.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $4,810.05 |
| 02/27 | SSA  Treas 310  Xxsoc Sec          PPD ID: 9031036360 | 2,286.00 | 7,096.05 |
| 02/28 | 02/28 Online Transfer 7984223912 To Bruce Huffman ########6981 Transaction #: 7984223912 | -300.00 | 6,796.05 |
| 03/15 | Interest Payment | 0.05 | 6,796.10 |
| | Ending Balance | | $6,796.10 |

HUFFMAN-000153

**CHASE** 🔵
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

March 16, 2019 through April 15, 2019
Account Number: REDACTED**8778**

Ա||ԱՈ|Ո|Ո|ՈՈ|ՈՈ||Ⴑ||Ⴑ|Ⴑ|Ⴑ||ԱՈ|Ⴑ||Ⴑ

00003747 DRE 601 141 10619 NNNNNNNNNNN T 1 000000000 11 0000
BRUCE HUFFMAN
# REDACTED

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

## We updated our disclosures

On March 17, 2019, we published an updated version of our Deposit Account Agreement and the document explaining our Additional Banking Services and Fees. You can get the latest agreements at chase.com/disclosures, at a branch or by request when you call us. Here's what you should know:

*   We're using a payment network that supports real-time payments. When you send or receive a real-time payment, you confirm that you're not acting on the behalf of someone who is not a U.S. citizen or resident. (General Account Terms, Section I, Rules governing your account)

*   We've reduced the Chase wire fee to send an international wire in a foreign currency to $5 per transfer when you use chase.com or the Chase Mobile® app. As a reminder, there is no Chase wire fee when your transfer is equal to $5,000 U.S. dollars or more. Also, there is never a Chase wire fee to send a wire from a Chase Premier Plus Checking$^{SM}$ with enhanced military benefits, Chase Sapphire$^{SM}$ Checking, or Chase Private Client Checking$^{SM}$ account.

Please call us at the number on this statement if you have any questions.

## CHECKING SUMMARY | Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $6,796.10 |
| Deposits and Additions | 2,286.07 |
| **Ending Balance** | **$9,082.17** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.07 |
| Interest Paid Year-to-Date | $0.17 |

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of Chase Military Banking.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | Beginning Balance | | | $6,796.10 |
| 03/27 | SSA Treas 310  Xxsoc Sec | PPD ID: 9031036360 | 2,286.00 | 9,082.10 |
| 04/15 | Interest Payment | | 0.07 | 9,082.17 |
| | Ending Balance | | | $9,082.17 |

HUFFMAN-000154

# CHASE ◎

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

April 16, 2019 through May 15, 2019
Account Number:   REDACTED8778

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

|lll···ll|l·ll¡¡l|l||l·ll||·l·l·ll|lll||l|l·ll·l|l·l·|l|l·

00015642 DRE 601 141 13619 NNNNNNNNNNN T 1 000000000 11 0000
BRUCE HUFFMAN
REDACTED

**We want to remind you about the overdraft service options that are available for your personal checking account(s)**

We've included information on the last page of this statement to remind you about our overdraft services and associated fees. You can find more information about these services and ways to avoid overdraft fees at **chase.com/overdraft-services**.

If you have questions, please call us anytime at the number on your statement.

## CHECKING SUMMARY    Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $9,082.17 |
| Deposits and Additions | 2,286.09 |
| Ending Balance | $11,368.26 |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.09 |
| Interest Paid Year-to-Date | $0.26 |

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of Chase Military Banking.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | Beginning Balance | | | $9,082.17 |
| 04/24 | SSA Treas 310  Xxsoc Sec | PPD ID: 9031036360 | 2,286.00 | 11,368.17 |
| 05/15 | Interest Payment | | 0.09 | 11,368.26 |
| | Ending Balance | | | $11,368.26 |

**CHASE ◐**

## Overdraft and Overdraft Fee Information for Your Chase Checking Account

### What You Need to Know About Overdrafts and Overdraft Fees

An overdraft occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway. We can cover your overdrafts in two different ways:

1. We have standard overdraft practices that come with your account.
2. We also offer overdraft protection through a link to a Chase savings account, which may be less expensive than our standard overdraft practices. You can contact us to learn more.

This notice explains our standard overdraft practices.

* **What are the standard overdraft practices that come with my account?**

  We **do** authorize and pay overdrafts for the following types of transactions:

  * Checks and other transactions made using your checking account number
  * Recurring debit card transactions

  We **do not** authorize and pay overdrafts for the following types of transactions, unless you ask us to (see below):

  * Everyday debit card transactions

  We pay overdrafts at our discretion, which means we do not guarantee that we will always authorize and pay any type of transaction. If we do not authorize and pay an overdraft, your transaction will be declined.

* **What fees will I be charged if Chase pays my overdraft?**

  Under our standard overdraft practices:

  * If we pay an item, we'll charge you a $34 Insufficient Funds Fee per item. This fee is not charged if your account balance at the end of the business day is overdrawn by $5 or less, or for items that are $5 or less.
  * We won't charge more than three Insufficient Funds Fees per day, for a total of $102.

* **We waive fees for some account types:**

  * For Chase Sapphire<sup>SM</sup> Checking accounts, we waive the Insufficient Funds and Returned Item fees if you've had four or fewer Insufficient Funds or Returned Item occurrences in the past 12 months.
  * For Chase Private Client Checking<sup>SM</sup> accounts, we waive the Chase overdraft fees.

* **What if I want Chase to authorize and pay overdrafts on my everyday debit card transactions?**

  If you or a joint account owner would like to change your selection, sign in to chase.com to update your account settings, or call us anytime at 1-800-935-9935 (or collect at 1-713-262-1679 if outside the U.S.), or visit a Chase branch.



**CHASE** ◐

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

May 16, 2019 through June 17, 2019
Account Number:   REDACTED**8778**

||ı|ılı·||||ılılılı·||ılıllıpıqılılı||lılılıuıpılı||lılıpıl·||ılılılı

00004601 DRE 601 141 16919 NNNNNNNNNNNN T 1 000000000 11 0000
BRUCE HUFFMAN
REDACTED

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY  | Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $11,368.26 |
| Deposits and Additions | 2,286.12 |
| Ending Balance | $13,654.38 |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.12 |
| Interest Paid Year-to-Date | $0.38 |

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of Chase Military Banking.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | Beginning Balance | | | $11,368.26 |
| 05/22 | SSA Treas 310  Xxsoc Sec | PPD ID: 9031036360 | 2,286.00 | 13,654.26 |
| 06/17 | Interest Payment | | 0.12 | 13,654.38 |
| | Ending Balance | | | $13,654.38 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

HUFFMAN-000157

# CHASE ◆

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

June 18, 2019 through July 16, 2019

Account Number: REDACTED**8778**

00004809 DRE 601 141 19819 NNNNNNNNNNN T 1 000000000 11 0000
BRUCE HUFFMAN

# REDACTED

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY | Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $13,654.38 |
| Deposits and Additions | 2,286.12 |
| Ending Balance | $15,940.50 |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.12 |
| Interest Paid Year-to-Date | $0.50 |

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of Chase Military Banking.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | Beginning Balance | | | $13,654.38 |
| 06/26 | SSA Treas 310  Xxsoc Sec | PPD ID: 9031036360 | 2,286.00 | 15,940.38 |
| 07/16 | Interest Payment | | 0.12 | 15,940.50 |
| | Ending Balance | | | $15,940.50 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC



JPMorgan Chase Bank, N.A. Member FDIC

HUFFMAN-000158

# EXHIBIT 2



A version of the agreements and disclosures that you can print and keep is available at Chase.com/Disclosures



Exhibit 1
Name: Huffman
Meri Coash 10-27-23

CHASE000096

  **CHASE ●**

# Personal Electronic Signature Card

| | |
|---|---|
| **TAX RESPONSIBLE ID #** REDACTED-2726* | **DATE OPENED**  12/19/2018 |
| **PERSONAL ADDRESS** | **ISSUED BY**  New Account |
| REDACTED | JPMorgan Chase Bank, N.A. |
| | Johnson Ranch |
| | **BRANCH CITY/STATE**  San Tan Valley ( AZ ) |
| United States/US Territories | **BANK # BRANCH**  342 |
| | NASSER RAKHA |
| | **PHONE #**  (480) 888-7429 |

**TYPE OF OWNERSHIP**   Individual - POD

| ACCOUNT TITLE | ACCOUNT NUMBER / ACCOUNT TYPE |
|---|---|
| BRUCE EVERETT HUFFMAN | REDACTED8778    Chase Premier Plus Checking |
| POD ROBERT L HUFFMAN | |

**CUSTOMER(S) TO BE ADDED LATER:**

**ACKNOWLEDGEMENT** – By signing this Signature Card, I am applying to the JPMorgan Chase Bank, N.A. (the Bank) to open the deposit account and/or Chase Liquid® indicated above. I certify that the information provided hereon is true to the best of my knowledge and authorize the Bank, at its discretion, to obtain credit reports and employment verifications on me. I acknowledge receipt of the Bank's Deposit Account Agreement or other applicable account agreement or the Chase Liquid Agreement, which includes all provisions that apply to this deposit account and/or Chase Liquid Card and the Bank Privacy Policy, and agree to be bound by the terms and conditions contained therein as amended from time to time. For joint accounts, I agree that all parties are responsible for any overdraft of any amount due to the return of a deposited check without condition or limitation.

Exemption from FATCA reporting code (if any)                [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

*CERTIFICATION - I certify under penalties of perjury that (1) the Taxpayer Identification Number shown above is correct, and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.*

© 2017 JPMorgan Chase Bank, N.A. Member FDIC
**CHASE000097**

Has the IRS notified you that you are subject to backup withholding?

**CHASE** ○

| X | No. I am not subject to backup withholding.

Yes. The IRS has informed me that I am subject to backup withholding. As a result, I am not making a certification with respect to item 2, above.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

|  | NAME | **TELEPHONE NUMBER | ELECTRONIC SIGNATURE |
|---|---|---|---|
| 1*) | BRUCE HUFFMAN | | **BRUCE HUFFMAN** on 2018-12-19 11:49:47 EST |
| 2) | | | |
| 3) | | | |
| 4) | | | |
| 5) | | | |
| 6) | | | |
| 7) | | | |
| 8) | | | |

*Tax Responsibility Indicator

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

© 2017 JPMorgan Chase Bank, N.A. Member FDIC

CHASE000098



| TAXPAYER ID# | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| | REDACTED -2726 | | | |
| DATE OF BIRTH | REDACTED | | | |
| PRIMARY ID TYPE | Driver's License | | | |
| PRIMARY ID NUMBER | REDACTED | | | |
| ISSUER | AZ | | | |
| ISSUANCE DATE | 11/20/2017 | | | |
| EXPIRATION DATE | 11/22/2022 | | | |
| SECONDARY ID TYPE | US Military/Veterans ID | | | |
| SECONDARY IDNUMBER | REDACTED | | | |
| ISSUER | USA | | | |
| ISSUANCE DATE | | | | |
| EXPIRATION DATE | 01/20/2027 | | | |

| | 5 | 6 | 7 | 8 |
|---|---|---|---|---|
| TAXPAYER ID# | | | | |
| DATE OF BIRTH | | | | |
| PRIMARY ID TYPE | | | | |
| PRIMARY ID NUMBER | | | | |
| ISSUER | | | | |
| ISSUANCE DATE | | | | |
| EXPIRATION DATE | | | | |
| SECONDARY ID TYPE | | | | |
| SECONDARY IDNUMBER | | | | |
| ISSUER | | | | |
| ISSUANCE DATE | | | | |
| EXPIRATION DATE | | | | |

CHASE000099

# EXHIBIT 3

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218- 2051

March 17, 2020 through April 16, 2020
Account Number: REDACTED 5778

00003815 DRE 601 141 10720 NNNNNNNNNNN T 1 000000000 11 0000
BRUCE HUFFMAN

REDACTED

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY   Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $34,302.18 |
| Deposits and Additions | 2,322.29 |
| Ending Balance | $36,624.47 |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.29 |
| Interest Paid Year-to-Date | $1.06 |

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of Chase Military Banking.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | Beginning Balance | | | $34,302.18 |
| 03/25 | SSA  Treas 310  Xxsoc Sec | PPD ID: 9031036360 | 2,322.00 | 36,624.18 |
| 04/15 | Interest Payment | | 0.29 | 36,624.47 |
| | Ending Balance | | | $36,624.47 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

HUFFMAN-000001



JPMorgan Chase Bank, N.A. Member FDIC

# CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

April 16, 2020 through May 15, 2020

Account Number: REDACTED 6778

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

00013293 DRE 601 141 13720 NNNNNNNNNNN T 1 000000000 11 0000
BRUCE HUFFMAN
REDACTED

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

## COVID 19 Update: We're here for you

We urge you to use the Chase Mobile®1 app and chase.com to do your everyday banking anytime, like checking on transactions and making payments. You can also use the Chase Mobile app to deposit checks.

We've temporarily adjusted phone and branch service hours and closed some locations. To find open branches, updated hours, nearby ATMs and for details on how to access your safe deposit box, go to the Chase Mobile app and **chase.com/branch**.

See ways we can help at **chase.com/StayConnected**.

[1] Chase Mobile® app is available for select mobile devices. Enroll in Chase Online$^{SM}$ or on the Chase Mobile app. Message and data rates may apply.

## We want to remind you about the overdraft service options that are available for your personal checking account(s)

We've included information on the last page of this statement to remind you about our overdraft services and associated fees. You can find more information about these services and ways to avoid overdraft fees at **chase.com/overdraft-services**.

If you have questions, please call us at the number on your statement. We accept operator relay calls.

## CHECKING SUMMARY    Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $36,624.47 |
| Deposits and Additions | 2,322.31 |
| Ending Balance | $38,946.78 |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.31 |
| Interest Paid Year-to-Date | $1.37 |

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of Chase Military Banking.



April 16, 2020 through May 15, 2020
Account Number: REDACTED 6778

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | Beginning Balance | | | $36,624.47 |
| 04/22 | SSA Treas 310  Xxsoc Sec | PPD ID: 9031036360 | 2,322.00 | 38,946.47 |
| 05/15 | Interest Payment | | 0.31 | 38,946.78 |
| | Ending Balance | | | $38,946.78 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**



**CHASE ○**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 16, 2020 through June 15, 2020
Account Number: REDACTED 8778

00003180 DRE 601 141 16820 NNNNNNNNNNN T 1 000000000 11 0000
BRUCE HUFFMAN
REDACTED

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site | Chase.com |
| Service Center | 1-800-935-9935 |
| Deaf and Hard of Hearing | 1-800-242-7383 |
| Para Espanol | 1-877-312-4273 |
| International Calls | 1-713-262-1679 |

## We updated the Funds Availability Policy in the Deposit Account Agreement

We increased the minimum amount of funds that we make available to you the next business day when you deposit a check. For more information, please see the Funds Availability Policy in the Deposit Account Agreement at chase.com/disclosures

Please call the number on your statement if you have questions. We accept operator relay calls.

## CHECKING SUMMARY   Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$38,946.78** |
| Deposits and Additions | 2,322.34 |
| **Ending Balance** | **$41,269.12** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.34 |
| Interest Paid Year-to-Date | $1.71 |

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of Chase Military Banking.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$38,946.78** |
| 05/27 | SSA  Treas 310  Xxsoc Sec          PPD ID: 9031036360 | 2,322.00 | 41,268.78 |
| 06/15 | Interest Payment | 0.34 | 41,269.12 |
| | **Ending Balance** | | **$41,269.12** |

**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

June 16, 2020 through July 15, 2020
Account Number: REDACTED 5778

00003490 DRE 601 141 19820 NNNNNNNNNNN T 1 000000000 11 0000
BRUCE HUFFMAN

REDACTED

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY   Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $41,269.12 |
| Deposits and Additions | 2,322.35 |
| Ending Balance | $43,591.47 |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.35 |
| Interest Paid Year-to-Date | $2.06 |

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of Chase Military Banking.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$41,269.12** |
| 06/24 | SSA  Treas 310  Xxsoc Sec | PPD ID: 9031036360 | 2,322.00 | 43,591.12 |
| 07/15 | Interest Payment | | 0.35 | 43,591.47 |
| | **Ending Balance** | | | **$43,591.47** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

HUFFMAN-000005

 JPMorgan Chase Bank, N.A. Member FDIC



**CHASE** ⬤

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218- 2051

July 16, 2020 through August 17, 2020

Account Number: REDACTED 8778

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00003327 DRE 601 141 23120 NNNNNNNNNNN T 1 000000000 11 0000
BRUCE HUFFMAN

REDACTED

---

## CHECKING SUMMARY | Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $43,591.47 |
| Deposits and Additions | 2,322.41 |
| **Ending Balance** | **$45,913.88** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.41 |
| Interest Paid Year-to-Date | $2.47 |

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of Chase Military Banking.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | Beginning Balance | | | $43,591.47 |
| 07/22 | SSA Treas 310 Xxsoc Sec | PPD ID: 9031036360 | 2,322.00 | 45,913.47 |
| 08/17 | Interest Payment | | 0.41 | 45,913.88 |
| | **Ending Balance** | | | **$45,913.88** |

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC.



HUFFMAN-000006            **JPMorgan Chase Bank, N.A. Member FDIC**

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

August 18, 2020 through September 16, 2020
Account Number:   REDACTED **8778**

| CUSTOMER SERVICE INFORMATION | |
| --- | --- |
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00003104 DRE 601 141 26120 NNNNNNNNNNN T  1 000000000 11 0000
BRUCE HUFFMAN
REDACTED

## CHECKING SUMMARY   Chase Premier Plus Checking

| | AMOUNT |
| --- | --- |
| **Beginning Balance** | **$45,913.88** |
| Deposits and Additions | 2,322.39 |
| **Ending Balance** | **$48,236.27** |

| | |
| --- | --- |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.39 |
| Interest Paid Year-to-Date | $2.86 |

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of
Chase Military Banking.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- |
| | **Beginning Balance** | | | **$45,913.88** |
| 08/26 | SSA Treas 310  Xxsoc Sec | PPD ID: 9031036360 | 2,322.00 | 48,235.88 |
| 09/16 | Interest Payment | | 0.39 | 48,236.27 |
| | **Ending Balance** | | | **$48,236.27** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the
address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is
incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error
appeared.  Be prepared to give us the following information:
 • Your name and account number
 • The dollar amount of the suspected error
 • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new
accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes
us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is
incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears,
you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the
Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by
JPMorgan Chase Bank, N.A.  Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

Page 1 of 2


## CHECKING SUMMARY    Chase Premier Plus Checking

|  | AMOUNT |
|---|---|
| Beginning Balance | $48,236.27 |
| Deposits and Additions | 2,322.41 |
| Ending Balance | $50,558.68 |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.41 |
| Interest Paid Year-to-Date | $3.27 |

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of Chase Military Banking.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
|  | Beginning Balance | | | $48,236.27 |
| 09/23 | SSA  Treas 310  Xxsoc Sec | PPD ID: 9031036360 | 2,322.00 | 50,558.27 |
| 10/16 | Interest Payment | | 0.41 | 50,558.68 |
|  | Ending Balance | | | $50,558.68 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

October 17, 2020 through November 17, 2020

Account Number:    REDACTED8778

00003101 DRE 601 141 32320 NNNNNNNNNNN T 1 000000000 11 0000
BRUCE HUFFMAN

REDACTED

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

---

## CHECKING SUMMARY      Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $50,558.68 |
| Deposits and Additions | 2,322.45 |
| Ending Balance | $52,881.13 |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.45 |
| Interest Paid Year-to-Date | $3.72 |

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of Chase Military Banking.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | Beginning Balance | | | $50,558.68 |
| 10/28 | SSA  Treas 310  Xxsoc Sec | PPD ID: 9031036030 | 2,322.00 | 52,880.68 |
| 11/17 | Interest Payment | | 0.45 | 52,881.13 |
| | Ending Balance | | | $52,881.13 |

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

  JPMorgan Chase Bank, N.A. Member FDIC

HUFFMAN-000009

Page 1 of 2

# CHASE ◆

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

November 18, 2020 through December 15, 2020

Account Number:  **REDACTED 8778**



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00003250 DRE 601 141 35120 NNNNNNNNNNN T 1 000000000 11 0000

BRUCE HUFFMAN

## REDACTED

## CHECKING SUMMARY   Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $52,881.13 |
| Deposits and Additions | 2,322.41 |
| **Ending Balance** | **$55,203.54** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.41 |
| Interest Paid Year-to-Date | $4.13 |

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of Chase Military Banking.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | Beginning Balance | | | $52,881.13 |
| 11/25 | SSA  Treas 310  Xxsoc Sec | PPD ID: 9031036360 | 2,322.00 | 55,203.13 |
| 12/15 | Interest Payment | | 0.41 | 55,203.54 |
| | **Ending Balance** | | | **$55,203.54** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

   **JPMorgan Chase Bank, N.A. Member FDIC**

Page 1 of 2

**CHASE** ○

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 16, 2020 through January 19, 2021

Account Number:   REDACTED **8778**



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00149905 DRE 601 141 02021 NNNNNNNNNNNN T  1 000000000 11 0000
BRUCE HUFFMAN
REDACTED

## Help keep your money safe.

We can help you identify and avoid financial abuse. Know the warning signs and find tips to help protect yourself and your
loved ones.

Visit **chase.com/FinancialAbuse** for more information.

## CHECKING SUMMARY | Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$55,203.54** |
| Deposits and Additions | 2,322.54 |
| **Ending Balance** | **$57,526.08** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.54 |
| Interest Paid Year-to-Date | $0.54 |

Interest paid in 2020 for account REDACTED  8778 was $4.13.

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of
Chase Military Banking.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$55,203.54** |
| 12/23 | SSA  Treas 310  Xxsoc Sec | PPD ID: 9031036360 | **2,322.00** | 57,525.54 |
| 01/19 | Interest Payment | | **0.54** | 57,526.08 |
| | **Ending Balance** | | | **$57,526.08** |

HUFFMAN-000011

# EXHIBIT 4



**CHASE** 🟦

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 16, 2020 through January 19, 2021

Account Number:   REDACTED **8778**



00149905 DRE 601 141 02021 NNNNNNNNNNN T 1 000000000 11 0000
BRUCE HUFFMAN
        REDACTED

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

## Help keep your money safe.

We can help you identify and avoid financial abuse. Know the warning signs and find tips to help protect yourself and your loved ones.

Visit **chase.com/FinancialAbuse** for more information.

## CHECKING SUMMARY | Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$55,203.54** |
| Deposits and Additions | 2,322.54 |
| **Ending Balance** | **$57,526.08** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.54 |
| Interest Paid Year-to-Date | $0.54 |

Interest paid in 2020 for account REDACTED 8778 was $4.13.

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of Chase Military Banking.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$55,203.54** |
| 12/23 | SSA Treas 310  Xxsoc Sec | PPD ID: 9031036360 | 2,322.00 | 57,525.54 |
| 01/19 | Interest Payment | | 0.54 | 57,526.08 |
| | **Ending Balance** | | | **$57,526.08** |



Exhibit 4
Name: Huffman
Meri Coast: 10-27-23

Page 1 of 2

**CHASE000002**



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC



**JPMorgan Chase Bank, N.A. Member FDIC**



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 20, 2021 through February 16, 2021
Account Number:   REDACTED **8778**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00151110 DRE 601 141 04821 NNNNNNNNNNN T  1 000000000 11 0000
BRUCE HUFFMAN
REDACTED



## Help keep your money safe.

We can help you identify and avoid financial abuse. Know the warning signs and find tips to help protect yourself and your loved ones.

Visit **chase.com/FinancialAbuse** for more information.

### CHECKING SUMMARY   Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$57,526.08** |
| Deposits and Additions | 2,352.45 |
| **Ending Balance** | **$59,878.53** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.45 |
| Interest Paid Year-to-Date | $0.99 |

Interest paid in 2020 for account REDACTED 8778 was $4.13.

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of Chase Military Banking.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$57,526.08** |
| 01/27 | SSA  Treas 310  Xxsoc Sec | PPD ID: 9031036030 | **2,352.00** | 59,878.08 |
| 02/16 | Interest Payment | | **0.45** | 59,878.53 |
| | **Ending Balance** | | | **$59,878.53** |

**CHASE000004**

 **CHASE**

January 20, 2021 through February 16, 2021

Account Number: REDACTED **8778**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 17, 2021 through March 15, 2021
Account Number:   REDACTED **8778**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00152524 DRE 601 141 07521 NNNNNNNNNNN T  1 000000000 11 0000
BRUCE HUFFMAN
    REDACTED



## We updated the way we post certain transactions to your account

Knowing the order in which we apply deposits and withdrawals can help you better manage your account and help you avoid possible fees and overdrafts.

**What's staying the same:**
We will continue to add deposits to your account first before subtracting withdrawals. Any fees are assessed last.

**What's changing:**
During our nightly processing, we now subtract the following withdrawals from your account based on the date and time of when the transaction was authorized or shows as pending, instead of subtracting from highest to lowest dollar order:
- Automatic payments from your account, also can be referred to as ACH payments
- Checks drawn on your account, and
- Recurring debit card transactions (e.g. movie subscriptions or gym memberships)

This is how we already subtract everyday debit card transactions (e.g. groceries, gasoline or dining out), online banking transactions and ATM withdrawals.

For more information, please see the Posting Order section in the Deposit Account Agreement at **chase.com/disclosures**. For information about overdrafts and our overdraft services, please visit **chase.com/overdraft**.

If you have questions, please call us at the number on your statement. We accept operator relay calls.

## Our courtesy practice related to refunds

We may have provided you with a discretionary fee refund at your request or on our own in the past. Please keep in mind that while we did this as a courtesy, we are not required to process similar requests in the future.

### CHECKING SUMMARY | Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$59,878.53** |
| Deposits and Additions | 2,352.45 |
| **Ending Balance** | **$62,230.98** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.45 |
| Interest Paid Year-to-Date | $1.44 |

Interest paid in 2020 for account REDACTED 8778 was $4.13.

**CHASE000006**

 **CHASE**

February 17, 2021 through March 15, 2021
Account Number: REDACTED **8778**

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of Chase Military Banking.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| | Beginning Balance | | | $59,878.53 |
| 02/24 | SSA Treas 310 Xxsoc Sec | PPD ID: 9031036360 | 2,352.00 | 62,230.53 |
| 03/15 | Interest Payment | | 0.45 | 62,230.98 |
| | Ending Balance | | | $62,230.98 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

CHASE000007


**CHASE** 

JPMorgan Chase Bank. N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 16, 2021 through April 15, 2021
Account Number:   REDACTED **8778**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00154163 DRE 601 141 10621 NNNNNNNNNNN T 1 000000000 11 0000
BRUCE HUFFMAN
    REDACTED

---

## CHECKING SUMMARY | Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$62,230.98** |
| Deposits and Additions | 3,752.54 |
| **Ending Balance** | **$65,983.52** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.54 |
| Interest Paid Year-to-Date | $1.98 |

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of Chase Military Banking.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$62,230.98** |
| 03/24 | SSA Treas 310  Xxsoc Sec | PPD ID: 9031036360 | 2,352.00 | 64,582.98 |
| 04/07 | Irs Treas 310   Taxeip3 | PPD ID: 9111736959 | 1,400.00 | 65,982.98 |
| 04/15 | Interest Payment | | 0.54 | 65,983.52 |
| | **Ending Balance** | | | **$65,983.52** |

**CHASE000008**



March 16, 2021 through April 15, 2021
Account Number:   REDACTED **8778**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**  Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

   **JPMorgan Chase Bank, N.A. Member FDIC**

**CHASE000009**



**CHASE**
JPMorgan Chase Bank, N.A.
P.O. Box 182051
Columbus, OH 43218-2051

April 16, 2021 through May 17, 2021
Account Number:   REDACTED **8778**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00155470 DRE 601 141 13821 NNNNNNNNNNN T  1 000000000 11 0000
BRUCE HUFFMAN
REDACTED



### We're increasing the Legal Processing Fee

On July 18, we're increasing the legal processing fee to be up to $100. This is the fee that we can charge to your account if we need to manage a legal process related to you or your account that appears to have the force of law behind it, including the processing of garnishments, tax levies, or other court or administrative orders.

If you have questions please call the number at the top of this statement. We accept operator relay calls.

### We want to remind you about the overdraft service options that are available for your personal checking account(s)

We've included information on the last page of this statement to remind you about our overdraft services and associated fees. As a reminder, overdraft services are not available for Chase Secure Checking[SM] or Chase First Checking[SM]. Standard Overdraft Practice and Chase Debit Card Coverage[SM] are not available for Chase High School Checking[SM].

If you have questions, please visit chase.com/overdraft or call us at the number on your statement. We accept operator relay calls.

### CHECKING SUMMARY   Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $65,983.52 |
| Deposits and Additions | 2,352.58 |
| **Ending Balance** | **$68,336.10** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.58 |
| Interest Paid Year-to-Date | $2.56 |

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of Chase Military Banking.

### TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$65,983.52** |
| 04/28 | SSA  Treas 310  Xxsoc Sec | PPD ID: 9031036360 | 2,352.00 | 68,335.52 |
| 05/17 | Interest Payment | | 0.58 | 68,336.10 |
| | **Ending Balance** | | | **$68,336.10** |

Page 1 of 4

CHASE000010



April 16, 2021 through May 17, 2021
Account Number:   REDACTED **8778**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**  Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
* Your name and account number
* The dollar amount of the suspected error
* A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**



April 16, 2021 through May 17, 2021

Account Number:    REDACTED**8778**



## Overdraft and Overdraft Fee Information for Your Chase Checking Account

**What You Need to Know About Overdrafts and Overdraft Fees**

An overdraft occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway. We pay overdrafts at our discretion, which means we do not guarantee that we will always authorize or pay any type of transaction. If we do not authorize and pay an overdraft, your transaction will be declined or returned. We can cover your overdrafts in three different ways:

1. We have Standard Overdraft Practices that come with your account.
2. We offer Overdraft Protection through a link to a Chase savings account, which may be less expensive than our Standard Overdraft Practices. You can contact us to learn more.
3. We also offer Chase Debit Card Coverage, which allows you to choose how we treat your everyday debit card transactions, in addition to our Standard Overdraft Practices.

This notice explains our Standard Overdraft Practice and Chase Debit Card Coverage.

- **What are the Standard Overdraft Practices that come with my account?**
  We **do** authorize and pay overdrafts for the following types of transactions:
  - Checks and other transactions made using your checking account number
  - Recurring debit card transactions

- **What is Chase Debit Card Coverage?**
  We will only authorize and pay overdrafts in addition to our Standard Overdraft Practice for the following types of transactions if you specifically ask us to:
  - Everyday debit card transactions

- **What fees will I be charged if Chase pays my overdraft?**
  If we pay an item, we'll charge you a $34 Insufficient Funds Fee per item. If we return the item, we'll charge you a $34 Returned Item Fee.
  - We won't charge more than three Insufficient Funds or Returned Item fees per day, for a total of $102.
  - We won't charge an Insufficient Funds Fee if your account balance at the end of the business day is overdrawn by $5 or less, and we won't charge Insufficient Funds or Returned Item fees for item(s) that are $5 or less.
  - For Chase Sapphire[SM] Checking and Chase Private Client Checking[SM] accounts, we waive the Insufficient Funds and Returned Item fees if item(s) are presented or withdrawal request(s) are made against an account with insufficient funds on four or fewer business days during the current and prior 12 statement periods.

- **What if I want Chase to authorize and pay overdrafts on my everyday debit card transactions?**
  If you or a joint account owner would like to change your selection, sign in to chase.com to update your account settings, or call us at 1-800-935-9935 (or collect at 1-713-262-1679 if outside the U.S.), or visit a Chase branch. We accept operator relay calls.

**CHASE000012**



April 16, 2021 through May 17, 2021
Account Number:   REDACTED**8778**

This Page Intentionally Left Blank

**CHASE000013**



**CHASE** ⬦

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 18, 2021 through June 15, 2021
Account Number:   REDACTED **8778**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00157026 DRE 601 141 16721 NNNNNNNNNNN T  1 000000000 11 0000
BRUCE HUFFMAN
REDACTED



## CHECKING SUMMARY   Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$68,336.10** |
| Deposits and Additions | 2,427.53 |
| Other Withdrawals | -10,090.85 |
| Fees | -75.00 |
| **Ending Balance** | **$60,597.78** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.53 |
| Interest Paid Year-to-Date | $3.09 |

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of Chase Military Banking.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$68,336.10** |
| 05/26 | SSA  Treas 310  Xxsoc Sec | PPD ID: 9031036360 | 2,352.00 | 70,688.10 |
| 05/27 | Legal Processing Fee | | -75.00 | 70,613.10 |
| 06/02 | Service Fee Reversal | | 75.00 | 70,688.10 |
| 06/11 | 06/11 Withdrawal | | -10,090.85 | 60,597.25 |
| 06/15 | Interest Payment | | 0.53 | 60,597.78 |
| | **Ending Balance** | | | **$60,597.78** |

**CHASE000014**

 CHASE

May 18, 2021 through June 15, 2021
Account Number:  REDACTED**8778**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

CHASE000015


**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 16, 2021 through July 16, 2021
Account Number:   REDACTED **8778**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00158004 DRE 601 141 19821 NNNNNNNNNNN T  1 000000000 11 0000
BRUCE HUFFMAN
REDACTED



## CHECKING SUMMARY    Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$60,597.78** |
| Deposits and Additions | 2,352.52 |
| Other Withdrawals | -2,352.53 |
| **Ending Balance** | **$60,597.77** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.52 |
| Interest Paid Year-to-Date | $3.61 |

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of Chase Military Banking.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$60,597.78** |
| 06/23 | SSA  Treas 310  Xxsoc Sec | PPD ID: 9031036360 | 2,352.00 | 62,949.78 |
| 07/12 | 07/12 Withdrawal | | -2,352.53 | 60,597.25 |
| 07/16 | Interest Payment | | 0.52 | 60,597.77 |
| | **Ending Balance** | | | **$60,597.77** |

**CHASE000016**

 **CHASE**

June 16, 2021 through July 16, 2021

Account Number:  REDACTED **8778**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

CHASE000017



**CHASE** ⬤
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 17, 2021 through August 16, 2021

Account Number:   REDACTED **8778**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00159515 DRE 601 141 22921 NNNNNNNNNNN T  1 000000000 11 0000
BRUCE HUFFMAN
REDACTED



## CHECKING SUMMARY    Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$60,597.77** |
| Deposits and Additions | 2,352.52 |
| Other Withdrawals | -2,352.52 |
| **Ending Balance** | **$60,597.77** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.52 |
| Interest Paid Year-to-Date | $4.13 |

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of
Chase Military Banking.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$60,597.77** |
| 07/28 | SSA Treas 310  Xxsoc Sec | PPD ID: 9031036360 | 2,352.00 | 62,949.77 |
| 08/16 | 08/14 Withdrawal | | -2,352.52 | 60,597.25 |
| 08/16 | Interest Payment | | 0.52 | 60,597.77 |
| | **Ending Balance** | | | **$60,597.77** |

**CHASE000018**



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

**CHASE000019**



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 17, 2021 through September 16, 2021

Account Number:   REDACTED **8778**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00160115 DRE 601 141 26021 NNNNNNNNNNN T  1 000000000 11 0000

BRUCE HUFFMAN
REDACTED



## The discount you receive on checks is changing

Beginning November 14, 2021, you'll still pay no fee when you order Chase design checks, but you'll no longer get a discount on personal style checks for your Chase Premier Checking<sup>SM</sup>, Chase Premier Plus Checking<sup>SM</sup> or Chase Sapphire<sup>SM</sup> Checking account(s).

Please call the number on this statement if you have questions. We accept operator relay calls.

## CHECKING SUMMARY     Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$60,597.77** |
| Deposits and Additions | 0.51 |
| **Ending Balance** | **$60,598.28** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.51 |
| Interest Paid Year-to-Date | $4.64 |

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of Chase Military Banking.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$60,597.77** |
| 09/16 | Interest Payment | 0.51 | 60,598.28 |
| | **Ending Balance** | | **$60,598.28** |

**CHASE000020**

 **CHASE**

August 17, 2021 through September 16, 2021

Account Number:   REDACTED **8778**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

**CHASE000021**


**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

September 17, 2021 through October 18, 2021

Account Number:   REDACTED **8778**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00161196 DRE 601 141 29221 NNNNNNNNNNN T  1 000000000 11 0000
BRUCE HUFFMAN
   REDACTED



## CHECKING SUMMARY      Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | $60,598.28 |
| Deposits and Additions | 0.52 |
| **Ending Balance** | $60,598.80 |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.52 |
| Interest Paid Year-to-Date | $5.16 |

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of Chase Military Banking.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | $60,598.28 |
| 10/18 | Interest Payment | 0.52 | 60,598.80 |
| | **Ending Balance** | | $60,598.80 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
 • Your name and account number
 • The dollar amount of the suspected error
 • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

**CHASE000022**



September 17, 2021 through October 18, 2021
Account Number:   REDACTED **8778**

This Page Intentionally Left Blank



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 19, 2021 through November 16, 2021

Account Number:   REDACTED **8778**



### CUSTOMER SERVICE INFORMATION

| Web site: | **Chase.com** |
|---|---|
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00162581 DRE 601 141 32121 NNNNNNNNNNNN T  1 000000000 11 0000
BRUCE HUFFMAN
REDACTED

---

## CHECKING SUMMARY   Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | $60,598.80 |
| Deposits and Additions | 0.47 |
| **Ending Balance** | $60,599.27 |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.47 |
| Interest Paid Year-to-Date | $5.63 |

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of Chase Military Banking.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | $60,598.80 |
| 11/16 | Interest Payment | 0.47 | 60,599.27 |
| | **Ending Balance** | | $60,599.27 |

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

   **JPMorgan Chase Bank, N.A. Member FDIC**

**CHASE000024**



This Page Intentionally Left Blank



**CHASE ◘**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 17, 2021 through December 15, 2021
Account Number:   REDACTED**8778**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00162846 DRE 601 141 35021 NNNNNNNNNNN T 1 000000000 11 0000
BRUCE HUFFMAN
REDACTED



#### We've eliminated an overdraft fee & updated when we charge fees

Good news — we've made two changes to help ensure you're not charged as many overdraft fees.
1. We're no longer charging a Returned Item Fee for items returned unpaid when you don't have a sufficient balance in your account.

2. We're no longer charging an Insufficient Funds Fee if your account balance is overdrawn by $50 or less at the end of the business day. As a reminder, if you overdraw your account by more than that, then during our nightly processing we will charge a $34 Insufficient Funds Fee per item beginning with the first item that overdraws your account balance by more than $50 (maximum of 3 fees per business day, up to $102).

We pay overdrafts at our discretion so we don't guarantee that we will always pay any type of transaction. As a reminder, overdraft services are not available for Chase Secure Checking℠ or Chase First Checking℠. Standard Overdraft Practice and Chase Debit Card Coverage℠ are not available for Chase High School Checking℠.

For additional information on our overdraft services and associated fees, please see the last page of this statement. If you have questions, please visit **chase.com/overdraft** or call us at the number on your statement. We accept operator relay calls.

#### Help keep your money safe.

We can help you identify and avoid financial abuse. Know the warning signs and find tips to help protect yourself and your loved ones.

For more information, visit **chase.com/FinancialAbuse**

| **CHECKING SUMMARY** | Chase Premier Plus Checking |
|---|---|

| | AMOUNT |
|---|---|
| **Beginning Balance** | $60,599.27 |
| Deposits and Additions | 0.47 |
| **Ending Balance** | $60,599.74 |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.47 |
| Interest Paid Year-to-Date | $6.10 |

**CHASE000026**


Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of Chase Military Banking.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | **Beginning Balance** | | **$60,599.27** |
| 12/15 | Interest Payment | 0.47 | 60,599.74 |
| | **Ending Balance** | | **$60,599.74** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

**CHASE000027**



November 17, 2021 through December 15, 2021
Account Number:   REDACTED **8778**



## Overdraft and Overdraft Fee Information for Your Chase Checking Account

### What You Need to Know About Overdrafts and Overdraft Fees

An overdraft occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway. We pay overdrafts at our discretion, which means we do not guarantee that we will always authorize or pay any type of transaction. If we do not authorize and pay an overdraft, your transaction will be declined or returned. We can cover your overdrafts in three different ways:

1. We have Standard Overdraft Practices that come with your account.
2. We offer Overdraft Protection through a link to a Chase savings account, which may be less expensive than our Standard Overdraft Practices. You can contact us to learn more.
3. We also offer Chase Debit Card Coverage, which allows you to choose how we treat your everyday debit card transactions, in addition to our Standard Overdraft Practices.

This notice explains our Standard Overdraft Practice and Chase Debit Card Coverage.

- **What are the Standard Overdraft Practices that come with my account?**
  We **do** authorize and pay overdrafts for the following types of transactions:
  - Checks and other transactions made using your checking account number
  - Recurring debit card transactions (e.g. movie subscriptions or gym memberships)

- **What is Chase Debit Card Coverage?**
  We **will only** authorize and pay overdrafts in addition to our Standard Overdraft Practice for the following types of transactions if you specifically ask us to:
  - Everyday debit card transactions (e.g. groceries, gasoline or dining out)

- **What fees will I be charged if Chase pays my overdraft?**
  If we pay an item, we'll charge you a $34 Insufficient Funds Fee per item during our nightly processing beginning with the first item that overdraws your account balance by more than $50 (maximum of 3 fees per business day, up to $102).
  - We won't charge an Insufficient Funds Fee if your account balance is overdrawn by $50 or less at the end of the business day.
  - We won't charge for item(s) that are $5 or less.
  - We won't charge an Insufficient Funds Fee if your debit card transaction was authorized when there was a sufficient available balance in your account.
  - For Chase Sapphire℠ Checking and Chase Private Client Checking℠ accounts, there are no Insufficient Funds Fees when item(s) are presented against an account with insufficient funds on the first four business days during the current and prior 12 statement periods. On a business day when we returned item(s), this counts toward the four business days when an Insufficient Funds Fee will not be charged.

- **What if I want Chase to authorize and pay overdrafts on my everyday debit card transactions?**
  If you or a joint account owner would like to change your selection, sign in to chase.com to update your account settings, or call us at 1-800-935-9935 (or collect at 1-713-262-1679 if outside the U.S.), or visit a Chase branch. We accept operator relay calls.

CHASE000028



November 17, 2021 through December 15, 2021

Account Number:   REDACTED**8778**

This Page Intentionally Left Blank

# EXHIBIT 5



**CHASE** ◎

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 16, 2021 through January 18, 2022
Account Number:   REDACTED **8778**



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00164007 DRE 601 141 01922 NNNNNNNNNNN T  1 000000000 11 0000
BRUCE HUFFMAN
REDACTED

---

## CHECKING SUMMARY | Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$60,599.74** |
| Deposits and Additions | 0.56 |
| **Ending Balance** | **$60,600.30** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.56 |
| Interest Paid Year-to-Date | $0.56 |

Interest paid in 2021 for account REDACTED 8778 was $6.10

Thank you for your military service and commitment to our country  Your monthly service fee was waived as a benefit of Chase Military Banking.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$60,599.74** |
| 01/18 | Interest Payment | 0.56 | 60,600.30 |
| | **Ending Balance** | | **$60,600.30** |

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC



Exhibit 5
Name: Huffman
Meri Coash 10 - 27-23

CHASE000088



December 16, 2021 through January 18, 2022

Account Number:   REDACTED **8778**

This Page Intentionally Left Blank

**CHASE000089**


**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 19, 2022 through February 15, 2022
Account Number:   REDACTED **8778**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00165336 DRE 601 141 04722 NNNNNNNNNNN T  1 000000000 11 0000
BRUCE HUFFMAN
   REDACTED



## We're no longer renting new Safe Deposit Boxes

We want to let you know that we're no longer renting new Safe Deposit Boxes. This doesn't affect any boxes you may already rent with us today.

If you have questions, please call the number at the top of this statement. We accept operator relay calls.

## CHECKING SUMMARY    Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $60,600.30 |
| Deposits and Additions | 0.46 |
| Ending Balance | $60,600.76 |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.46 |
| Interest Paid Year-to-Date | $1.02 |

Interest paid in 2021 for account REDACTED 8778 was $6.10.

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of Chase Military Banking.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $60,600.30 |
| 02/15 | Interest Payment | 0.46 | 60,600.76 |
| | Ending Balance | | $60,600.76 |

**CHASE000090**



January 19, 2022 through February 15, 2022

Account Number:   REDACTED**8778**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

**CHASE000091**



**CHASE** ●
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 16, 2022 through March 15, 2022

Account Number:   REDACTED **8778**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00166502 DRE 601 141 07522 NNNNNNNNNNN T  1 000000000 11 0000
BRUCE HUFFMAN
REDACTED



## CHECKING SUMMARY   Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$60,600.76** |
| Deposits and Additions | 0.46 |
| **Ending Balance** | **$60,601.22** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.46 |
| Interest Paid Year-to-Date | $1.48 |

Interest paid in 2021 for account REDACTED 8778 was $6.10.

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of
Chase Military Banking.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$60,600.76** |
| 03/15 | Interest Payment | 0.46 | 60,601.22 |
| | **Ending Balance** | | **$60,601.22** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the
address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is
incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error
appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new
accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes
us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is
incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears,
you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the
Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by
JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

**CHASE000092**



February 16, 2022 through March 15, 2022
Account Number:   REDACTED**8778**

This Page Intentionally Left Blank



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 16, 2022 through April 15, 2022
Account Number:   REDACTED **8778**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00167167 DRE 601 141 10622 NNNNNNNNNNN T 1 000000000 11 0000
BRUCE HUFFMAN
REDACTED



## We're making a change to the Non-Chase ATM Transaction Fee

On June 12, 2022, we're increasing the Non-Chase ATM Transaction Fee* from $2.50 to $3. This fee applies when you use a Non-Chase ATM for Domestic Withdrawals, Domestic & International Balance Inquiries, or Domestic & International Balance Transfers. The International Withdrawal Fee for ATMs outside the U.S., Puerto Rico and the U.S. Virgin Islands remains $5 per withdrawal. As a reminder, you won't pay a fee for using Chase ATMs and you may get these fees waived depending on the type of account(s) you have.

- We'll continue to waive this fee on the following types of accounts: Chase Sapphire$^{SM}$ Checking, Chase Private Client Checking$^{SM}$, Chase Premier Savings$^{SM}$, Chase Plus Savings$^{SM}$, Chase Private Client Savings$^{SM}$ and Chase Premier Plus Checking$^{SM}$ with Military Banking Enhanced Benefits.
- We'll continue to waive the first four Non-Chase ATM transaction fees for each statement period for Chase Premier Plus Checking and Chase Premier Checking$^{SM}$ accounts.

If you'd like to see the full Fee Schedule on the Additional Banking Services and Fees document, please go to **chase.com/disclosures** or visit a branch.

Please call the number on this statement if you have any questions. We accept operator relay calls.

*Fees from the ATM owner/networks may still apply.*

## We're removing Safe Deposit Box annual rent benefits for certain Chase checking accounts

If you have a Safe Deposit Box, we'll no longer offer discounted or free annual rent for Chase Premier Checking$^{SM}$, Chase Premier Plus Checking$^{SM}$ and Chase Sapphire$^{SM}$ Checking accounts.

The annual renewal notice you receive after June 12, 2022, will list your new annual rent. Until then, you'll continue to receive your existing discount. As a reminder, we currently do not rent new Safe Deposit Boxes.

If you have questions, please call or visit the branch where your box is located.

**CHASE000094**

 **CHASE**

March 16, 2022 through April 15, 2022
Account Number:   REDACTED **8778**

## CHECKING SUMMARY    Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $60,601.22 |
| Deposits and Additions | 0.20 |
| Other Withdrawals | -60,601.42 |
| **Ending Balance** | **$0.00** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | S0.20 |
| Interest Paid Year-to-Date | S1.68 |

Please note that this account was closed on 03/28/22.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $60,601.22 |
| 03/28 | Interest Payment | 0.20 | 60,601.42 |
| 03/28 | 03/26 Withdrawal | -60,601.42 | 0.00 |
| | **Ending Balance** | | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the
address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is
incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error
appeared. Be prepared to give us the following information:
 • Your name and account number
 • The dollar amount of the suspected error
 • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new
accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes
us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is
incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears,
you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the
Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by
JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

**CHASE000095**

# EXHIBIT 6

000007

FILED PINAL COUNTY
SUPERIOR COURT-APACHE JUNCTION
REBECCA PADILLA

MAY 2 5 2021

**GHS** GOODMAN
HOLMGREN
SMITH

3654 North Power Road, Suite 132
Mesa, Arizona 85215
(844) 346.6352
Ashley@goodlaw.legal
*Attorneys for Plaintiff/Judgment Creditor*
By:    Ashley N. Moscarello, Esq. – Bar No. 032572

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF PINAL

| | |
|---|---|
| Magic Ranch Estates Homeowners Association; | Case No.: S1100CV2015001738 |
| Plaintiff/Judgment Creditor, | **APPLICATION FOR WRIT OF GARNISHMENT** |
| vs. | |
| Everett Huffman; Unknown Heirs and Devisees of Each of the Named Defendants if Deceased; John Does I-V; Jane Does I-V; Black Corporations I-V; White Partnerships I-V; Gray Limited Liability Companies I-V; | (Non-Earnings) |
| Defendants/Judgment Debtors, | |
| JPMorgan Chase Bank, National Association; | |
| Garnishee. | |

Judgment Creditor Magic Ranch Estates Homeowners Association ("Judgment Creditor" or "Applicant") applies for a Writ of Garnishment for monies or property of the Judgment Debtor Everett Huffman ("Judgment Debtor"); and states as follows:

1.    Applicant is a party to this action where a money judgment has been awarded to Applicant against the Judgment Debtor.

2.    The Applicant made demand upon the Judgment Debtor for payment of the

000008

amount adjudged due, but the Judgment Debtor fails to pay said amount.

3.    The Applicant has good reason to believe:

☒ 3.1    The Garnishee is indebted to the Judgment Debtor for monies which are not earnings.

☒ 3.2    The Garnishee is holding non-exempt monies on behalf of the Judgment Debtor.

☒ 3.3    The Garnishee has in his possession non-exempt personal property belonging to the Judgment Debtor.

☐ 3.4    The Garnishee is a corporation, and the Judgment Debtors are the owners of shares in the corporation or have other such proprietary interest in the corporation.

4.    As of the date of this Application, Judgment Debtor owes an outstanding balance of $60,597.25 on the underlying judgments. This amount includes $6,399.75 in accrued interest.

5.    The name and address of the Garnishee or his authorized agent is:

JPMorgan Chase Bank, National Association
Attn: Branch Manager
Any Local Branch

6.    The Applicant has not received notice of the Judgment Debtor's intent to enter into an agreement for debt scheduling with a qualified consumer credit counseling service or, if such notice has been received, that the Applicant timely objected, in writing, to the Judgment Debtor's participation in such an agreement or that the Applicant has been notified that the agreement is no longer effective.

7.    The Applicant has included Summons and Writ of Garnishment forms and asks that the Writ be issued.

DATED this 17 day of May, 2021.

Goodman Holmgren Smith

*Ashley N. Moscarello, Esq.*
*Attorney for Plaintiff/Judgment Creditor*

GLG00008

000009

1
2  **THIS FIRM ACTS AS A DEBT COLLECTOR AND ANY INFORMATION**
3  **OBTAINED WILL BE USED FOR THAT PURPOSE.**
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



GLG00009

# EXHIBIT 7

000010

**GOODMAN**
**HOLMGREN**
**SMITH**

3654 North Power Road, Suite 132
Mesa, Arizona 85215
(844) 346.6352
Ashley@goodlaw.legal
*Attorneys for Plaintiff/Judgment Creditor*
By:    Ashley N. Moscarello, Esq. – Bar No. 032572

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF PINAL

| | |
|---|---|
| Magic Ranch Estates Homeowners Association; <br><br> Plaintiff/Judgment Creditor, <br><br> vs. <br><br> Everett Huffman; Unknown Heirs and Devisees of Each of the Named Defendants if Deceased; John Does I-V; Jane Does I-V; Black Corporations I-V; White Partnerships I-V; Gray Limited Liability Companies I-V; <br><br> Defendants/Judgment Debtors, <br><br> JPMorgan Chase Bank, National Association; <br><br> Garnishee. | Case No.: S1100CV2015001738 <br><br> **WRIT OF GARNISHMENT AND SUMMONS** <br><br> (Non-Earnings) |

**TO THE SHERIFF, CONSTABLE OR OTHER AUTHORIZED PROCESS SERVER:**

You are commanded to summon garnishee named above, who is believed to be in your county to answer the following claims:

### STATEMENTS OF THE JUDGMENT CREDITOR

1.    The Judgment Creditor was awarded a judgment against Judgment Debtor Everett Huffman ("Judgment Debtor").

GLG00010

000011

2.     The total remaining balance on the outstanding judgments, including accrued interest and allowable costs, is $60,597.25.  Interest accrues at the rate of 5.75% per annum on the attorney fees and costs.

3.     Judgment creditor believes garnishee is indebted to the Judgment Debtor for monies which are not earnings, is holding non-exempt monies on behalf of the Judgment Debtor, or has in his possession non-exempt personal property belonging to the Judgment Debtor in the next sixty (60) days.

4.     The name, address, date of birth and last four (4) of the social security number of each Judgment Debtor is as follows:

> Everett Hoffman, aka Everett Huffman
> 24598 North Saguaro Way
> Florence, AZ 85132
> DOB: 11/22/1952

5.     The name and address of the Garnishee, or the Garnishee's Authorized Agent, is as follows:

> JPMorgan Chase Bank, National Association
> Attn: Branch Manager
> Any Local Branch

6.     The Judgment Creditor's name and address is:

> Magic Ranch Estates Homeowners Association
> c/o Ashley N. Moscarello, Esq.
> Goodman Holmgren Smith
> 3654 North Power Road, Suite 132
> Mesa, Arizona 85215

**TO THE ABOVE NAMED GARNISHEE:**

GARNISHEE SHALL answer in writing, under oath, within ten (10) days after the service of the Writ of Garnishment upon you, all of the following questions:

1.     Whether the Garnishee was indebted to or otherwise in possession of monies of the Judgment Debtor at the time the Writ was served.

2

GLG00011

000012

2.      The total amount of indebtedness or monies in possession of the Garnishee at the time the Writ was served.

3.      The amount of indebtedness or monies withheld by the Garnishee pursuant to the Writ.

4.      The amount of indebtedness or monies not withheld by the Garnishee, and the reason for not withholding.

5.      Whether the Garnishee was in possession of personal property of the Judgment Debtor at the time the Writ was served.

6.      A description of each item, or group of items, of personal property of the Judgment Debtor in the Garnishee's possession at the time the Writ was served.

7.      A list of the personal property withheld by the Garnishee pursuant to the Writ.

8.      What other person or entity, within his knowledge, is indebted to the Judgment Debtor(s) or in possession of personal property of the Judgment Debtor.

9.      Whether the Garnishee is a corporation in which the Judgment Debtor owns shares of stock or some other interest.

10.      A statement of the number and types of shares owned by the Judgment Debtor and a description of any other interest the Judgment Debtor owns in the Garnishee Corporation as of the date the Writ was served, as shown on the Corporation's records.

11.      The name, address, and telephone number of the Garnishee.

12.      The date and manner of delivery of a copy of the Writ and the Notice to the Judgment Debtor.

13.      The date and manner of delivery of a copy of the Answer to the Judgment Creditor and the Judgment Debtor.

FROM AND AFTER SERVICE OF THE WRIT OF GARNISHMENT, the Garnishee shall not pay to the Judgment Debtor any debt which is not exempt, not turn over any nonexempt personal property, stock or any other interest the Judgment Debtor owns in the Garnishee to the Judgment Debtor.

3

GLG00012

## SUMMONS

In obedience to the attached and foregoing Writ of Garnishment, YOU ARE HEREBY SUMMONED AND REQUIRED TO APPEAR and answer the foregoing writ and in the manner prescribed by law within the times prescribed in said writ. You are hereby notified that in case you fail to so answer, the Court may issue an order requiring you to appear in person before it to answer the writ or to file and serve, at least five (5) days before the appearance date, a copy of the answer on the party for which the writ has been issued, or his attorney if the party is represented by counsel. If you fail to appear or to file and serve the answer as specified in the order, judgment by default may be rendered against you for the full amount of the relief demanded in the Complaint of the Plaintiff and not merely for the amount you may owe the Defendant(s), and that such judgment may be so rendered in addition to any other matters which may be adjudged against you as prescribed by law.

### ADA Notification

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least three (3) working days in advance of a scheduled court proceeding.

### Interpreter Notification

REQUEST FOR AN INTERPRETER for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case by parties at least ten (10) judicial days in advance of a scheduled court proceeding.

SIGNED AND SEALED THIS DATE: _5/25/21_

REBECCA PADILLA

Clerk of the Court

By: _____
Deputy Clerk

GLG00013

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOTICE TO GARNISHEE**

You should have been served with a blank Garnishee's Answer form. You may complete this form to make your required answer.

GOODMAN
HOLMGREN
SMITH

GLS