Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bruce E. Huffman,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JP Morgan Chase Bank, N.A.; Goodman Holmgren Law Group, LLP, and; Magic Ranch Estates Homeowners' Association,<br><br>　　　　　　　Defendants. | Case No.: 2:22-cv-00903-PHX-JJT<br><br>**STIPULATION TO EXTEND DEADLINES FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>(First Request)<br><br>(Assigned to the Honorable John J. Tuchi) |

　　　　Through counsel undersigned and pursuant to LRCiv 7.3, Plaintiff Bruce E. Huffman ("Plaintiff") and Defendants JP Morgan Chase Bank, N.A. ("Defendant Chase") and Goodman Holmgren Law Group, LLP ("Defendant Goodman") hereby stipulate and agree to extend the deadlines for Plaintiff to file his Responses to the Motions for Summary Judgment filed by Defendant Chase and Defendant Goodman. The parties stipulate and agree that Plaintiff shall have until up to and including March 18, 2024 to file his Response to Defendant Chase's Motion for Summary Judgment (ECF No. 77), and shall have until up to and including April 1, 2024 to file his Response to Defendant Goodman's Motion for Summary Judgment (ECF No. 75). Plaintiff requires the extra time stipulated to because

Plaintiff's counsel has a complex Ninth Circuit Brief also due on February 26, 2024, the current deadline for Plaintiff's Responses to both summary judgment motions. This Stipulation is entered into in good faith and not for purposes of delay.

**RESPECTFULLY SUBMITTED** this 16th day of February 2024.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
　　Robert T. Mills
　　Sean A. Woods
　　5055 North 12th Street, Suite 101
　　Phoenix, AZ 85014
　　*Attorneys for Plaintiff*


**GREENBERG TRAURIG, LLP**

By  */s/ Adrianna G. Gorton (w/ permission)*
　　Nicole M. Goodwin
　　Adrianna Griego Gorton
　　2375 E Camelback Rd., Ste. 800
　　Phoenix, AZ 85016
　　*Attorneys for Defendant JPMorgan Chase Bank, N.A.*


**BROENING OBERT WOODS & WILSON, P.C.**

By  */s/ Jathan P. McLaughlin (w/permission)*
　　Donald Wilson, Jr.
　　Jathan P. McLaughlin
　　2800 N Central Ave., Ste. 1600
　　Phoenix, AZ 85004
　　*Attorneys for Defendant Goodman Holmgren Law Group, LLP*

2

# CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Nicole M. Goodwin
nicole.goodwin@gtlaw.com
Adrianna Griego Gorton
gortona@gtlaw.com
**GREENBERG TRAURIG, LLP**
2375 E Camelback Rd., Ste. 800
Phoenix, AZ 85016
*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

Donald Wilson, Jr.
dwj@bowwlaw.com
Jathan P. McLaughlin
jpm@bowwlaw.com
**BROENING OBERT WOODS & WILSON, P.C.**
2800 N Central Ave., Ste. 1600
Phoenix, AZ 85004
*Attorneys for Defendant Goodman Holmgren Law Group, LLP*

Tomio B. Narita
tnarita@snllp.com
**SIMMONDS & NARITA, LLP**
44 Montgomery St., Ste. 3010
San Francisco, CA 94104
*Pro Hac Vice Attorneys for Defendant Goodman Holmgren Law Group, LLP*

　　　　/s/ Ben Dangerfield