**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Bruce E. Huffman,<br><br>Plaintiff,<br><br>vs.<br><br>JP Morgan Chase Bank, N.A.; Goodman Holmgren Law Group, LLP, and; Magic Ranch Estates Homeowners' Association,<br><br>Defendants. | Case No.: 2:22-cv-00903-PHX-JJT<br><br>**[PROPOSED] ORDER EXTENDING DEADLINES FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>(Assigned to the Honorable John J. Tuchi) |

THE COURT, having reviewed the Stipulation to Extend Deadlines for Plaintiff to Respond to Defendants' Motions for Summary Judgment (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** allowing Plaintiff until up to and including March 18, 2024 to file his Response to Defendant JPMorgan Chase Bank, N.A.'s Motion for Summary Judgment (ECF No. 77), and allowing Plaintiff until up to and including April 1, 2024 to file his Response to Defendant Goodman's Motion for Summary Judgment (ECF No. 75).