# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bruce E. Huffman,<br><br>        Plaintiff,<br><br>v.<br><br>JP Morgan Chase Bank, NA, *et al.*,<br><br>        Defendants. | No. CV-22-00903-PHX-JJT<br><br>**ORDER** |

At issue is the parties' Stipulation to Extend Deadlines for Plaintiff to Respond to Defendants' Motions for Summary Judgment (Doc. 79). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation to Extend Deadlines for Plaintiff to Respond to Defendants' Motions for Summary Judgment (Doc. 79).

**IT IS FURTHER ORDERED** allowing Plaintiff until up to and including **March 18, 2024**, to file his Response to Defendant JPMorgan Chase Bank, N.A.'s Motion for Summary Judgment (Doc. 77), and up to and including **April 1, 2024**, to file his Response to Defendant Goodman's Motion for Summary Judgment (Doc. 75).

Dated this 21st day of February, 2024.

Honorable John J. Tuchi
United States District Judge