Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bruce E. Huffman,<br><br>  Plaintiff,<br><br>vs.<br><br>JP Morgan Chase Bank, N.A.; Goodman Holmgren Law Group, LLP, and; Magic Ranch Estates Homeowners' Association,<br><br>  Defendants. | Case No.: 2:22-cv-00903-PHX-JJT<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT CHASE'S MOTION FOR SUMMARY JUDGMENT**<br><br>(Second Request)<br><br>(Assigned to the Honorable John J. Tuchi) |

Through counsel undersigned and pursuant to LRCiv 7.3, Plaintiff Bruce E. Huffman ("Plaintiff") and Defendant JP Morgan Chase Bank, N.A. ("Defendant Chase") hereby stipulate and agree to extend the deadline for Plaintiff to file his Response to the Motion for Summary Judgment filed by Defendant Chase.  Plaintiff and Defendant Chase stipulate and agree that Plaintiff shall have until up to and including March 25, 2024 to file his Response to Defendant Chase's Motion for Summary Judgment (ECF No. 77).  Plaintiff requires an additional week to prepare his Response due to the unfortunate occurrence of a multitude of deadlines in other cases over the past week.  This Stipulation is entered into in good faith and not for purposes of delay.

**RESPECTFULLY SUBMITTED** this 15th day of March 2024.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
  Robert T. Mills
  Sean A. Woods
  5055 North 12th Street, Suite 101
  Phoenix, AZ 85014
  *Attorneys for Plaintiff*

**GREENBERG TRAURIG, LLP**

By  */s/ Adrianna G. Gorton (w/ permission)*
  Nicole M. Goodwin
  Adrianna Griego Gorton
  2375 E Camelback Rd., Ste. 800
  Phoenix, AZ 85016
  *Attorneys for Defendant JPMorgan Chase Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Nicole M. Goodwin
nicole.goodwin@gtlaw.com
Adrianna Griego Gorton
gortona@gtlaw.com
**GREENBERG TRAURIG, LLP**
2375 E Camelback Rd., Ste. 800
Phoenix, AZ 85016
*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

Donald Wilson, Jr.
dwj@bowwlaw.com
Jathan P. McLaughlin
jpm@bowwlaw.com
**BROENING OBERT WOODS & WILSON, P.C.**
2800 N Central Ave., Ste. 1600
Phoenix, AZ 85004
*Attorneys for Defendant Goodman Holmgren Law Group, LLP*

2

Tomio B. Narita
tnarita@snllp.com
**SIMMONDS & NARITA, LLP**
44 Montgomery St., Ste. 3010
San Francisco, CA 94104
*Pro Hac Vice Attorneys for Defendant Goodman Holmgren Law Group, LLP*

    */s/ Ben Dangerfield*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

3