IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bruce E. Huffman,<br><br>Plaintiff,<br><br>vs.<br><br>JP Morgan Chase Bank, N.A.; Goodman Holmgren Law Group, LLP, and; Magic Ranch Estates Homeowners' Association,<br><br>Defendants. | Case No.: 2:22-cv-00903-PHX-JJT<br><br>**[PROPOSED] ORDER EXTENDING DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT CHASE'S MOTION FOR SUMMARY JUDGMENT**<br><br>(Assigned to the Honorable John J. Tuchi) |

THE COURT, having reviewed the Stipulation to Extend Deadline for Plaintiff to Respond to Defendant Chase's Motion for Summary Judgment (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** allowing Plaintiff until up to and including March 25, 2024 to file his Response to Defendant JPMorgan Chase Bank, N.A.'s Motion for Summary Judgment (ECF No. 77).