# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bruce E. Huffman, | No. CV-22-00903-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| JP Morgan Chase Bank, NA, *et al.*, | |
| Defendants. | |

At issue is the Stipulation to Extend Deadline for Plaintiff to Respond to Defendant Chase's Motion for Summary Judgment (Second Request) (Doc. 81) filed by Plaintiff and Defendant JP Morgan Chase bank, N.A. ("Defendant Chase"). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the Stipulation to Extend Deadline for Plaintiff to Respond to Defendant Chase's Motion for Summary Judgment (Doc. 81).

**IT IS FURTHER ORDERED** allowing Plaintiff until up to and including **March 25, 2024**, to file his Response to Defendant Chase's Motion for Summary Judgment (Doc. 77).

Dated this 19th day of March, 2024.

Honorable John J. Tuchi
United States District Judge