# EXHIBIT 1

FILED
REBECCA PADILLA
CLERK OF SUPERIOR COURT

# IN THE SUPERIOR COURT

## PINAL COUNTY, STATE OF ARIZONA

2022 JAN 12  PM 12: 17

BY_____
DEPUTY

### Date: 01/11/2022

## THE HON JOSEPH R GEORGINI

By Judicial Assistant: Lillian Martinez

| | |
|---|---|
| **EVERETT HUFFMAN,** | **S1100CV201501738** |
| Plaintiff(s), | |
| vs. | **UNDER ADVISEMENT RULING ON MOTION FOR RECONSIDERATION** |
| **MAGIC RANCH ESTATES HOMEOWNERS' ASSOCIATION; SNOW PROPERTIES SERVICES LLC; CLINT G. GOODMAN and AMY GOODMAN; et al.,** | |
| Defendant(s). | |

The Court notes that on July 23, 2021 Plaintiff, Everett Huffman filed his Motion for Reconsideration of this Court's ruling entered on July 13, 2021, pursuant to Ariz. R. Civ. P. Rule 7.1(a). Moreover, on August 5, 2021, Defendant, Magic Ranch Estates Homeowners Association filed a Response to Plaintiff's Motion, and on August 16, 2021, Plaintiff filed his Reply.  Lastly, this Court held an Evidentiary Hearing on January 4, 2022 to determine whether Huffman's Motion should be granted.

The Court now hereby finds, and rules as follows:

IT IS HEREBY ORDERED GRANTING Plaintiff's Motion to Reconsider this Court's Ruling dated July 13, 2021, pursuant to Ariz. R. Civ. P. Rule 7.1(a).

In granting Plaintiffs' Motion to Reconsider its's July 13, 2021 ruling pursuant to Ariz. R. Civ. P. Rule 7.1(a) this Court, after considering the entire record in this case finds that the Social Security benefits held in Huffman's Chase bank account were exempt, and therefore are not subject to garnishment.  This Court concludes that the applicable statutes and case law pertinent to this case establishes that all the entirety of Huffman's Social Security benefits are exempt from "execution, levy, attachment, garnishment, or other legal process."  42 U.S.C. § 407(a),

**Page 1 of 2**



Moreover, it also is clear that under that section of the Social Security Act, all benefits paid to Huffman are exempt from execution, including bank garnishment.   Finally, there was no evidence presented that established Huffman ever co-mingled his Social security income with other discretionary accounts or monies.

IT IS HEREBY ORDERED GRANTING Plaintiff's Motion to Reconsider this Court's Ruling dated July 13, 2021, pursuant to Ariz. R. Civ. P. Rule 7.1(a), concerning the remaining $60,597.25 held by the garnishee Chase bank.

IT IS HEREBY FURTHER ORDERED that each side shall bear their own costs and fees regarding the litigation of this Motion to Reconsider.

Dated this 11th day of January 2022.

Honorable Joseph R. Georgini
Pinal County Superior Court

**Emailed/Mailed/distributed copy:** 01/11/2022

FLOYD E. BYBEE, ESQ
*ATTORNEY FOR DEFENDANT*
floyd@bybeelaw.com

ASHLEY N MOSCARELLO, ESQ.
*ATTORNEY FOR PLAINTIFF*
ashley@goodlaw.legal

JP MORGAN CHASE BANK, N.A.
*GARNISHEE*
COURT ORDERS AND LEVIES
P.O. BOX 183164
COLUMBUS, OH 43218-7022

**Office Distribution:**
**JUDGE/GEORGINI**

# EXHIBIT 2



**Ben Dangerfield <bdangerfield@millsandwoods.com>**

## Fw: Court release of Everett Huffman funds

**bruce** <brucehoffman2000@yahoo.com>                Thu, Oct 12, 2023 at 11:55 AM
To: Ben Dangerfield <bdangerfield@millsandwoods.com>

----- Forwarded Message -----
**From:** "brucehoffman2000@yahoo.com" <brucehoffman2000@yahoo.com>
**To:** "sara.helton@chase.com" <sara.helton@chase.com>
**Sent:** Thursday, January 20, 2022 at 04:04:36 PM MST
**Subject:** Court release of Everett Huffman funds

Here's a copy of the court order dated 1-11-22

**2 attachments**

📄 **2022-01-11 ORD granting MOT to reconsider.pdf**
    86K

📄 **2022-01-12 ME correcting ME from 01-11-2022.pdf**
    103K



**Ben Dangerfield <bdangerfield@millsandwoods.com>**

---

## Fw: Court release of Everett Huffman funds

**bruce** <brucehoffman2000@yahoo.com>                                      Thu, Oct 12, 2023 at 11:56 AM
To: Ben Dangerfield <bdangerfield@millsandwoods.com>


----- Forwarded Message -----
**From:** "brucehoffman2000@yahoo.com" <brucehoffman2000@yahoo.com>
**To:** "sara.helton@chase.com" <sara.helton@chase.com>
**Sent:** Friday, February 4, 2022 at 01:43:00 PM MST
**Subject:** Fw: Court release of Everett Huffman funds


Ms. Helton, per our phone call yesterday, please call me today before 4 pm to pick up my monies from my closed account at Chase. Bruce Huffman

----- Forwarded Message -----
**From:** "brucehoffman2000@yahoo.com" <brucehoffman2000@yahoo.com>
**To:** "sara.helton@chase.com" <sara.helton@chase.com>
**Sent:** Thursday, January 20, 2022, 04:04:36 PM MST
**Subject:** Court release of Everett Huffman funds

Here's a copy of the court order dated 1-11-22

---

**2 attachments**

📄 **2022-01-11 ORD granting MOT to reconsider.pdf**
86K

📄 **2022-01-12 ME correcting ME from 01-11-2022.pdf**
103K



**Ben Dangerfield <bdangerfield@millsandwoods.com>**

## Fw: Court release of Everett Huffman funds

**bruce** <brucehoffman2000@yahoo.com>                    Thu, Oct 12, 2023 at 11:56 AM
To: Ben Dangerfield <bdangerfield@millsandwoods.com>

----- Forwarded Message -----
**From:** bruce <brucehoffman2000@yahoo.com>
**To:** sara.helton@chase.com <sara.helton@chase.com>
**Sent:** Monday, February 7, 2022 at 01:40:56 PM MST
**Subject:** Fw: Court release of Everett Huffman funds

Ms. Helton: you did not call me or email me on the 4th, 5th or today. I want my money today by 4pm. call me today when its ready for pickup. Bruce Huffman

----- Forwarded Message -----
**From:** brucehoffman2000@yahoo.com <brucehoffman2000@yahoo.com>
**To:** "sara.helton@chase.com" <sara.helton@chase.com>
**Sent:** Friday, February 4, 2022, 01:43:00 PM MST
**Subject:** Fw: Court release of Everett Huffman funds

Ms. Helton, per our phone call yesterday, please call me today before 4 pm to pick up my monies from my closed account at Chase. Bruce Huffman

> ----- Forwarded Message -----
> **From:** "brucehoffman2000@yahoo.com" <brucehoffman2000@yahoo.com>
> **To:** "sara.helton@chase.com" <sara.helton@chase.com>
> **Sent:** Thursday, January 20, 2022, 04:04:36 PM MST
> **Subject:** Court release of Everett Huffman funds
>
> Here's a copy of the court order dated 1-11-22

**2 attachments**

📄 **2022-01-11 ORD granting MOT to reconsider.pdf**
86K

📄 **2022-01-12 ME correcting ME from 01-11-2022.pdf**
103K

   Ben Dangerfield <bdangerfield@millsandwoods.com>

## Fw: Court release of Everett Huffman funds

**bruce** <brucehoffman2000@yahoo.com>                                    Thu, Oct 12, 2023 at 11:57 AM
To: Ben Dangerfield <bdangerfield@millsandwoods.com>


----- Forwarded Message -----
**From:** bruce <brucehoffman2000@yahoo.com>
**To:** sara.helton@chase.com <sara.helton@chase.com>
**Sent:** Tuesday, February 8, 2022 at 02:01:52 PM MST
**Subject:** Fw: Court release of Everett Huffman funds

Dear Ms. Helton:
I got a call yesterday from Phillip stating my funds are being held due to a "levy". The Court
Order dated January 11th clearly states that my funds are NOT subject to garnishment or "levy".
Please call me today as to when I can pick up my monies today.

Bruce Huffman

----- Forwarded Message -----
**From:** bruce <brucehoffman2000@yahoo.com>
**To:** sara.helton@chase.com <sara.helton@chase.com>
**Sent:** Monday, February 7, 2022, 01:40:56 PM MST
**Subject:** Fw: Court release of Everett Huffman funds

Ms. Helton: you did not call me or email me on the 4th, 5th or today. I want my money today by
4pm. call me today when its ready for pickup. Bruce Huffman

----- Forwarded Message -----
**From:** brucehoffman2000@yahoo.com <brucehoffman2000@yahoo.com>
**To:** "sara.helton@chase.com" <sara.helton@chase.com>
**Sent:** Friday, February 4, 2022, 01:43:00 PM MST
**Subject:** Fw: Court release of Everett Huffman funds


Ms. Helton, per our phone call yesterday, please call me today before 4 pm to pick up my monies from my
closed account at Chase. Bruce Huffman
   ----- Forwarded Message -----
   **From:** "brucehoffman2000@yahoo.com" <brucehoffman2000@yahoo.com>
   **To:** "sara.helton@chase.com" <sara.helton@chase.com>
   **Sent:** Thursday, January 20, 2022, 04:04:36 PM MST
   **Subject:** Court release of Everett Huffman funds

   Here's a copy of the court order dated 1-11-22

**2 attachments**

 **2022-01-11 ORD granting MOT to reconsider.pdf**
86K

 **2022-01-12 ME correcting ME from 01-11-2022.pdf**
103K



**Ben Dangerfield <bdangerfield@millsandwoods.com>**

## Fw: Court release of Everett Huffman funds

**bruce** <brucehoffman2000@yahoo.com>                                    Thu, Oct 12, 2023 at 11:57 AM
To: Ben Dangerfield <bdangerfield@millsandwoods.com>


----- Forwarded Message -----
**From:** "brucehoffman2000@yahoo.com" <brucehoffman2000@yahoo.com>
**To:** "sara.helton@chase.com" <sara.helton@chase.com>
**Sent:** Wednesday, February 16, 2022 at 01:24:59 PM MST
**Subject:** Fw: Court release of Everett Huffman funds

Ms. Helton:
I want my money today! I need a response from you by email today.
Bruce

> ----- Forwarded Message -----
> **From:** bruce <brucehoffman2000@yahoo.com>
> **To:** sara.helton@chase.com <sara.helton@chase.com>
> **Sent:** Monday, February 7, 2022, 01:40:56 PM MST
> **Subject:** Fw: Court release of Everett Huffman funds
>
> Ms. Helton: you did not call me or email me on the 4th, 5th or today. I want my money today by 4pm. call me today when its ready for pickup. Bruce Huffman
>
> ----- Forwarded Message -----
> **From:** brucehoffman2000@yahoo.com <brucehoffman2000@yahoo.com>
> **To:** "sara.helton@chase.com" <sara.helton@chase.com>
> **Sent:** Friday, February 4, 2022, 01:43:00 PM MST
> **Subject:** Fw: Court release of Everett Huffman funds
>
> Ms. Helton, per our phone call yesterday, please call me today before 4 pm to pick up my monies from my closed account at Chase. Bruce Huffman
>
> > ----- Forwarded Message -----
> > **From:** "brucehoffman2000@yahoo.com" <brucehoffman2000@yahoo.com>
> > **To:** "sara.helton@chase.com" <sara.helton@chase.com>
> > **Sent:** Thursday, January 20, 2022, 04:04:36 PM MST
> > **Subject:** Court release of Everett Huffman funds
> >
> > Here's a copy of the court order dated 1-11-22

**2 attachments**

HUFFMAN-000207

**2022-01-11 ORD granting MOT to reconsider.pdf**
86K

**2022-01-12 ME correcting ME from 01-11-2022.pdf**
103K

HUFFMAN-000208

 **MILLS +**
**WOODS** LAW

**Ben Dangerfield <bdangerfield@millsandwoods.com>**

## Fw: Hello

**bruce** <brucehoffman2000@yahoo.com>                           Thu, Oct 12, 2023 at 11:57 AM
To: Ben Dangerfield <bdangerfield@millsandwoods.com>

----- Forwarded Message -----
**From:** "brucehoffman2000@yahoo.com" <brucehoffman2000@yahoo.com>
**To:** Helton, Sara <sara.helton@chase.com>
**Sent:** Wednesday, February 16, 2022 at 04:03:04 PM MST
**Subject:** Re: Hello

Ms. Helton. You are still an employee of Chase. I would forward this on to your superiors and the branch. I need a email response today. Bruce Huffman

> On Wednesday, February 16, 2022, 02:27:33 PM MST, Helton, Sara <sara.helton@chase.com> wrote:
>
>
> Hello Mr. Huffman,
>
>
> I apologize for the late response. I am no longer with the Johnson Ranch branch. If you have any questions or concerns regarding your account, please reach out to someone at that branch. Their phone number is 480-888-0287. You can also reach out to customer service at 1-800-935-9935. Thanks!
>
> This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

HUFFMAN-000209

MILLS + WOODS LAW, PLLC Mail - Fw: When are you going to give me my SS money?????? Filed 03/25/24 Page 13 of 22 10/12/23, 2:01 PM

Case 2:22-cv-00903-JJT Document 84-1 Filed 03/25/24 Page 13 of 22



**MILLS+**
**WOODS** LAW

Ben Dangerfield <bdangerfield@millsandwoods.com>

## Fw: When are you going to give me my SS money??????

**bruce** <brucehoffman2000@yahoo.com>                    Thu, Oct 12, 2023 at 11:58 AM
To: Ben Dangerfield <bdangerfield@millsandwoods.com>


----- Forwarded Message -----
**From:** bruce <brucehoffman2000@yahoo.com>
**To:** Sara Helton <sara.helton@chase.com>
**Sent:** Wednesday, March 2, 2022 at 11:02:56 AM MST
**Subject:** When are you going to give me my SS money??????

Sara: What is wrong with the people at Chase???? I just told a friend of mine to close his Chase account!!!!

----- Forwarded Message -----
**From:** "brucehoffman2000@yahoo.com" <brucehoffman2000@yahoo.com>
**To:** Helton, Sara <sara.helton@chase.com>
**Sent:** Wednesday, February 16, 2022, 04:03:04 PM MST
**Subject:** Re: Hello

Ms. Helton. You are still an employee of Chase. I would forward this on to your superiors and the branch. I need a email response today. Bruce Huffman

> On Wednesday, February 16, 2022, 02:27:33 PM MST, Helton, Sara <sara.helton@chase.com> wrote:
>
>
> Hello Mr. Huffman,
>
>
> I apologize for the late response. I am no longer with the Johnson Ranch branch. If you have any questions or concerns regarding your account, please reach out to someone at that branch. Their phone number is 480-888-0287. You can also reach out to customer service at 1-800-935-9935. Thanks!

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

HUFFMAN-000210



**Ben Dangerfield <bdangerfield@millsandwoods.com>**

---

## Fw: When are you going to give me my SS money??????

---

**bruce** <brucehoffman2000@yahoo.com>                                  Thu, Oct 12, 2023 at 11:58 AM
To: Ben Dangerfield <bdangerfield@millsandwoods.com>


----- Forwarded Message -----
**From:** bruce <brucehoffman2000@yahoo.com>
**To:** Sara Helton <sara.helton@chase.com>
**Sent:** Wednesday, March 9, 2022 at 01:10:22 PM MST
**Subject:** Fw: When are you going to give me my SS money??????

Sara : Every day you keep my SS money increases my damages!!! I need a call today on when I can get my money!!!!

----- Forwarded Message -----
**From:** bruce <brucehoffman2000@yahoo.com>
**To:** Sara Helton <sara.helton@chase.com>
**Sent:** Wednesday, March 2, 2022, 11:02:56 AM MST
**:** When are you going to give me my SS money??????

Sara: What is wrong with the people at Chase???? I just told a friend of mine to close his Chase account!!!!

----- Forwarded Message -----
**From:** "brucehoffman2000@yahoo.com" <brucehoffman2000@yahoo.com>
**To:** Helton, Sara <sara.helton@chase.com>
**Sent:** Wednesday, February 16, 2022, 04:03:04 PM MST
**Subject:** Re: Hello

Ms. Helton. You are still an employee of Chase. I would forward this on to your superiors and the branch. I need a email response today. Bruce Huffman

> On Wednesday, February 16, 2022, 02:27:33 PM MST, Helton, Sara <sara.helton@chase.com> wrote:
>
>
> Hello Mr. Huffman,
>
>
> I apologize for the late response. I am no longer with the Johnson Ranch branch. If you have any questions or concerns regarding your account, please reach out to someone at that branch. Their phone number is 480-888-0287. You can also reach out to customer service at 1-800-935-9935. Thanks!
>
> This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including

on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

HUFFMAN-000212

# EXHIBIT 3



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 16, 2022 through April 15, 2022

Account Number:   REDACTED**8778**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00167167 DRE 601 141 10622 NNNNNNNNNNN T 1 000000000 11 0000

BRUCE HUFFMAN
REDACTED



## We're making a change to the Non-Chase ATM Transaction Fee

On June 12, 2022, we're increasing the Non-Chase ATM Transaction Fee* from $2.50 to $3. This fee applies when you use a Non-Chase ATM for Domestic Withdrawals, Domestic & International Balance Inquiries, or Domestic & International Balance Transfers. The International Withdrawal Fee for ATMs outside the U.S., Puerto Rico and the U.S. Virgin Islands remains $5 per withdrawal. As a reminder, you won't pay a fee for using Chase ATMs and you may get these fees waived depending on the type of account(s) you have.

- We'll continue to waive this fee on the following types of accounts: Chase Sapphire<sup>SM</sup> Checking, Chase Private Client Checking<sup>SM</sup>, Chase Premier Savings<sup>SM</sup>, Chase Plus Savings<sup>SM</sup>, Chase Private Client Savings<sup>SM</sup> and Chase Premier Plus Checking<sup>SM</sup> with Military Banking Enhanced Benefits.
- We'll continue to waive the first four Non-Chase ATM transaction fees for each statement period for Chase Premier Plus Checking and Chase Premier Checking<sup>SM</sup> accounts.

If you'd like to see the full Fee Schedule on the Additional Banking Services and Fees document, please go to **chase.com/disclosures** or visit a branch.

Please call the number on this statement if you have any questions. We accept operator relay calls.

*Fees from the ATM owner/networks may still apply.*

## We're removing Safe Deposit Box annual rent benefits for certain Chase checking accounts

If you have a Safe Deposit Box, we'll no longer offer discounted or free annual rent for Chase Premier Checking<sup>SM</sup>, Chase Premier Plus Checking<sup>SM</sup> and Chase Sapphire<sup>SM</sup> Checking accounts.

The annual renewal notice you receive after June 12, 2022, will list your new annual rent. Until then, you'll continue to receive your existing discount. As a reminder, we currently do not rent new Safe Deposit Boxes.

If you have questions, please call or visit the branch where your box is located.

CHASE000094



March 16, 2022 through April 15, 2022
Account Number:   REDACTED**8778**

## CHECKING SUMMARY | Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$60,601.22** |
| Deposits and Additions | 0.20 |
| Other Withdrawals | -60,601.42 |
| **Ending Balance** | **$0.00** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.20 |
| Interest Paid Year-to-Date | $1.68 |

Please note that this account was closed on 03/28/22.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$60,601.22** |
| 03/28 | Interest Payment | **0.20** | 60,601.42 |
| 03/28 | 03/26 Withdrawal | -60,601.42 | 0.00 |
| | **Ending Balance** | | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC



**JPMorgan Chase Bank, N.A. Member FDIC**

**CHASE000095**

# EXHIBIT 4

## DECLARATION OF DEFENDANT
## EVERETT HUFFMAN

I, Everett Huffman, duly sworn upon his oath and under penalty of perjury, deposes and says:

1.    I make the following statements based upon my personal knowledge.

2.    I am the named Defendant in this matter.

3.    On June 4, 2021, I filed a Request of Judgment Debtor for Hearing on Garnishment of Non-Earnings with the Clerk of the Court.

4.    On July 12, 2021, I personally attended the hearing in this Court on my Request.

5.    During the hearing, I submitted all my original bank statements concerning my account with Chase Bank, which was marked as Exhibit 1.

6.    Exhibit 1 was admitted by stipulation of the parties, including the Garnishee Bank.

7.    I have attached to my Declaration as Exhibit 1, copies of the same bank statements admitted as Exhibit 1 at the garnishment hearing.

8.    During the hearing the parties agreed and stipulated that all the moneys deposited into my Chase Bank account, and currently held in the account, were derived solely from my Social Security Benefits, which is true save the stimulosus check deposited without my prior knowledge.

9.    During the hearing the bank stated that the stimulosus payment

was also exempt.

10.   I opened this account with Chase Bank for the sole purpose of receiving by direct deposit and holding my Social Security benefits.

11.   No moneys from any other source were ever deposited into this Chase account, save a stimulosus check of $1,400 which the Department of Treasury deposited without prior notice to me.

12.   During the hearing I heard Plaintiff's counsel arguing that only the prior two months of benefits were exempt.

13.   During the hearing I heard Plaintiff's counsel arguing that Plaintiff was entitled to the remainder of Social Security benefit moneys in the account in the amount of $60,597.25.

14.   To support its position, during the hearing I heard Plaintiff's counsel cite to 78 Federal Register 32099.

15.   To support its position, during the hearing I heard Plaintiff's counsel argue that 78 Federal Register 32099 exempted only the last 60 days of benefits from garnishment.

16.   In opposition to Plaintiff's position, I cited to 42 U.S.C. § 407, but mistakenly stated the statute as "42 U.S.C. § 207," as authority that all the funds deposited and held in my Chase account were exempt from execution as there was only Social Security benefits ever deposited in the account.

17.   Over my objections, I observed Plaintiff's counsel argue that the

remainder of the Social Security benefits held in my bank account were not exempt, and requested that the Court order the release of those funds to Plaintiff, which the Court did.

Dated:  July 23, 2021 .


Everett Huffman
Defendant