**GREENBERG TRAURIG, LLP**
ATTORNEYS AT LAW
SUITE 800
2375 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
(602) 445-8000

Nicole M. Goodwin, SBN 024593; goodwinn@gtlaw.com
Adrianna Griego Gorton, SBN 031836, gortona@gtlaw.com
*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bruce E. Huffman,<br><br>Plaintiff,<br><br>v.<br><br>JPMorgan Chase Bank, N.A.; Goodman Holmgren Law Group, LLP; and Magic Ranch Estates Homeowners' Association,<br><br>Defendants. | Case No. 2:22-cv-00903-JJT<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO FILE REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT (DOC. 77)**<br><br>(Assigned to the Hon. John J. Tuchi)<br><br>**(First Request)** |

Plaintiff Bruce E. Huffman ("Huffman") and Defendant JPMorgan Chase Bank, N.A. ("Chase") (collectively, the "Parties") jointly move the Court for an extension of time for Chase to file its reply in support of its Motion for Summary Judgment (Doc. 77).

Chase's reply is currently due on April 9, 2024. The parties request that the Court grant Chase a two-week extension, through and including April 23, 2024, to file its reply in support of its Motion for Summary Judgment in order to accommodate other scheduling deadlines. This Stipulation is entered into in good faith and not for the purpose of delay.

A proposed form of Order is lodged herewith.

1  DATED this 8th day of April, 2024.

MILLS + WOODS LAW, PLLC                    GREENBERG TRAURIG, LLP

By: */s/ Sean A. Woods (with permission)*      By: */s/ Adrianna Griego Gorton*
    Robert T. Mills                                Nicole M. Goodwin
    Sean A. Woods                                  Adrianna Griego Gorton
    *Attorneys for Plaintiff*                      *Attorneys for Defendant JPMorgan Chase Bank, N.A.*