**GREENBERG TRAURIG, LLP**
ATTORNEYS AT LAW
SUITE 800
2375 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
(602) 445-8000

Nicole M. Goodwin, SBN 024593; goodwinn@gtlaw.com
Adrianna Griego Gorton, SBN 031836, gortona@gtlaw.com
*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bruce E. Huffman,<br><br>Plaintiff,<br><br>v.<br><br>JPMorgan Chase Bank, N.A.; Goodman Holmgren Law Group, LLP; and Magic Ranch Estates Homeowners' Association,<br><br>Defendants. | Case No. 2:22-cv-00903-JJT<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO FILE REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT (DOC. 77)**<br><br>(Assigned to the Hon. John J. Tuchi)<br><br>**(First Request)** |

Pursuant to the Stipulated Motion for Extension of Time for Defendant JPMorgan Chase Bank, N.A. to File Reply in Support of Its Motion for Summary Judgment (Doc. 77) (the "Motion"), and good cause appearing therefor,

IT IS ORDERED granting the Motion.

IT IS FURTHER ORDERED that Defendant JPMorgan Chase Bank, N.A. shall have through and including April 23, 2024 to file a reply in support of its Motion for Summary Judgment.