IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bruce E. Huffman, | No. CV-22-00903-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| JP Morgan Chase Bank, NA, *et al.*, | |
| Defendants. | |

At issue is the "Stipulated Motion for Extension of Time for JPMorgan Chase Bank, N.A. to File Reply in Support of its Motion for Summary Judgment (Doc. 77)" (First Request) (Doc. 87) filed by Plaintiff and Defendant JP Morgan Chase Bank, N.A. ("Chase"). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the Stipulated Motion for Extension of Time for Defendant Chase to File Reply in Support of its Motion for Summary Judgment (Doc. 87).

**IT IS FURTHER ORDERED** extending the deadline for Defendant Chase to file a Reply in Support of its Motion for Summary Judgment (Doc. 77) **April 23, 2024**.

Dated this 9th day of April, 2024.

Honorable John J. Tuchi
United States District Judge