LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 N. CENTRAL AVE., SUITE 1600
PHOENIX, ARIZONA 85004
TELEPHONE: (602) 271-7700
FACSIMILE: (602) 258-7785
Donald Wilson, Jr./Bar No. 005205
   E-mail: dwj@bowwlaw.com
Jathan P. McLaughlin/Bar No. 028065
   E-mail: jpm@bowwlaw.com

SIMMONDS & NARITA LLP
Tomio B. Narita (CA SBN 156576) (*pro hac vice*)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 283-1000
tnarita@snllp.com

*Attorneys for Defendant Goodman Law
Group, LLP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Bruce E. Huffman,<br><br>                    Plaintiff,<br><br>v.<br><br>JP Morgan Chase Bank, N.A.; Goodman Holmgren Law Group, LLP; and Magic Ranch Homeowners Association,<br><br>                    Defendants. | 2:22-CV-00903-JTT<br><br>**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Defendant Goodman Law Group ("Defendant") requests that the Court extend the deadline to file the Reply in support of Defendant's Motion for Summary Judgment from April 16, 2024 to April 26, 2024. This request is made to permit undersigned counsel to accommodate other scheduling deadlines. This request is made in good faith and not for the purpose of delay.

1    Pursuant to and required by LRCiv 7.3, counsel for Defendant contacted Plaintiff's

2   counsel regarding this request and Plaintiff's counsel indicated they do not object to the

3   requested extension.  Accordingly, Defendant requests the Court extend the deadline to file

4   the Reply in support of Defendant's Motion for Summary Judgment from April 16, 2024

5   to April 26, 2024.

6        RESPECTFULLY SUBMITTED this 12th day of April, 2024.

7                                BROENING OBERG WOODS & WILSON, P.C.

8

9        By:  /s/ Jathan P. McLaughlin_____  _____
             Donald Wilson, Jr.

10             Jathan P. McLaughlin
             2800 N. Central Ave., Ste. 1600

11             Phoenix, Arizona  85004
             *Attorneys for Defendant Goodman*

12             *Holmgren Law Group, LLP*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2                                CERTIFICATE OF SERVICE

3          I hereby certify that on April 12, 2024 I electronically transmitted the attached

4  document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

5  Notice of Electronic Filing to the following CM/ECF registrants:

6                                      Robert T Mills
                                      Sean A Woods
7                                MILLS+WOODS LAW PLLC
                              5055 North 12th Street, Suite 101
8                                 Phoenix, Arizona, 85014
                                docket@millsandwoods.com
9                                rmills@millsandwoods.com

10                                  Nicole M. Goodwin
                                 Adrianna Griego Gorton
11                                Greenberg Traurig, LLP
                           2375 E. Camelback Road, Suite 800
12                                Phoenix, Arizona 85016
                                Nicole.goodwin@gtlaw.com
13                                  gortona@gtlaw.com
                           *Attorneys for JPMorgan Chase Bank, NA*
14

15  by:  /s/ Nicole J. Smith
16

17

18

19

20

21

22

23

24

25

26