IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bruce E. Huffman,<br><br>          Plaintiff,<br><br>v.<br><br>JP Morgan Chase Bank, NA, *et al.*,<br><br>          Defendants. | No. CV-22-00903-PHX-JJT<br><br>**ORDER** |

At issue is the Unopposed Motion for to Extend Deadline to File Reply in Support of Motion for Summary Judgment (First Request) (Doc. 89) filed by Defendant Goodman Law Group, LLP ("Goodman Law"). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting Unopposed Motion for to Extend Deadline to File Reply in Support of Motion for Summary Judgment (Doc. 89).

**IT IS FURTHER ORDERED** extending the deadline for Defendant Goodman Law to file a Reply in Support of its Motion for Summary Judgment (Doc. 75) to **April 26, 2024**.

Dated this 15th day of April, 2024.

Honorable John J. Tuchi
United States District Judge