# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bruce E Huffman,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JPMorgan Chase Bank NA, et al.,<br><br>　　　　Defendants. | NO. CV-22-00903-PHX-JJT<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed August 13, 2024, which granted the Motions for Summary Judgment, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

August 13, 2024

　　　　　　　　　　　　　　　　　s/ E. Aragon
　　　　　　　　　　　　　　By　　Deputy Clerk