LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 N. CENTRAL AVE., SUITE 1600
PHOENIX, ARIZONA 85004
TELEPHONE: (602) 271-7700
FACSIMILE:  (602) 258-7785
Donald Wilson, Jr./Bar No. 005205
 E-mail: dwj@bowwlaw.com
Jathan P. McLaughlin/Bar No. 028065
 E-mail: jpm@bowwlaw.com

SIMMONDS & NARITA LLP
Tomio B. Narita (CA SBN 156576) (*pro hac vice*)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 283-1000
tnarita@snllp.com

*Attorneys for Defendant Goodman Law Group, LLP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Bruce E. Huffman,<br><br>            Plaintiff,<br><br>v.<br><br>JP Morgan Chase Bank, N.A.; Goodman Holmgren Law Group, LLP; and Magic Ranch Homeowners Association,<br><br>            Defendants. | 2:22-CV-00903-JTT<br><br>**DECLARATION IN SUPPORT OF THE GOODMAN DEFENDANT'S BILL OF COSTS** |

I, Jathan P. McLaughlin, declare as follows:

1. I am counsel for Goodman Law Group, LLP ("Defendant") (formerly known as Goodman Holmgren Law Group, LLP) in the above-captioned action. I make this Declaration in support of Defendant's Bill of Costs filed concurrently herewith.

2. I have personal knowledge of the facts set forth herein and state that each item of costs is correct and was necessarily incurred in the above-captioned action. The

1  costs incurred in this matter and sought be Defendant include $720.10 for the deposition
2  of Plaintiff in this matter.  The invoice for this cost is attached hereto as **Exhibit A**.
3       I hereby declare under penalty of perjury that the foregoing is true and accurate to
4  the best of my knowledge, information, and belief.
5  .
6       RESPECTFULLY SUBMITTED this 26th day of August, 2024.

                BROENING OBERG WOODS & WILSON, P.C.

                By: /s/ *Jathan P. McLaughlin*
                    Donald Wilson, Jr.
                    Jathan P. McLaughlin
                    2800 N. Central Ave., Ste. 1600
                    Phoenix, Arizona 85004
                    *Attorneys for Defendant Goodman Law Group, LLP*

CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert T Mills
Sean A Woods
MILLS+WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona, 85014
docket@millsandwoods.com

Nicole M. Goodwin
Adrianna Griego Gorton
Greenberg Traurig, LLP
2375 E. Camelback Road, Suite 800
Phoenix, Arizona 85016
Nicole.goodwin@gtlaw.com
gortona@gtlaw.com
*Attorneys for JPMorgan Chase Bank, NA*

by: /s/*Josie Uong*

# EXHIBIT A

# EXHIBIT A

**Coash Court Reporting & Video LLC**
1802 N. 7th Street
Phoenix, AZ 85006
Phone: 602-258-1440
Fax: 602-258-2062



Broening, Oberg, Woods & Wilson, P.C.
Jathan McLaughlin
2800 N. Central Avenue, Suite 1600
Phoenix, AZ 85004

Invoice #209166

| Date | Terms |
|---|---|
| 11/13/2023 | Net 30 |

## PAST DUE

Job #2006089 on 10/27/2023

Case: Bruce E. Huffman vs. JPMorgan Chase Bank
Case No.#: 2:22-cv-00903-JJT

| Description | Amount |
|---|---|
| **Bruce Everett Huffman** | |
| Copy of Transcript | $ 616.10 |
| Exhibits B&W | $ 54.00 |
| Electronic Transcript Package | $ 50.00 |
| | $ 720.10 |

| | |
|---|---|
| Amount Due: | $ 720.10 |
| Paid: | $ 0.00 |

\*\**Please note that effective January 1, 2023, all payments should be made out to Coash Court Reporting & Video LLC with TIN # 92-1275767*\*\*

| | |
|---|---|
| Balance Due: | $ 720.10 |
| Payment Due: | 12/13/2023 |

TERMS: Payment in full is due upon receipt. 1.5% interest per month on unpaid balance after 60 days.

**Coash Court Reporting & Video LLC**
1802 N. 7th Street
Phoenix, AZ 85006
602-258-1440
Tax ID 92-1275767