**GREENBERG TRAURIG, LLP**
ATTORNEYS AT LAW
SUITE 800
2375 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
(602) 445-8000

Nicole M. Goodwin, SBN 024593; goodwinn@gtlaw.com
Adrianna Griego Gorton, SBN 031836, gortona@gtlaw.com
*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bruce E. Huffman,<br><br>       Plaintiff,<br><br>v.<br><br>JPMorgan Chase Bank, N.A.; Goodman Holmgren Law Group, LLP; and Magic Ranch Estates Homeowners' Association,<br><br>       Defendants. | Case No. 2:22-cv-00903-JJT<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO FILE ITS APPLICATION FOR ATTORNEYS' FEES AND COSTS**<br><br>(Assigned to the Hon. John J. Tuchi)<br><br>**(First Request)** |

Plaintiff Bruce E. Huffman ("Huffman") and Defendant JPMorgan Chase Bank, N.A. ("Chase") (collectively, the "Parties") hereby jointly request that the Court enter an Order extending the time for Chase to file its Application for Attorneys' Fees and Costs (the "Application").  Chase's Application is currently due on August 27, 2024.  The parties request that the Court grant a two-week extension, through and including September 10, 2024, for Chase to file its Application. This Stipulation is entered into in good faith and not for the purpose of delay as the parties are currently discussing a potential resolution to this matter, including the issue of attorneys' fees and costs.

A proposed form of Order is lodged herewith.

DATED this 26th day of August 2024.

| MILLS + WOODS LAW, PLLC | GREENBERG TRAURIG, LLP |
|---|---|
| By: *Robert T. Mills*<br>    Robert T. Mills<br>    Sean A. Woods<br>    *Attorneys for Plaintiff* | By: */s/ Adrianna Griego Gorton*<br>    Nicole M. Goodwin<br>    Adrianna Griego Gorton<br>    *Attorneys for Defendant JPMorgan Chase Bank, N.A.* |

LAW OFFICES
**GREENBERG TRAURIG**
2375 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 445-8000

2