# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bruce E. Huffman,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JP Morgan Chase Bank, NA, *et al.*,<br><br>　　　　Defendants. | No. CV-22-00903-PHX-JJT<br><br>**ORDER** |

At issue is the parties' Stipulated Motion for Extension of Time for Defendant JP Morgan Chase Bank, N.A. to File Its Application for Attorneys' Fees and Costs (First Request) (Doc. 96). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulated Motion for Extension of Time for Defendant JP Morgan Chase Bank, N.A. to File Its Application for Attorneys' Fees and Costs (First Request) (Doc. 96).

**IT IS FURTHER ORDERED** that Defendant JP Morgan Chase Bank, N.A. shall have through and including **September 10, 2024** to file its Application for Attorneys' Fees and Costs.

Dated this 27th day of August, 2024.

Honorable John J. Tuchi
United States District Judge