# **EXHIBIT A**

**GREENBERG TRAURIG, LLP**
ATTORNEYS AT LAW
SUITE 800
2375 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
(602) 445-8000

Nicole M. Goodwin, SBN 024593; nicole.goodwin@gtlaw.com
Adrianna Griego Gorton, SBN 031836, gortona@gtlaw.com
*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Bruce E. Huffman,<br><br>        Plaintiff,<br><br>v.<br><br>JPMorgan Chase Bank, N.A.; Goodman Holmgren Law Group, LLP; and Magic Ranch Estates Homeowners' Association,<br><br>        Defendants. | Case No. 2:22-cv-00903-JJT<br><br>**DECLARATION OF NICOLE M. GOODWIN IN SUPPORT OF DEFENDANT JPMORGAN CHASE BANK, N.A.'S APPLICATION FOR ATTORNEYS' FEES AND COSTS**<br><br>(Assigned to the Hon. John J. Tuchi) |

STATE OF ARIZONA      )
                     ) ss.
County of Maricopa    )

I, Nicole M. Goodwin, being duly sworn, upon my oath, depose and state as follows:

1. I am a litigation shareholder at Greenberg Traurig, LLP ("GT") and have personal knowledge regarding the matters stated in this Declaration.

2. I served as lead counsel for Defendant JPMorgan Chase Bank, N.A. in the above-entitled litigation.

3. Attached to this declaration as **Exhibit 1** is a description of all time recorded by lawyers at GT on behalf of Chase in this matter. This detailed description of time contains the name of the lawyers and paralegals working on the litigation, the amount of

701402540

time expended measured in tenths of an hour, a brief description of the work performed, and the date the work was performed.

4. The summary contained in **Exhibit 1** was based upon individual time sheets maintained by the lawyers and paralegals at GT on a daily basis. More specifically, lawyers and paralegals enter their time on a regular basis into a computer program through which the time entered is electronically submitted to the firm's accounting department. The information is then entered into the firm's computer system where the data is stored. Thereafter, bills are rendered to the client on a monthly basis, reflecting the work performed, the charges and the costs. The client sends its remittances to GT in response to the statements and invoices mailed. These practices and procedures are standard within GT and are within its normal business operations.

5. GT's representation in this matter has included the following: filing a successful motion to dismiss, participating in discovery, conducting the deposition of Plaintiff, and filing a successful motion for summary judgement.

6. I have billed 6.10 hours of my time in connection with this matter. My billing rate during the relevant time period was $445.00/hour from June 2022 through September 2022, $455.00/hour from March 2023 through December 2023, and $455.00/hour from January 2024 through April 2024. This rate is an average of my discounted billing rates during the relevant time period. I have practiced complex commercial litigation for 23 years.

7. Adrianna Griego Gorton, an attorney at GT, billed 103.80 hours of her time in connection with this matter. Ms. Gorton's billing rate during the relevant time period was on average $230.77/hour from June 2022 through August 2022, $325.00/hour from March 2023 through December 2023 and $325.00/hour from January 2024 through April 2024. This rate is an average of Ms. Gorton's discounted billing rates during the relevant time period. Ms. Gorton has been licensed to practice law in the state of Arizona since 2015 and has focused her practice on litigation.

701402540

8. Kacie Donovan, an attorney at GT, billed 18.60 hours of her time in connection with this matter. Ms. Donovan's billing rate during the relevant time period was $205.00/hour in June 2022. This rate is an average of Ms. Donovan's discounted billing rates during the relevant time period. Ms. Donovan has been licensed to practice law in the state of Arizona since 2021 and has focused her practice on litigation.

9. Michael R. Cedillos, an attorney at GT, billed 0.50 hours of her time in connection with this matter. Ms. Cedillos' billing rate during the relevant time period was $205.00/hour in June 2022. This rate is an average of Ms. Cedillos' discounted billing rates during the relevant time period. Ms. Cedillos has been licensed to practice law in the state of Illinois since 2008 and has focused her practice on litigation.

10. Amy Hershberger, a paralegal at GT, billed 33.40 hours of her time in connection with this matter. Ms. Hershberger's billing rate during the relevant time period was $94.00/hour from July 1, 2022 through August 2022, $175.00/hour from September 2023 through December 2023, and $175.00/hour from January 2024 through April 2024. This rate is an average of Ms. Hershberger's discounted billing rates during the relevant time period. Ms. Hershberger has been a paralegal with GT since 2017.

11. Marian Mackey, a paralegal at GT, billed 1.60 hours of her time in connection with this matter. Ms. Mackey's billing rate during the relevant time period was $204.75/hour in August 2022. This rate is an average of Ms. Mackey's discounted billing rates during the relevant time period. Ms. Mackey has been a paralegal with GT since 2018.

12. Chase has agreed to pay GT's aforementioned billing rates.  It is my belief and understanding that the billable rates charged are reasonable, giving due consideration to each individual's ability, training, education, experience, skill and professional standing, the intricacy and difficulty of the work performed, the time and skill required, the responsibility imposed, and the results obtained.  It is also my belief and understanding that these hourly rates are consistent with rates that attorneys with comparable levels of expertise at law firms charge.

3

13. Chase has paid or agreed to pay the total charges for the itemized services set forth in **Exhibit 1**, attached hereto.

14. As a result of this proceeding, Chase incurred $43,214.59 in fees for legal services rendered. *See* **Exhibit 1**.

15. I believe that the services set forth in **Exhibit 1** were actually, reasonably, and necessarily incurred in the defense of this matter.

16. In addition to the fees for services set forth in **Exhibit 1**, Chase also incurred non-taxable costs in the amount of $2,236.40. Attached to this declaration as **Exhibit 2** is a description of the non-taxable costs incurred by Chase in this matter.

17. I declare under penalty of perjury that the foregoing statements, and attached Exhibits, are true and correct to the best of my knowledge, information and belief.

Dated this 10th day of September 2024.

/s/ Nicole M. Goodwin

# EXHIBIT 1

| Date | TKPR Name | Standard Rate | Bl Hrs | Billed Amt | Billed Rate | Narrative |
|---|---|---|---|---|---|---|
| 6/10/2022 | Goodwin, Nicole M. | $650.00 | 0.3 | $133.50 | $445.00 | Work on motion to dismiss evaluation |
| 6/10/2022 | Goodwin, Nicole M. | $650.00 | 0.2 | $89.00 | $445.00 | Correspond with client regarding timing and next steps |
| 6/10/2022 | Goodwin, Nicole M. | $650.00 | 0.3 | $133.50 | $445.00 | Review complaint and status of response deadline |
| 6/10/2022 | Gorton, Adrianna | $450.00 | 0.3 | $69.23 | $230.77 | Review complaint. |
| 6/10/2022 | Gorton, Adrianna | $450.00 | 0.2 | $46.15 | $230.75 | Calls to opposing counsel regarding complaint allegations and request for extension. |
| 6/10/2022 | Gorton, Adrianna | $450.00 | 0.3 | $69.23 | $230.77 | Initial analysis of bases for motion to dismiss. |
| 6/10/2022 | Gorton, Adrianna | $450.00 | 0.1 | $23.08 | $230.80 | Email to client with current analysis and next steps. |
| 6/11/2022 | Donovan, Kacie | $315.00 | 1.1 | $225.50 | $205.00 | Research bases for motion to dismiss. |
| 6/12/2022 | Donovan, Kacie | $315.00 | 1 | $205.00 | $205.00 | Research bases for motion to dismiss. |
| 6/13/2022 | Donovan, Kacie | $315.00 | 2.6 | $533.00 | $205.00 | Research bases to dismiss common law claims. |
| 6/13/2022 | Donovan, Kacie | $315.00 | 3.6 | $738.00 | $205.00 | Research whether the Social Security Administration Act and Federal Banking Regulations provide for a private right of action. |
| 6/14/2022 | Donovan, Kacie | $315.00 | 2.8 | $574.00 | $205.00 | Research and draft memorandum re: bases to dismiss common law claims. |
| 6/14/2022 | Donovan, Kacie | $315.00 | 3.6 | $738.00 | $205.00 | Research and draft memorandum re: bases to dismiss claims based on Social Security Administration Act and Federal Banking Regulations not providing for a private right of action. |
| 6/15/2022 | Donovan, Kacie | $315.00 | 0.8 | $164.00 | $205.00 | Compile cases for Motion to Dismiss. |
| 6/15/2022 | Gorton, Adrianna | $450.00 | 1.3 | $299.98 | $230.75 | Review of research on basis for motion to dismiss. |
| 6/16/2022 | Goodwin, Nicole M. | $650.00 | 0.1 | $44.50 | $445.00 | Draft and revise update to client. |
| 6/16/2022 | Donovan, Kacie | $315.00 | 3.1 | $635.50 | $205.00 | Research whether defenses to common law claims re: delay in releasing funds during period of time after court order was lifted. |
| 6/16/2022 | Gorton, Adrianna | $450.00 | 0.3 | $69.23 | $230.77 | Email update to client regarding contact with opposing counsel and bases for MTD. |
| 6/16/2022 | Gorton, Adrianna | $450.00 | 0.1 | $23.08 | $230.80 | Email to opposing counsel regarding complaint and request for extension. |
| 6/16/2022 | Gorton, Adrianna | $450.00 | 0.3 | $69.23 | $230.77 | Call with opposing counsel. |
| 6/16/2022 | Gorton, Adrianna | $450.00 | 1 | $230.75 | $230.75 | Draft Motion to Dismiss. |
| 6/16/2022 | Gorton, Adrianna | $450.00 | 0.2 | $46.15 | $230.75 | Draft stipulation and proposed judgment for extension of time. |
| 6/16/2022 | Goodwin, Nicole M. | $650.00 | 0.1 | $44.50 | $445.00 | Review legal analysis |
| 6/17/2022 | Gorton, Adrianna | $450.00 | 0.2 | $46.15 | $230.75 | Communications with client regarding current case status and strategy moving forward. |
| 6/20/2022 | Gorton, Adrianna | $450.00 | 1.5 | $346.13 | $230.75 | Draft Motion to Dismiss. |
| 6/21/2022 | Gorton, Adrianna | $450.00 | 0.1 | $23.08 | $230.80 | Call and voice message to opposing counsel. |
| 6/21/2022 | Gorton, Adrianna | $450.00 | 0.8 | $184.60 | $230.75 | Draft Motion to Dismiss. |
| 6/21/2022 | Gorton, Adrianna | $450.00 | 0.3 | $69.23 | $230.77 | Review Answer and Counter-Claim by Magic Ranch HOA. |
| 6/22/2022 | Goodwin, Nicole M. | $650.00 | 0.5 | $222.50 | $445.00 | Work on strategy issues and coordinate regarding SS prior briefing and analyses |
| 6/22/2022 | Gorton, Adrianna | $450.00 | 0.5 | $115.38 | $230.76 | Discussion regarding legal issues with garnishment of social security benefits. |
| 6/22/2022 | Gorton, Adrianna | $450.00 | 0.8 | $184.60 | $230.75 | Review pleadings provided by Michael Cedillos regarding garnishment of social security benefits. |
| 6/22/2022 | Gorton, Adrianna | $450.00 | 2.3 | $530.73 | $230.75 | Analysis of Arizona law regarding garnishment of social security benefits. |
| 6/22/2022 | Cedillos, Michael R. | $800.00 | 0.5 | $208.00 | $416.00 | Conference with N. Goodwin and A. Gorton regarding garnishment issues and strategic approach to same. |
| 6/24/2022 | Goodwin, Nicole M. | $650.00 | 0.2 | $89.00 | $445.00 | Work on resolution strategy and response to opposing counsel |
| 6/24/2022 | Gorton, Adrianna | $450.00 | 1.6 | $369.20 | $230.75 | Review documents provided by Client. |
| 6/24/2022 | Gorton, Adrianna | $450.00 | 0.5 | $115.38 | $230.76 | Meet and confer with opposing counsel on basis for motion to dismiss. |
| 6/24/2022 | Gorton, Adrianna | $450.00 | 2.9 | $669.18 | $230.75 | Draft Motion to Dismiss. |
| 6/26/2022 | Gorton, Adrianna | $450.00 | 0.8 | $184.60 | $230.75 | Draft email to opposing counsel with basis for MTD and factual issues. |
| 6/27/2022 | Goodwin, Nicole M. | $650.00 | 0.2 | $89.00 | $445.00 | Draft and revise meet and confer letter. |
| 6/27/2022 | Gorton, Adrianna | $450.00 | 0.5 | $115.38 | $230.76 | Revise motion to dismiss. |
| 6/28/2022 | Goodwin, Nicole M. | $650.00 | 0.4 | $178.00 | $445.00 | Draft and revise motion to dismiss |
| 6/30/2022 | Gorton, Adrianna | $450.00 | 0.1 | $23.08 | $230.80 | Email to client regarding case update and draft MTD. |
| 7/1/2022 | Gorton, Adrianna | $450.00 | 0.3 | $69.23 | $230.77 | Draft Notice of Certification of Conferral. |
| 7/1/2022 | Gorton, Adrianna | $450.00 | 0.2 | $46.15 | $230.75 | Finalize Motion to Dismiss. |
| 7/1/2022 | Hershberger, Amy L. | $310.00 | 1.3 | $122.20 | $94.00 | Assist with cite checking and revising Motion to Dismiss. |
| 7/21/2022 | Gorton, Adrianna | $450.00 | 0.1 | $23.08 | $230.80 | Review Corporate Disclosure Statement. |
| 7/21/2022 | Goodwin, Nicole M. | $650.00 | 0.2 | $89.00 | $445.00 | Address corporate disclosure issues and overall timing of matter |
| 7/22/2022 | Hershberger, Amy L. | $310.00 | 0.2 | $18.80 | $94.00 | Assist with preparing corporate disclosure statement. |
| 7/29/2022 | Gorton, Adrianna | $450.00 | 1.2 | $276.90 | $230.75 | Draft Motion for Summary Disposition and Proposed Order. |
| 8/2/2022 | Gorton, Adrianna | $450.00 | 0.3 | $69.23 | $230.77 | Communications with opposing counsel regarding extension of time. |
| 8/5/2022 | Goodwin, Nicole M. | $650.00 | 0.2 | $89.00 | $445.00 | Review and address court order re OSC |
| 8/8/2022 | Gorton, Adrianna | $450.00 | 0.3 | $69.23 | $230.77 | Review response to Motion to Dismiss in preparation of drafting Reply. |
| 8/8/2022 | Gorton, Adrianna | $450.00 | 0.1 | $23.08 | $230.80 | Provide update to client regarding status of Motion to Dismiss. |
| 8/8/2022 | Gorton, Adrianna | $450.00 | 2.2 | $507.65 | $230.75 | Draft Reply in support of Motion to Dismiss. |
| 8/8/2022 | Mackey, Marian R. | $350.00 | 0.6 | $122.85 | $204.75 | Research Westlaw and download cases for attorney review. |
| 8/9/2022 | Gorton, Adrianna | $450.00 | 3.3 | $761.48 | $230.75 | Draft Reply in support of Motion to Dismiss. |
| 8/10/2022 | Gorton, Adrianna | $450.00 | 6.5 | $1,499.88 | $230.75 | Draft Reply in support of Motion to Dismiss. |
| 8/11/2022 | Goodwin, Nicole M. | $650.00 | 0.3 | $133.50 | $445.00 | Draft and revise reply briefing |
| 8/12/2022 | Gorton, Adrianna | $450.00 | 1 | $230.75 | $230.75 | Draft motion for leave to file reply. |
| 8/12/2022 | Gorton, Adrianna | $450.00 | 0.2 | $46.15 | $230.75 | Finalize Reply ISO of Motion to Dismiss. |
| 8/12/2022 | Mackey, Marian R. | $350.00 | 1 | $204.75 | $204.75 | Insert cites in Reply to Motion to Dismiss and send redline changes to A. Gorton for review. |

| Date | TKPR Name | Standard Rate | Bl Hrs | Billed Amt | Billed Rate | Narrative |
|---|---|---|---|---|---|---|
| 8/24/2022 | Hershberger, Amy L. | $310.00 | 0.1 | $9.40 | $94.00 | Assist with reviewing pleadings filed to date regarding corporate disclosures filed and prepare summary for A. Gorton. |
| 8/29/2022 | Goodwin, Nicole M. | $650.00 | 0.2 | $89.00 | $445.00 | Correspond with all counsel re. pretrial conference and scheduling in light of dispositive motions |
| 8/29/2022 | Gorton, Adrianna | $450.00 | 0.2 | $46.15 | $230.75 | Email to all counsel regarding proposed scheduling order and joint report. |
| 8/29/2022 | Gorton, Adrianna | $450.00 | 0.2 | $46.15 | $230.75 | Revise Joint Motion for Continuance of Trial Scheduling Conference. |
| 8/31/2022 | Gorton, Adrianna | $450.00 | 2.2 | $507.65 | $230.75 | Draft Motion to Dismiss. |
| 9/2/2022 | Goodwin, Nicole M. | $650.00 | 0.1 | $44.50 | $445.00 | Address court order regarding continuance |
| 3/29/2023 | Goodwin, Nicole M. | $690.00 | 0.3 | $136.50 | $455.00 | Review and analyze court ruling on motion to dismiss |
| 3/29/2023 | Goodwin, Nicole M. | $690.00 | 0.2 | $91.00 | $455.00 | Work on strategy regarding next steps in light of court ruling |
| 3/30/2023 | Gorton, Adrianna | $485.00 | 0.2 | $65.00 | $325.00 | Provide update to client regarding Order on Motion to Dismiss and next steps. |
| 4/5/2023 | Gorton, Adrianna | $485.00 | 0.8 | $260.00 | $325.00 | Review documents previously received from client. |
| 4/5/2023 | Gorton, Adrianna | $485.00 | 0.3 | $97.50 | $325.00 | Call with client regarding case strategy moving forward. |
| 4/5/2023 | Gorton, Adrianna | $485.00 | 0.1 | $32.50 | $325.00 | Call to opposing counsel regarding case status. |
| 4/11/2023 | Gorton, Adrianna | $485.00 | 0.2 | $65.00 | $325.00 | Revise Answer to Complaint. |
| 4/11/2023 | Gorton, Adrianna | $485.00 | 0.4 | $130.00 | $325.00 | Draft settlement offer to PLaintiff's counsel for potential resolution. |
| 4/11/2023 | Gorton, Adrianna | $485.00 | 0.2 | $65.00 | $325.00 | Call with Plaintiff's Counsel regarding matter and potential for resolution. |
| 4/12/2023 | Goodwin, Nicole M. | $690.00 | 0.2 | $91.00 | $455.00 | Review and address answer to complaint |
| 4/12/2023 | Gorton, Adrianna | $485.00 | 0.2 | $65.00 | $325.00 | Finalize and file Answer to Complaint. |
| 4/27/2023 | Gorton, Adrianna | $485.00 | 1.6 | $520.00 | $325.00 | Draft Joint Case Management Report. |
| 4/28/2023 | Gorton, Adrianna | $485.00 | 1.2 | $390.00 | $325.00 | Revise Joint Case Management Report. |
| 5/2/2023 | Gorton, Adrianna | $485.00 | 0.2 | $65.00 | $325.00 | Draft Initial Disclosure Statement. |
| 5/3/2023 | Gorton, Adrianna | $485.00 | 0.2 | $65.00 | $325.00 | Revise Initial Disclosure Statement. |
| 5/3/2023 | Gorton, Adrianna | $485.00 | 0.1 | $32.50 | $325.00 | Provide client with update and recommendation for case strategy moving forward. |
| 5/8/2023 | Goodwin, Nicole M. | $690.00 | 0.2 | $91.00 | $455.00 | Review and address scheduling order and pretrial hearing |
| 5/8/2023 | Gorton, Adrianna | $485.00 | 0.5 | $162.50 | $325.00 | Prepare for and participate in Pre-Trial Scheduling Conference. |
| 5/8/2023 | Gorton, Adrianna | $485.00 | 0.2 | $65.00 | $325.00 | Finalize initial disclosure statement. |
| 5/25/2023 | Gorton, Adrianna | $485.00 | 0.5 | $162.50 | $325.00 | Email to client with update on experts and Goodman law firm request. |
| 6/6/2023 | Gorton, Adrianna | $485.00 | 0.4 | $130.00 | $325.00 | Discussion with client regarding strategy moving forward. |
| 8/28/2023 | Gorton, Adrianna | $485.00 | 0.2 | $65.00 | $325.00 | Analysis of Interrogatories and Requests for Production from Plaintiff. |
| 9/7/2023 | Gorton, Adrianna | $485.00 | 0.5 | $162.50 | $325.00 | Draft case status update for client. |
| 9/8/2023 | Gorton, Adrianna | $485.00 | 0.4 | $130.00 | $325.00 | Prepare for and participate in call with client to discuss discovery requests and case strategy moving forward. |
| 9/8/2023 | Gorton, Adrianna | $485.00 | 0.1 | $32.50 | $325.00 | Call and voice mail to Plaintiff's counsel. |
| 9/15/2023 | Gorton, Adrianna | $485.00 | 0.2 | $65.00 | $325.00 | Draft and Send NOVD to to Plaintiff's Counsel. |
| 9/18/2023 | Gorton, Adrianna | $485.00 | 1.5 | $487.50 | $325.00 | Draft Responses to Plaintiff's Discovery Requests. |
| 9/21/2023 | Hershberger, Amy L. | $340.00 | 0.2 | $35.00 | $175.00 | Assist with preparing Chase's First Supplemental Disclosure Statement. |
| 9/21/2023 | Hershberger, Amy L. | $340.00 | 0.4 | $70.00 | $175.00 | Transmittal of potential documents for production to client for review. |
| 9/21/2023 | Hershberger, Amy L. | $340.00 | 1.9 | $332.50 | $175.00 | Review and prepare documents for production. |
| 9/21/2023 | Gorton, Adrianna | $485.00 | 0.5 | $162.50 | $325.00 | Review of documents for production. |
| 9/21/2023 | Gorton, Adrianna | $485.00 | 0.6 | $195.00 | $325.00 | Review of EO file for attorney-client privilege. |
| 9/22/2023 | Hershberger, Amy L. | $340.00 | 0.2 | $35.00 | $175.00 | Transmittal of potential documents for production to client for review through Chase Secure Portal. |
| 9/22/2023 | Hershberger, Amy L. | $340.00 | 0.2 | $35.00 | $175.00 | Prepare verification to Chase's Responses and Objections to Plaintiff's First Set of Interrogatories. |
| 9/22/2023 | Gorton, Adrianna | $485.00 | 0.8 | $260.00 | $325.00 | Review and finalize documents for production. |
| 9/22/2023 | Gorton, Adrianna | $485.00 | 0.3 | $97.50 | $325.00 | Communications with opposing counsel and defense counsel on deposition scheduling. |
| 9/23/2023 | Hershberger, Amy L. | $340.00 | 0.3 | $52.50 | $175.00 | Continue to prepare Chase's First Supplemental Disclosure Statement. |
| 9/23/2023 | Hershberger, Amy L. | $340.00 | 0.4 | $70.00 | $175.00 | Continue to prepare documents for production. |
| 9/24/2023 | Hershberger, Amy L. | $340.00 | 0.8 | $140.00 | $175.00 | Continue to prepare Chase's First Supplemental Disclosure Statement and revise Responses to Interrogatories and Requests for Production regarding bates ranges of documents to be produced. |
| 9/25/2023 | Gorton, Adrianna | $485.00 | 0.2 | $65.00 | $325.00 | Finalize discovery responses and send same to client. |
| 9/27/2023 | Hershberger, Amy L. | $340.00 | 1.1 | $192.50 | $175.00 | Assist with revising, finalizing and transmitting Chase's Responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents, Chase's First Supplemental Disclosure Statement, and documents produced. |
| 9/27/2023 | Gorton, Adrianna | $485.00 | 0.2 | $65.00 | $325.00 | Finalize discovery responses. |
| 9/29/2023 | Hershberger, Amy L. | $340.00 | 0.4 | $70.00 | $175.00 | Assist with downloading, reviewing, and organizing documents produced by Plaintiff. |
| 9/29/2023 | Hershberger, Amy L. | $340.00 | 0.2 | $35.00 | $175.00 | Assist with downloading, reviewing, and organizing documents produced by Defendant Goodman. |
| 9/29/2023 | Gorton, Adrianna | $485.00 | 0.2 | $65.00 | $325.00 | Communications with opposing counsel regarding discovery requests and extension of time. |
| 9/29/2023 | Gorton, Adrianna | $485.00 | 0.2 | $65.00 | $325.00 | Review of Goodman Law's supplemental disclosure statement and requests to Plaintiff. |
| 9/29/2023 | Gorton, Adrianna | $485.00 | 0.5 | $162.50 | $325.00 | Initial review of documents provided by Goodman Law. |
| 10/5/2023 | Gorton, Adrianna | $485.00 | 0.2 | $65.00 | $325.00 | Analysis of current case status and strategy moving forward. |
| 10/6/2023 | Gorton, Adrianna | $485.00 | 0.9 | $292.50 | $325.00 | Analysis of discovery responses and documents produced by Defendant Goodman. |
| 10/13/2023 | Gorton, Adrianna | $485.00 | 0.1 | $32.50 | $325.00 | Communications with opposing counsel regarding discovery responses and deposition. |
| 10/14/2023 | Hershberger, Amy L. | $340.00 | 0.8 | $140.00 | $175.00 | Review documents produced by Plaintiff and create production log. |

| Date | TKPR Name | Standard Rate | Bl Hrs | Billed Amt | Billed Rate | Narrative |
|---|---|---|---|---|---|---|
| 10/14/2023 | Hershberger, Amy L. | $340.00 | 1 | $175.00 | $175.00 | Review documents produced by Defendant Goodman and update production log. |
| 10/14/2023 | Hershberger, Amy L. | $340.00 | 0.3 | $52.50 | $175.00 | Review and organize documents produced by Plaintiff with their Responses to Chase's Requests for Production of Documents. |
| 10/15/2023 | Hershberger, Amy L. | $340.00 | 0.2 | $35.00 | $175.00 | Communicate with client and transmittal of documents produced by Plaintiff (HUFFMAN-000090-HUFFMAN-000201). |
| 10/15/2023 | Hershberger, Amy L. | $340.00 | 0.3 | $52.50 | $175.00 | Communicate with client and transmittal of Plaintiff's Responses to Chase's Requests for Production and Interrogatories and documents produced (HUFFMAN-000202-HUFFMAN-000212). |
| 10/15/2023 | Hershberger, Amy L. | $340.00 | 0.6 | $105.00 | $175.00 | Continue to review documents produced by Defendant Goodman and update production log. |
| 10/15/2023 | Hershberger, Amy L. | $340.00 | 1 | $175.00 | $175.00 | Continue to review documents produced by plaintiff and update production log. |
| 10/15/2023 | Gorton, Adrianna | $485.00 | 0.1 | $32.50 | $325.00 | Communications to defense counsel regarding production of documents. |
| 10/15/2023 | Gorton, Adrianna | $485.00 | 0.3 | $97.50 | $325.00 | Analysis of Plaintiff's Discovery responses and documents produced. |
| 10/16/2023 | Hershberger, Amy L. | $340.00 | 0.3 | $52.50 | $175.00 | Continue to review documents produced by Plaintiff and updating production log. |
| 10/16/2023 | Hershberger, Amy L. | $340.00 | 0.2 | $35.00 | $175.00 | Communicate with client and transmittal of documents produced by Plaintiff (HUFFMAN-000001-HUFFMAN-000089). |
| 10/18/2023 | Hershberger, Amy L. | $340.00 | 0.2 | $35.00 | $175.00 | Review documents produced by Defendant Chase and create production log. |
| 10/18/2023 | Hershberger, Amy L. | $340.00 | 0.4 | $70.00 | $175.00 | Continue to review documents produced by plaintiff and update production log. |
| 10/18/2023 | Hershberger, Amy L. | $340.00 | 0.7 | $122.50 | $175.00 | Continue to review documents produced by Defendant Goodman and update production log. |
| 10/19/2023 | Hershberger, Amy L. | $340.00 | 0.4 | $70.00 | $175.00 | Review Plaintiff's Second Initial Disclosure Statement and documents produced. |
| 10/20/2023 | Hershberger, Amy L. | $340.00 | 0.3 | $52.50 | $175.00 | Review Defendant Goodman's Second Supplemental Disclosure, Expert Report, and documents produced (GL000323-395) and update production log. |
| 10/20/2023 | Goodwin, Nicole M. | $690.00 | 0.2 | $91.00 | $455.00 | Correspond with court and all counsel regarding request for settlement conference |
| 10/21/2023 | Hershberger, Amy L. | $340.00 | 2 | $350.00 | $175.00 | Review case documents and create timeline. |
| 10/21/2023 | Hershberger, Amy L. | $340.00 | 0.6 | $105.00 | $175.00 | Continue to review documents produced to date and update production log. |
| 10/24/2023 | Gorton, Adrianna | $485.00 | 2.3 | $747.50 | $325.00 | Preparation for Plaintiff's Deposition. |
| 10/25/2023 | Hershberger, Amy L. | $340.00 | 1.1 | $192.50 | $175.00 | Assist with gathering and preparing potential deposition exhibits for Plaintiff's upcoming deposition. |
| 10/25/2023 | Gorton, Adrianna | $485.00 | 1.7 | $552.50 | $325.00 | Prep for deposition of B. Huffman. |
| 10/26/2023 | Hershberger, Amy L. | $340.00 | 0.9 | $157.50 | $175.00 | Assist with preparing potential deposition exhibits for Plaintiff's upcoming deposition. |
| 10/26/2023 | Gorton, Adrianna | $485.00 | 3.5 | $1,137.50 | $325.00 | Preparation for Huffman Deposition. |
| 10/27/2023 | Hershberger, Amy L. | $340.00 | 0.5 | $87.50 | $175.00 | Assist with preparations for Huffman deposition. |
| 10/27/2023 | Gorton, Adrianna | $485.00 | 6.5 | $2,112.50 | $325.00 | Prepare for and participate in deposition of B. Huffman. |
| 11/2/2023 | Gorton, Adrianna | $485.00 | 0.5 | $162.50 | $325.00 | Prepare for and participate in call with client to discuss next steps and strategy moving forward. |
| 11/2/2023 | Gorton, Adrianna | $485.00 | 0.2 | $65.00 | $325.00 | Communications with opposing counsel regarding scheduling of settlement conference. |
| 11/9/2023 | Hershberger, Amy L. | $340.00 | 0.2 | $35.00 | $175.00 | Communications with court reporter regarding client name for deposition transcript of Huffman. |
| 11/13/2023 | Gorton, Adrianna | $485.00 | 0.2 | $65.00 | $325.00 | Analysis of discovery responses received from Plaintiff. |
| 11/15/2023 | Hershberger, Amy L. | $340.00 | 1.3 | $227.50 | $175.00 | Review deposition transcript and exhibits for B. Huffman, update exhibit index, and update witness file. |
| 12/4/2023 | Gorton, Adrianna | $485.00 | 0.4 | $130.00 | $325.00 | Revise Mediation Memo. |
| 12/5/2023 | Hershberger, Amy L. | $340.00 | 2 | $350.00 | $175.00 | Assist with gathering and preparing exhibits and revising Chase's confidential settlement conference memorandum for exhibit citations. |
| 12/5/2023 | Gorton, Adrianna | $485.00 | 1.2 | $390.00 | $325.00 | Revise mediation memorandum. |
| 12/6/2023 | Hershberger, Amy L. | $340.00 | 0.4 | $70.00 | $175.00 | Prepare settlement conference binder for A. Gorton preparation for upcoming |
| 12/11/2023 | Goodwin, Nicole M. | $690.00 | 0.2 | $91.00 | $455.00 | Address mediation and preparation for same |
| 12/12/2023 | Gorton, Adrianna | $485.00 | 1.2 | $390.00 | $325.00 | Prepare for and participate in Settlement Conference. |
| 12/12/2023 | Gorton, Adrianna | $485.00 | 0.2 | $65.00 | $325.00 | Call with client regarding current case status. |
| 12/13/2023 | Gorton, Adrianna | $485.00 | 0.3 | $97.50 | $325.00 | Draft Stipulated Motion for Extension of Time to File Dispositive Motions and Proposed Order. |
| 12/14/2023 | Gorton, Adrianna | $485.00 | 1.8 | $585.00 | $325.00 | Draft Motion for Summary Judgment. |
| 12/18/2023 | Gorton, Adrianna | $485.00 | 1 | $325.00 | $325.00 | Draft Motion for Summary Judgment. |
| 12/22/2023 | Gorton, Adrianna | $485.00 | 1 | $325.00 | $325.00 | Draft Motion for Summary Judgment. |
| 12/29/2023 | Gorton, Adrianna | $485.00 | 0.2 | $65.00 | $325.00 | Review of Joint Motion to Extend Deadlines and email to opposing counsel re: the same. |
| 1/3/2024 | Gorton, Adrianna | $495.00 | 2.8 | $910.00 | $325.00 | Analysis of documents in preparation of Motion for Summary Judgment. |
| 1/17/2024 | Gorton, Adrianna | $495.00 | 1.7 | $552.50 | $325.00 | Revise Motion for Summary Judgment. |
| 1/18/2024 | Gorton, Adrianna | $495.00 | 3 | $975.00 | $325.00 | Draft Factual Background in support of Motion for Summary Judgment. |
| 1/19/2024 | Hershberger, Amy L. | $375.00 | 0.2 | $35.00 | $175.00 | Assist with preparing Statement of Facts in Support of Chase's Motion for Summary Judgment. |
| 1/19/2024 | Hershberger, Amy L. | $375.00 | 1.5 | $262.50 | $175.00 | Gather and prepare exhibits to Statement of Facts in Support of Chase's Motion for Summary Judgment. |

| Date | TKPR Name | Standard Rate | Bl Hrs | Billed Amt | Billed Rate | Narrative |
|---|---|---|---|---|---|---|
| 1/20/2024 | Hershberger, Amy L. | $375.00 | 0.1 | $17.50 | $175.00 | Continue to assist with preparing Statement of Facts in Support of Chase's Motion for Summary Judgment. |
| 1/20/2024 | Hershberger, Amy L. | $375.00 | 1.1 | $192.50 | $175.00 | Continue gathering, preparing, and redacting exhibits to Statement of Facts in Support of Chase's Motion for Summary Judgment. |
| 1/21/2024 | Hershberger, Amy L. | $375.00 | 1 | $175.00 | $175.00 | Continue to assist with preparing Statement of Facts in Support of Chase's Motion for Summary Judgment. |
| 1/22/2024 | Gorton, Adrianna | $495.00 | 1.7 | $552.50 | $325.00 | Revise Statement of Facts and Motion for Summary Judgment. |
| 1/26/2024 | Hershberger, Amy L. | $375.00 | 1.7 | $297.50 | $175.00 | Continue to prepare and finalize exhibits to Chase's Statement of Facts in Support of It's Motion for Summary Judgment. |
| 1/26/2024 | Hershberger, Amy L. | $375.00 | 1.2 | $210.00 | $175.00 | Revise and finalize Chase's Motion for Summary Judgment and Chase's Statement of Facts in Support of It's Motion for Summary Judgment. |
| 1/26/2024 | Goodwin, Nicole M. | $775.00 | 0.2 | $91.00 | $455.00 | Finalize motion for summary judgment |
| 1/26/2024 | Goodwin, Nicole M. | $775.00 | 0.3 | $136.50 | $455.00 | Review and address motion for summary judgment filed by co-defendant |
| 1/26/2024 | Gorton, Adrianna | $495.00 | 0.5 | $162.50 | $325.00 | Revise Motion for Summary Judgment and related filings. |
| 1/26/2024 | Gorton, Adrianna | $495.00 | 0.3 | $97.50 | $325.00 | Analysis of Motion for Summary Judgment filed by Goodman Law. |
| 2/16/2024 | Goodwin, Nicole M. | $775.00 | 0.2 | $91.00 | $455.00 | Correspond with all counsel regarding motion for summary judgment |
| 3/14/2024 | Goodwin, Nicole M. | $775.00 | 0.1 | $45.50 | $455.00 | Correspond with counsel regarding MSJ |
| 3/25/2024 | Goodwin, Nicole M. | $775.00 | 0.2 | $91.00 | $455.00 | Review and address motion for summary judgment |
| 3/26/2024 | Hershberger, Amy L. | $375.00 | 0.3 | $52.50 | $175.00 | Review Chase's Motion for Summary Judgment and Plaintiff's Response to Chase's Motion for Summary Judgment and prepare briefing eBinder. |
| 3/26/2024 | Hershberger, Amy L. | $375.00 | 1.3 | $227.50 | $175.00 | Review Plaintiff's Response to Chase's Motion for Summary Judgment and gather authorities cited. |
| 3/27/2024 | Hershberger, Amy L. | $375.00 | 0.3 | $52.50 | $175.00 | Continue to prepare briefing eBinder of Chase's Motion for Summary Judgment and Plaintiff's Response to Chase's Motion. |
| 3/28/2024 | Gorton, Adrianna | $495.00 | 1.1 | $357.50 | $325.00 | Analysis of Plaintiff's Response In Opposition to Motion for Summary Judgment. |
| 3/29/2024 | Gorton, Adrianna | $495.00 | 0.6 | $195.00 | $325.00 | Draft Response in Support of Motion for Summary Judgment. |
| 4/2/2024 | Hershberger, Amy L. | $375.00 | 0.2 | $35.00 | $175.00 | Review Plaintiff's Response in Opposition to Defendant Goodman's Motion for Summary Judgment, Separate Statement of Facts and Exhibits 1-4. |
| 4/3/2024 | Gorton, Adrianna | $495.00 | 3.9 | $1,267.50 | $325.00 | Draft Reply in support of Motion for Summary Judgment. |
| 4/9/2024 | Gorton, Adrianna | $495.00 | 0.8 | $260.00 | $325.00 | Draft Reply to Motion for Summary Judgment. |
| 4/10/2024 | Gorton, Adrianna | $495.00 | 1.8 | $585.00 | $325.00 | Analysis of validity of conversion claims against bank depositors. |
| 4/10/2024 | Gorton, Adrianna | $495.00 | 2.7 | $877.50 | $325.00 | Analysis of cases cited by plaintiff in support of unjust enrichment claim. |
| 4/11/2024 | Gorton, Adrianna | $495.00 | 1.7 | $552.50 | $325.00 | Analysis of cases upholding damage limitations clauses in Arizona and elsewhere. |
| 4/11/2024 | Gorton, Adrianna | $495.00 | 1.2 | $390.00 | $325.00 | Analysis of definition of "consequential"damages. |
| 4/11/2024 | Gorton, Adrianna | $495.00 | 2.4 | $780.00 | $325.00 | Draft Reply in support of Motion for Summary Judgment. |
| 4/15/2024 | Gorton, Adrianna | $495.00 | 1.8 | $585.00 | $325.00 | Revise Reply in support of Motion for Summary Judgment. |
| 4/16/2024 | Gorton, Adrianna | $495.00 | 2.3 | $747.50 | $325.00 | Revise Reply to Motion for Summary Judgment. |
| 4/16/2024 | Gorton, Adrianna | $495.00 | 0.2 | $65.00 | $325.00 | Communication with Plaintiff's counsel regarding settlement discussions. |
| 4/16/2024 | Hershberger, Amy L. | $375.00 | 1.1 | $192.50 | $175.00 | Assist with cite checking and revising Chase's Reply in Support of Its Motion for Summary Judgment. |
| 4/18/2024 | Gorton, Adrianna | $495.00 | 0.2 | $65.00 | $325.00 | Revise Reply in Support of Motion for Summary Judgment. |
| 4/23/2024 | Gorton, Adrianna | $495.00 | 0.3 | $97.50 | $325.00 | Revise and finalize Reply in support of Motion for Summary Judgment. |
| 4/23/2024 | Goodwin, Nicole M. | $775.00 | 0.5 | $227.50 | $455.00 | Draft and revise reply in support of motion for summary judgment |
| | | | 164 | $43,214.59 | | |

# EXHIBIT 2

| Date | TKPR Name | Cost Code | Billed Amt | Narrative |
|---|---|---|---|---|
| 11/13/2023 | Gorton, Adrianna | DEPO | $1,383.40 | VENDOR: Coash Court Reporting / Coash & Coash INVOICE#: 209165 DATE: 11/13/2023 Job # 2006089; 10/27/23; Case No. 2:22-cv-00903-JJT; Original & Complementary Copy of Transcript; Exhibits; Appearance Fee; Zoom Meeting Setup Fee and Delivery/Handling. |
| 11/22/2023 | Gorton, Adrianna | DEPO | $765.00 | VENDOR: Coash Court Reporting / Coash & Coash INVOICE#: 209215 DATE: 11/22/2023 Job # 2006089; 10/27/23; Case No. 2:22-cv-00903-JJT; Video Deposition; Appearance Only-No Video Ordered. |
| 12/6/2023 | Gorton, Adrianna | MESS | $44.00 | VENDOR: Advance Courier Services - ACH INVOICE#: 818602 DATE: 12/11/2023 Courier Service For Period Ending 12/11/23 |
| 1/29/2024 | Gorton, Adrianna | MESS | $44.00 | VENDOR 26690: Advance Courier Services - ACH; INVOICE#: 818610; DATE: 1/29/2024 - Advance Courier Services |
| | | | $2,236.40 | |