**GREENBERG TRAURIG, LLP**
ATTORNEYS AT LAW
SUITE 800
2375 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
(602) 445-8000

Nicole M. Goodwin, SBN 024593; nicole.goodwin@gtlaw.com
Adrianna Griego Gorton, SBN 031836, gortona@gtlaw.com
*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Bruce E. Huffman, | Case No. 2:22-cv-00903-JJT |
|---|---|
| Plaintiff, | **[PROPOSED] JUDGMENT AWARDING ATTORNEYS' FEES AND COSTS** |
| v. | |
| JPMorgan Chase Bank, N.A.; Goodman Holmgren Law Group, LLP; and Magic Ranch Estates Homeowners' Association, | (Assigned to the Hon. John J. Tuchi) |
| Defendants. | |

This matter having come before the Court on Defendant JPMorgan Chase Bank, N.A.'s ("Chase") Application for Attorneys' Fees and Costs filed September 10, 2024, the Court having considered the Application, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. Granting Chase's Application for Attorneys' Fees and Costs against Plaintiff Bruce E. Huffman;

2. Awarding Chase its attorneys' fees in the amount of $43,214.59 and costs in the amount of $2,236.40; and

3. Awarding Chase post-judgment interest on the foregoing amount at the statutory rate of 4.12% per annum from the date of this Judgment until paid in full.

701790423

IT IS HEREBY ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, there is no just reason for delay and the Court directs the entry of final judgment in favor of Chase and against Plaintiff.

DATED this ___ day of _____, 2024.

_____
Honorable John J. Tuchi
United States District Court Judge

2