Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bruce E. Huffman,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JP Morgan Chase Bank, N.A.; Goodman Holmgren Law Group, LLP, and; Magic Ranch Estates Homeowners' Association,<br><br>　　　　　　　Defendants. | Case No.: 2:22-cv-00903-PHX-JJT<br><br>**NOTICE OF APPEAL**<br><br>(Assigned to the Honorable John J. Tuchi) |

Through counsel undersigned and pursuant to Rule 3 of the Federal Rules of Appellate Procedure, Plaintiff Bruce E. Huffman hereby notifies the Court and the parties of his appeal of the Court's Order filed August 13, 2024, ECF No. 93, and of the corresponding Judgment in a Civil Case filed August 13, 2024, ECF No. 94, to the United States Court of Appeals for the Ninth Circuit.

///

///

///

///

///

///

**RESPECTFULLY SUBMITTED** this 12th day of September 2024.

                **MILLS + WOODS LAW, PLLC**

                By  */s/ Sean A. Woods*
                      Robert T. Mills
                      Sean A. Woods
                      5055 North 12th Street, Suite 101
                      Phoenix, AZ 85014
                      *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Nicole M. Goodwin
nicole.goodwin@gtlaw.com
mowent@gtlaw.com
Adrianna Griego Gorton
gortona@gtlaw.com
NEF@gtlaw.com
smithca@gtlaw.com
**GREENBERG TRAURIG, LLP**
2375 E Camelback Rd., Ste. 800
Phoenix, AZ 85016
*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

Donald Wilson, Jr.
dwj@bowwlaw.com
kaj@bowwlaw.com
sls@bowwlaw.com
Jathan P. McLaughlin
jpm@bowwlaw.com
ju@bowlaw.com
**BROENING OBERG WOODS & WILSON, P.C.**
2800 N Central Ave., Ste. 1600
Phoenix, AZ 85004
*Attorneys for Defendant Goodman Holmgren Law Group, LLP*

Tomio B. Narita
Tomio.Narita@wbd-us.com
rosana.klingerman@wbd-us.com
**SIMMONDS & NARITA, LLP**
50 California St., Ste. 1500
San Francisco, CA 94111
*Attorneys for Defendant Goodman Holmgren Law Group, LLP*

        /s/ Ben Dangerfield