Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bruce E. Huffman,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JP Morgan Chase Bank, N.A.; Goodman Holmgren Law Group, LLP, and; Magic Ranch Estates Homeowners' Association,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-00903-PHX-JJT<br><br>**REPRESENTATION STATEMENT**<br><br>(Assigned to the Honorable John J. Tuchi) |

Through counsel undersigned and pursuant to Ninth Circuit Rule 3-2(b), Plaintiff/Appellant Bruce E. Huffman hereby identifies the parties to the action and the contact information of their respective counsel as follows:

**Plaintiff/Appellant Bruce E. Huffman**
Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW, PLLC
5055 N 12th Street, Ste. 101
Phoenix, AZ 85014
(480) 999-4556
rmills@millsandwoods.com
swoods@millsandwoods.com

**Defendant/Appellee JPMorgan Chase Bank, N.A.**
Nicole M. Goodwin
Adrianna Griego Gorton
GREENBERG TRAURIG, LLP
2371 E Camelback Rd., Ste. 800

Phoenix, AZ 85016
(602) 445-8000
goodwinn@gtlaw.com
gortona@gtlaw.com

**Defendant/Appellee Goodman Law Group, LLP**
Donald Wilson, Jr.
Jathan P. McLaughlin
BROENING OBERG WOODS & WILSON, P.C.
2800 N Central Ave., Ste. 1600
Phoenix, AZ 85004
(602) 271-7700
dwj@bowwlaw.com
jpm@bowwlaw.com

Tomio B. Narita
SIMMONDS & NARITA, LLP
50 California St., Ste. 1500
San Francisco, CA 94111
(415) 283-1000
tnarita@snllp.com

**RESPECTFULLY SUBMITTED** this 12th day of September 2024.

        **MILLS + WOODS LAW, PLLC**

By   */s/ Sean A. Woods*
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014
    *Attorneys for Plaintiff*

2

# CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Nicole M. Goodwin
nicole.goodwin@gtlaw.com
mowent@gtlaw.com
Adrianna Griego Gorton
gortona@gtlaw.com
NEF@gtlaw.com
smithca@gtlaw.com
**GREENBERG TRAURIG, LLP**
2375 E Camelback Rd., Ste. 800
Phoenix, AZ 85016
*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

Donald Wilson, Jr.
dwj@bowwlaw.com
kaj@bowwlaw.com
sls@bowwlaw.com
Jathan P. McLaughlin
jpm@bowwlaw.com
ju@bowlaw.com
**BROENING OBERG WOODS & WILSON, P.C.**
2800 N Central Ave., Ste. 1600
Phoenix, AZ 85004
*Attorneys for Defendant Goodman Holmgren Law Group, LLP*

Tomio B. Narita
Tomio.Narita@wbd-us.com
rosana.klingerman@wbd-us.com
**SIMMONDS & NARITA, LLP**
50 California St., Ste. 1500
San Francisco, CA 94111
*Attorneys for Defendant Goodman Holmgren Law Group, LLP*

   /s/ Ben Dangerfield