Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bruce E. Huffman, | Case No.: 2:22-cv-00903-PHX-JJT |
| Plaintiff, | |
| vs. | **STIPULTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT JPMORGAN CHASE BANK, N.A.'S APPLICATION FOR ATTORNEYS' FEES AND COSTS** |
| JP Morgan Chase Bank, N.A.; Goodman Holmgren Law Group, LLP, and; Magic Ranch Estates Homeowners' Association, | |
| Defendants. | (First Request) |
| | (Assigned to the Honorable John J. Tuchi) |

Through counsel undersigned and pursuant to Local Rule of Civil Procedure 7.3, Plaintiff Bruce E. Huffman ("Plaintiff") and Defendant JP Morgan Chase Bank, N.A. ("Defendant Chase") hereby stipulate and agree to extend the time within which Plaintiff may file his Response to "Defendant JPMorgan Chase Bank, N.A.'s Application for Attorneys' Fees and Costs," ECF No. 98, until no later than October 4, 2024. Plaintiff requires additional time to prepare his Response due to the occurrence over the past week of a multitude of deadlines in other matters Plaintiffs' counsel is responsible for. This Stipulation is entered into in good faith and not for purposes of delay.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**RESPECTFULLY SUBMITTED** this 24th day of September 2024.

**MILLS + WOODS LAW, PLLC**

By___*/s/ Sean A. Woods*_____
     Robert T. Mills
     Sean A. Woods
     5055 North 12th Street, Suite 101
     Phoenix, AZ 85014
     *Attorneys for Plaintiff*

**GREENBERG TRAURIG, LLP**

By___*/s/ Nicole M. Goodwin (w/ permission)*___
     Nicole M. Goodwin
     Adrianna Griego Gorton
     2375 E Camelback Rd., Ste. 800
     Phoenix, AZ 85016
     *Attorneys for Defendant JPMorgan Chase Bank, N.A.*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Nicole M. Goodwin
nicole.goodwin@gtlaw.com
mowent@gtlaw.com
Adrianna Griego Gorton
gortona@gtlaw.com
NEF@gtlaw.com
smithca@gtlaw.com
**GREENBERG TRAURIG, LLP**
2375 E Camelback Rd., Ste. 800
Phoenix, AZ 85016
*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

Donald Wilson, Jr.
dwj@bowwlaw.com
kaj@bowwlaw.com
sls@bowwlaw.com
Jathan P. McLaughlin
jpm@bowwlaw.com
ju@bowlaw.com
vll@bowwlaw.com
**BROENING OBERG WOODS & WILSON, P.C.**
2800 N Central Ave., Ste. 1600
Phoenix, AZ 85004
*Attorneys for Defendant Goodman Holmgren Law Group, LLP*

Tomio B. Narita
Tomio.Narita@wbd-us.com
rosana.klingerman@wbd-us.com
**SIMMONDS & NARITA, LLP**
50 California St., Ste. 1500
San Francisco, CA 94111
*Attorneys for Defendant Goodman Holmgren Law Group, LLP*


_____/s/ Ben Dangerfield_____