IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bruce E. Huffman,<br><br>Plaintiff,<br><br>vs.<br><br>JP Morgan Chase Bank, N.A.; Goodman Holmgren Law Group, LLP, and; Magic Ranch Estates Homeowners' Association,<br><br>Defendants. | Case No.: 2:22-cv-00903-PHX-JJT<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT JPMORGAN CHASE BANK, N.A.'S APPLICATION FOR ATTORNEYS' FEES AND COSTS**<br><br>(Assigned to the Honorable John J. Tuchi) |

THE COURT, having received and reviewed the "Stipulation to Extend Time for Plaintiff to Respond to Defendant JPMorgan Chase Bank, N.A.'s Application for Attorneys' Fees and Costs" (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** that Plaintiff shall have until no later than October 4, 2024 to file his Response to "Defendant JPMorgan Chase bank, N.A.'s Application for Attorneys' Fees and Costs," ECF No. 98.