IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bruce E. Huffman, | No. CV-22-00903-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| JP Morgan Chase Bank, NA, *et al.*, | |
| Defendants. | |

At issue is the parties' Stipulation to Extend Time for Plaintiff to Respond to Defendant JPMorgan Chase Bank, N.A.'s Application for Attorneys' Fees and Costs (First Request) (Doc. 101) filed by Plaintiff and Defendant JPMorgan Chase Bank, N.A. Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation to Extend Time for Plaintiff to Respond to Defendant JPMorgan Chase Bank, N.A.'s Application for Attorneys' Fees and Costs (First Request) (Doc. 101).

**IT IS FURTHER ORDERED** that Plaintiff shall have until no later than **October 4, 2024** to file his Response to Defendant JPMorgan Chase Bank, N.A.'s Application for Attorneys' Fees and Costs (Doc. 98).

Dated this 24th day of September, 2024.

Honorable John J. Tuchi
United States District Judge