**GREENBERG TRAURIG, LLP**
ATTORNEYS AT LAW
SUITE 800
2375 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
(602) 445-8000

Nicole M. Goodwin, SBN 024593; goodwinn@gtlaw.com
Adrianna Griego Gorton, SBN 031836, gortona@gtlaw.com
*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bruce E. Huffman,<br><br>  Plaintiff,<br><br>v.<br><br>JPMorgan Chase Bank, N.A.; Goodman Holmgren Law Group, LLP; and Magic Ranch Estates Homeowners' Association,<br><br>  Defendants. | Case No. 2:22-cv-00903-JJT<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO FILE ITS REPLY IN SUPPORT OF ITS APPLICATION FOR ATTORNEYS' FEES AND COSTS (DOC. 98)**<br><br>(Assigned to the Hon. John J. Tuchi)<br><br>**(First Request)** |

Plaintiff Bruce E. Huffman ("Huffman") and Defendant JPMorgan Chase Bank, N.A. ("Chase") (collectively, the "Parties") jointly move the Court for an extension of time for Chase to file its reply in support of its Application for Attorneys' Fees and Costs (Doc. 98).

Chase's reply is currently due on October 11, 2024. The parties request that the Court grant Chase a one-week extension, through and including October 18, 2024, to file its reply in support of its Application for Attorneys' Fees and Costs. Chase requires additional time to prepare its Reply due to varying scheduling conflicts and deadlines in other matters. This Stipulation is entered into in good faith and not for the purpose of delay.

A proposed form of Order is lodged herewith.

DATED this 11th day of October, 2024.

| MILLS + WOODS LAW, PLLC | GREENBERG TRAURIG, LLP |
|---|---|
| By: */s/ Robert T. Mills (with permission)*<br>    Robert T. Mills<br>    Sean A. Woods<br>    *Attorneys for Plaintiff* | By: */s/ Adrianna Griego Gorton*<br>    Nicole M. Goodwin<br>    Adrianna Griego Gorton<br>    *Attorneys for Defendant JPMorgan Chase Bank, N.A.* |