UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bruce E. Huffman,<br><br>    Plaintiff,<br><br>v.<br><br>JPMorgan Chase Bank, N.A.; Goodman Holmgren Law Group, LLP; and Magic Ranch Estates Homeowners' Association,<br><br>    Defendants. | Case No. 2:22-cv-00903-JJT<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO FILE ITS APPLICATION FOR ATTORNEYS' FEES AND COSTS**<br><br>(Assigned to the Hon. John J. Tuchi) |

Pursuant to the Stipulated Motion for Extension of Time for Defendant JPMorgan Chase Bank, N.A. to File Its Application for Attorneys' Fees and Costs (the "Stipulated Motion"), and good cause appearing therefor,

IT IS ORDERED granting the Stipulated Motion.

IT IS FURTHER ORDERED that Defendant JPMorgan Chase Bank, N.A. shall have through and including September 10, 2024 to file its Application for Attorneys' Fees and Costs.

ACTIVE 701414476v1