# EXHIBIT 1

**GREENBERG TRAURIG, LLP**
ATTORNEYS AT LAW
SUITE 800
2375 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
(602) 445-8000

Nicole M. Goodwin, SBN 024593; nicole.goodwin@gtlaw.com
Adrianna Griego Gorton, SBN 031836, gortona@gtlaw.com
*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bruce E. Huffman, | Case No. 2:22-cv-00903-JJT |
| Plaintiff, | **DECLARATION OF NICOLE M. GOODWIN** |
| v. | |
| JPMorgan Chase Bank, N.A.; Goodman Holmgren Law Group, LLP; and Magic Ranch Estates Homeowners' Association, | (Assigned to the Hon. John J. Tuchi) |
| Defendants. | |

STATE OF ARIZONA           )
                                          ) ss.
County of Maricopa          )

I, Nicole M. Goodwin, being duly sworn, upon my oath, depose and state as follows:

1.     I am a litigation shareholder at Greenberg Traurig, LLP ("GT") and have personal knowledge regarding the matters stated in this Declaration.

2.     I served as lead counsel for Defendant JPMorgan Chase Bank, N.A. in the above-entitled litigation.

3.     My declaration in Support of Chase's Attorneys' Fees and Costs is incorporated herein.

703225705

LAW OFFICES
**GREENBERG TRAURIG**
2375 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 445-8000

4. Attached to this declaration as **Exhibit A** is a description of all time recorded by lawyers at GT on behalf of Chase in this matter in relation to preparing and drafting the Application for Attorneys' Fees and Costs filed in this matter on September 10, 2024 (Doc. No. 98). This detailed description of time contains the name of the lawyers and paralegals working on the litigation, the amount of time expended measured in tenths of an hour, a brief description of the work performed, and the date the work was performed. Fees related to Plaintiff's Notice of Appeal and issues related to the potential appeal have been excluded.

5. Chase has paid or agreed to pay the total charges for the itemized services set forth in **Exhibit A**, attached hereto, pursuant to the overarching fee agreement between Chase and GT, which is not specific to this litigation.

6. Chase incurred $43,214.59 in fees for legal services rendered and an additional $7,974.50 in preparing the Application for Attorneys' Fees and Costs. *See* **Exhibit A**; *see also* Doc. No 98-1, Exhibit 1.

7. I believe that the services set forth in **Exhibit A** were actually, reasonably, and necessarily incurred.

8. Attached to this declaration as **Exhibit B** is a true and correct copy of the invoice for costs incurred by Chase in this matter.

9. I declare under penalty of perjury that the foregoing statements, and attached Exhibits, are true and correct to the best of my knowledge, information, and belief.

Dated this 18 day of October 2024.

/s/  Nicole M. Goodwin

2

703225705

# EXHIBIT A

| Date | TKPR Name | Standard Rate | Bl Hrs | Billed Amt | Billed Rate | Narrative |
|---|---|---|---|---|---|---|
| 8/12/2024 | Goodwin, Nicole M. | $775.00 | 0.2 | $91.00 | $455.00 | Review and address court order and fee issues |
| 8/13/2024 | Gorton, Adrianna | $495.00 | 0.2 | $65.00 | $325.00 | Analysis of Court's order granting Chase's Motion for Summary Judgment. |
| 8/13/2024 | Gorton, Adrianna | $495.00 | 0.1 | $32.50 | $325.00 | Email to Plaintiff's counsel regarding Application for Attorneys' Fees and Costs. |
| 8/16/2024 | Gorton, Adrianna | $495.00 | 0.2 | $65.00 | $325.00 | Call with Plaintiff's counsel regarding application for attorneys' fees. |
| 8/22/2024 | Gorton, Adrianna | $495.00 | 0.1 | $32.50 | $325.00 | Follow up to Plaintiff's counsel regarding offer on attorneys' fees. |
| 8/26/2024 | Hershberger, Amy L. | $375.00 | 0.4 | $70.00 | $175.00 | Prepare chart of fees and costs for exhibit to Declaration in Support of Application for Fees and Costs. |
| 8/26/2024 | Gorton, Adrianna | $495.00 | 0.2 | $65.00 | $325.00 | Communications with client regarding extension of time to file application for attorneys' fees and costs and settlement offer. |
| 8/26/2024 | Gorton, Adrianna | $495.00 | 0.2 | $65.00 | $325.00 | Draft Stipulation and Proposed Order for Extension of Time to File Application for Attorneys' Fees and Costs. |
| 8/26/2024 | Gorton, Adrianna | $495.00 | 1.3 | $422.50 | $325.00 | Initial review of fees and costs in anticipation of Application for Attorneys' Fees and Costs. |
| 8/26/2024 | Gorton, Adrianna | $495.00 | 0.2 | $65.00 | $325.00 | Initial draft of Application for Attorneys' Fees and Costs. |
| 8/26/2024 | Gorton, Adrianna | $495.00 | 0.2 | $65.00 | $325.00 | Communications with opposing counsel regarding settlement offer. |
| 8/27/2024 | Gorton, Adrianna | $495.00 | 0.1 | $32.50 | $325.00 | Email to client regarding extension of time to file application for attorneys' fees and costs. |
| 8/30/2024 | Gorton, Adrianna | $495.00 | 0.1 | $32.50 | $325.00 | Email to counsel following up on settlement offer. |
| 9/3/2024 | Gorton, Adrianna | $495.00 | 0.2 | $65.00 | $325.00 | Email communications with Plaintiff's counsel discussion potential settlement. |
| 9/6/2024 | Gorton, Adrianna | $495.00 | 0.2 | $65.00 | $325.00 | Communications with Plaintiff's counsel regarding application for attorneys' fees and appeal. |
| 9/6/2024 | Gorton, Adrianna | $495.00 | 0.2 | $65.00 | $325.00 | Communication with client regarding settlement discussions with Plaintiff and application for attorneys' fees and costs. |
| 9/6/2024 | Gorton, Adrianna | $495.00 | 1 | $325.00 | $325.00 | Analysis of fees and costs for application for attorneys' fees. |
| 9/6/2024 | Gorton, Adrianna | $495.00 | 1.7 | $552.50 | $325.00 | Analysis of case law on matters arising out of contract when a breach of contract claim has not been asserted by Plaintiff. |
| 9/6/2024 | Gorton, Adrianna | $495.00 | 2.4 | $780.00 | $325.00 | Draft application for attorneys' fees and costs. |
| 9/6/2024 | Goodwin, Nicole M. | $775.00 | 0.2 | $91.00 | $455.00 | Address fee application and strategy regarding same |
| 9/9/2024 | Hershberger, Amy L. | $375.00 | 1.4 | $245.00 | $175.00 | Assist with revising draft Application for Fees and Costs, Declaration of N. Goodwin in Support of Application, and preparing exhibits to declaration. |
| 9/9/2024 | Gorton, Adrianna | $495.00 | 2.5 | $812.50 | $325.00 | Revise application for attorneys' fees and costs, exhibits and declaration. |
| 9/10/2024 | Gorton, Adrianna | $495.00 | 0.8 | $260.00 | $325.00 | Finalize Application for Attorneys' Fees and Costs and exhibits for filing. |
| 9/10/2024 | Gorton, Adrianna | $495.00 | 0.5 | $162.50 | $325.00 | Draft proposed Form of Judgment. |
| 9/24/2024 | Goodwin, Nicole M. | $775.00 | 0.1 | $45.50 | $455.00 | Correspond with opposing counsel regarding attorneys' fees response |
| 10/4/2024 | Gorton, Adrianna | $495.00 | 0.3 | $97.50 | $325.00 | Analysis of Plaintiff's Response to Application for Attorneys' Fees and Costs. |
| 10/4/2024 | Gorton, Adrianna | $495.00 | 0.2 | $91.00 | $325.00 | Update to client with analysis's of Plaintiff's Response to Application for Fees and Costs and recommendation. |
| 10/7/2024 | Gorton, Adrianna | $495.00 | 0.1 | $45.50 | $325.00 | Correspond with opposing counsel regarding attorneys' fees response |
| 10/7/2024 | Gorton, Adrianna | $495.00 | 1.2 | $390.00 | $325.00 | Analysis of arguments and citations in Plaintiff's Response to Application for Attorneys' Fees and Costs. |
| 10/7/2024 | Gorton, Adrianna | $495.00 | 3.1 | $1,007.50 | $325.00 | Draft Reply in support of Application for Attorneys' Fees and Costs. |
| 10/8/2024 | Goodwin, Nicole M. | $775.00 | 0.4 | $182.00 | $455.00 | Review and analyze fee application response and draft reply, work on same |
| 10/8/2024 | Gorton, Adrianna | $495.00 | 1.2 | $390.00 | $325.00 | Revise reply in support of fee application. |
| 10/10/2024 | Gorton, Adrianna | $495.00 | 0.2 | $65.00 | $325.00 | Revise reply in support of Application for Fees and Costs. |
| 10/10/2024 | Gorton, Adrianna | $495.00 | 0.1 | $32.50 | $325.00 | Analysis of parameters of Rule 408 in realtion to an award of attorneys' fees and costs. |
| 10/10/2024 | Gorton, Adrianna | $495.00 | 0.2 | $65.00 | $325.00 | Communication with client regaridng reply in support of attorneys' fees and costs. |
| 10/15/2024 | Gorton, Adrianna | $495.00 | 0.5 | $162.50 | $325.00 | Continued analysis of ability to use settlement discussion in determing award of attorneys' fees at client's request. |
| 10/18/2024 | Goodwin, Nicole M. | $775.00 | 0.2 | $91.00 | $455.00 | Draft and revise reply in support of fee application, work on supporting declaration |
| 10/18/2024 | Gorton, Adrianna | $495.00 | 0.5 | $162.50 | $325.00 | Draft revised declaration of N. Goodwin. |
| 10/18/2024 | Gorton, Adrianna | $495.00 | 0.1 | $32.50 | $325.00 | Revise and Finalize Reply in Support of Application for Attorneys' Fees and Costs. |

| Date | TKPR Name | Standard Rate | Bl Hrs | Billed Amt | Billed Rate | Narrative |
|---|---|---|---|---|---|---|
| 10/18/2024 | Gorton, Adrianna | $495.00 | 1 | $325.00 | $325.00 | Work on preparing schedule of additional fees. |
| 10/18/2024 | Hershberger, Amy L. | $375.00 | 0.7 | $122.50 | $175.00 | Prepare updated chart of fees and costs for exhibit to to N. Goodwin Declaration in Support of Reply to Application for Fees and Costs. |
| 10/18/2024 | Hershberger, Amy L. | $375.00 | 0.8 | $140.00 | $175.00 | Assist with revising and finalizing Chase's Reply in Support of Application for Fees and Costs and exhibits. |
| | | | 25.5 | $7,974.50 | | |

# EXHIBIT B

**Coash Court Reporting & Video LLC**
1802 N. 7th Street
Phoenix, AZ 85006
Phone: 602-258-1440
Fax: 602-258-2062



Greenberg Traurig, LLP - Phoenix
Adrianna Gorton
2375 E. Camelback Road, Suite 800
Phoenix, AZ 85016

## Invoice #209165

| Date | Terms |
|---|---|
| 11/13/2023 | Net 30 |

**Job #2006089 on 10/27/2023**

**Case:** Bruce E. Huffman vs. JPMorgan Chase Bank
**Case No.#:** 2:22-cv-00903-JJT

| Description | Amount |
|---|---|
| **Bruce Everett Huffman** | |
| Original & Complimentary Copy of Transcript | $ 949.40 |
| Exhibits B&W | $ 54.00 |
| Appearance Fee | $ 250.00 |
| Electronic Transcript Package | $ 50.00 |
| Zoom Meeting Setup Fee | $ 50.00 |
| Delivery/Handling of Original Transcript | $ 30.00 |
| | $ 1,383.40 |

| | |
|---|---|
| Amount Due: | $ 1,383.40 |
| Paid: | $ 0.00 |

**\*\*Please note that effective January 1, 2023, all payments should be made out to Coash Court Reporting & Video LLC with TIN #** $^{REDACTED}$ **5767\*\***

| Balance Due: | $ 1,383.40 |
|---|---|
| Payment Due: | 12/13/2023 |

**\*\*Delivery/Shipping charge for the return of the original only\*\***

**TERMS:** Payment in full is due upon receipt. 1.5% interest per month on unpaid balance after 60 days.

**Coash Court Reporting & Video LLC**
**1802 N. 7th Street**
**Phoenix, AZ  85006**
**602-258-1440**
**Tax ID** $^{REDACTED}$ **5767**