# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Bruce E Huffman,

    Plaintiff,

v.

JP Morgan Chase Bank, NA, et al.,

    Defendants.

No. CV-22-00903-PHX-JJT

JUDGMENT ON TAXATION OF COSTS

    Final Judgment having been entered; defendant, Goodman Law Group LLP, filed a Bill of Costs against plaintiff, Bruce E Huffman, on August 26, 2024, seeking the taxation of $720.10. No objection to the Bill of Costs has been filed. The matter has been reviewed and all taxable costs have been awarded.

    The costs are hereby taxed for the defendant and against the plaintiff in the amount of **$720.10**.

DATED this 25th day of October 2024

DEBRA D. LUCAS, CLERK

By: *Lenore R. Benoit*

    Lenore R. Benoit
    Chief Deputy Clerk