Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bruce E. Huffman,<br><br>  Plaintiff,<br><br>vs.<br><br>JP Morgan Chase Bank, N.A.; Goodman Holmgren Law Group, LLP, and; Magic Ranch Estates Homeowners' Association,<br><br>  Defendants. | Case No.: 2:22-cv-00903-PHX-JJT<br><br>**REPRESENTATION STATEMENT**<br><br>(Assigned to the Honorable John J. Tuchi) |

Through counsel undersigned and pursuant to Ninth Circuit Rule 3-2(b), Plaintiff/Appellant Bruce E. Huffman hereby identifies the parties to the action and the contact information of their respective counsel as follows:

**Plaintiff/Appellant Bruce E. Huffman**
Robert T. Mills
Sean A. Woods
Mills + Woods Law, PLLC
5055 N 12th Street, Ste. 101
Phoenix, AZ 85014
(480) 999-4556
rmills@millsandwoods.com
swoods@millsandwoods.com

**Defendant/Appellee JPMorgan Chase Bank, N.A.**
Nicole M. Goodwin
Adrianna Griego Gorton
Greenberg Traurig, LLP
2371 E Camelback Rd., Ste. 800

1 Phoenix, AZ 85016
2 (602) 445-8000
goodwinn@gtlaw.com
3 gortona@gtlaw.com

**RESPECTFULLY SUBMITTED** this 2nd day of December 2024.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

2

# CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Nicole M. Goodwin
nicole.goodwin@gtlaw.com
mowent@gtlaw.com
Adrianna Griego Gorton
gortona@gtlaw.com
NEF@gtlaw.com
smithca@gtlaw.com
**GREENBERG TRAURIG, LLP**
2375 E Camelback Rd., Ste. 800
Phoenix, AZ 85016
*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

Donald Wilson, Jr.
dwj@bowwlaw.com
kaj@bowwlaw.com
sls@bowwlaw.com
Jathan P. McLaughlin
jpm@bowwlaw.com
ju@bowwlaw.com
vll@bowwlaw.com
**BROENING OBERG WOODS & WILSON, P.C.**
2800 N Central Ave., Ste. 1600
Phoenix, AZ 85004
*Attorneys for Defendant Goodman Holmgren Law Group, LLP*

Tomio B. Narita
Tomio.Narita@wbd-us.com
rosana.klingerman@wbd-us.com
**WOMBLE BOND DICKINSON**
50 California St., Ste. 1500
San Francisco, CA 94111
*Attorneys for Defendant Goodman Holmgren Law Group, LLP*

            /s/ Ben Dangerfield