UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 6 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BRUCE E. HUFFMAN, | No. 24-5653, 24-7348 |
| Plaintiff - Appellant, | D.C. No. 2:22-cv-00903-JJT |
| v. | |
| JPMORGAN CHASE BANK, N.A. and GOODMAN LAW GROUP, LLP, | District of Arizona, Phoenix |
| Defendants - Appellees, | MANDATE |
| and | |
| MAGIC RANCH ESTATES HOMEOWNERS' ASSOCIATION, | |
| Defendant. | |

The judgment of this Court, entered February 12, 2026, takes effect this

date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT