## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bruce E. Huffman, | No. CV-22-00903-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| JP Morgan Chase Bank, NA, *et al.*, | |
| Defendants. | |

In light of the Ninth Circuit's mandate vacating and remanding this Court's dismissal of Plaintiff's Fair Debt Collection Practices Act ("FDCPA") claim against Defendant Goodman Holmgren Law Group, LLP, the Court will resume proceedings as it relates to that claim. The Court notes that it did not reach Defendant Goodman's alternative argument for summary judgment on the FDCPA claim: that Plaintiff has no actual damages under the relevant statute. (*See* Doc. 75 at 12–13.) Plaintiff responded to that argument (Doc. 85 at 16–18), and Defendant Goodman replied (Doc. 92 at 7–9.) The Court will evaluate Defendant Goodman's alternative argument as briefed by the parties unless one or both parties files a notice with the Court that supplemental briefing is warranted, and the reasons therefore, on or before March 27, 2026.

. . .

. . .

. . .

. . .

**IT IS ORDERED** that, no later than **March 27, 2026**, the parties may, if they so choose, file a notice, either separately or jointly, stating that supplemental briefing regarding Defendant Goodman's alternative argument for summary judgment is necessary and the reasons therefore.

Dated this 20th day of March, 2026.

_____
Honorable John J. Tuchi
United States District Judge