# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Bruce E. Huffman,

Plaintiff,

v.

JP Morgan Chase Bank, NA, *et al.*,

Defendants.

No. CV-22-00903-PHX-JJT

**ORDER**

Pursuant to the September 8, 2026 Order (Doc. 115),

**IT IS ORDERED** setting a telephonic Status Conference on **October 20, 2026** at **10:00 AM** (Arizona time) before District Judge John J. Tuchi in Courtroom 505, 401 W. Washington Street, Phoenix, AZ 85003. Self-represented parties and counsel who will try the case shall have their calendars available and be prepared to discuss the trial schedule, length of trial, and any other issues related to trial of this matter. Chambers will e-mail dial-in information to all self-represented parties or counsel prior to the conference.

**IT IS FURTHER ORDERED** that no later than two days prior to the telephonic status conference, the parties shall file a joint notice to the Court setting out their estimated number of trial days, to include jury selection.

At this initial Status Conference, the Court will set a schedule for the parties to file joint proposed questions for a prescreening juror questionnaire, a joint proposed pretrial order, a joint stipulated statement of the case, joint proposed *voir dire* questions, joint proposed jury instructions, a joint stipulated form of verdict, witness and exhibit lists, a

trial memorandum of law, and motions *in limine*. The Court will also set a schedule for the Final Pretrial Conference and a firm trial date.

Dated this 8th day of September, 2026.

Honorable John J. Tuchi
United States District Judge