Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Bruce E. Huffman, Plaintiff, vs. JP Morgan Chase Bank, N.A.; Goodman Holmgren Law Group, LLP, and; Magic Ranch Estates Homeowners' Association, Defendants. | Case No.: 2:22-cv-00903-PHX-JJT<br><br>**JOINT NOTICE RE: TRIAL DAYS**<br><br>(Assigned to the Honorable John J. Tuchi) |

Through undersigned counsel and pursuant to this Court's September 8, 2026 Order, the parties, Plaintiff Bruce Huffman ("Plaintiff") and Defendant Goodman Law Group LLP ("Defendant"), give notice that the trial of this case will take an estimated four trial days, including jury selection.

**RESPECTFULLY SUBMITTED** this 16th day of October 2026.

**MILLS + WOODS LAW, PLLC**

By *_/s/ Sean A. Woods_*
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**BROENING OBERG WOODS & WILSON, P.C.**

By *__/s/ Jathan McLaughlin (w/ permission)*
Donald Wilson, Jr.
Jathan P. McLaughlin
2800 N Central Ave., Ste. 1600
Phoenix, AZ 85004
*Attorneys for Defendant Goodman Holmgren Law Group, LLP*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Donald Wilson, Jr.
dwj@bowwlaw.com
kaj@bowwlaw.com
sls@bowwlaw.com
Jathan P. McLaughlin
jpm@bowwlaw.com
ju@bowwlaw.com
vll@bowwlaw.com
**BROENING OBERG WOODS & WILSON, P.C.**
2800 N Central Ave., Ste. 1600
Phoenix, AZ 85004
*Attorneys for Defendant Goodman Holmgren Law Group, LLP*

Tomio B. Narita
Tomio.Narita@wbd-us.com
rosana.klingerman@wbd-us.com
**WOMBLE BOND DICKINSON**
50 California St., Ste. 1500
San Francisco, CA 94111
*Attorneys for Defendant Goodman Holmgren Law Group, LLP*

*/s/ Ben Dangerfield*